

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ADELE LAMPERT, )
)
Plaintiff, )
)
vs. )
)
UNITED HEALTH CARE INSURANCE )
COMPANY OF ILLINOIS, )
)
Defendant. )
)

**08CV4833**

**JUDGE ANDERSEN**

**MAG.JUDGE COLE**

**F I L E D**

AUG 2 5 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT

NOW COMES Plaintiff, ADELE LAMPERT, by and through her attorneys,

ROACH, JOHNSTON & THUT, and complaining of Defendant, UNITED HEATLH

CARE INSURANCE COMPANY OF ILLINOIS, states as follows:

### I.    Jurisdiction and Venue

1.     This Court has jurisdiction of the claim herein pursuant to the

Employment, Retirement Income Security Act of 1974 (29 USC Section 1132 (1)(a)(b),

*et. seq)* .

2.     Venue is proper in the Northern District of Illinois.  Plaintiff is a resident

of the Northern District of Illinois.  Plaintiff is seeking to recover wrongfully withheld

health insurance benefits which, had they been paid, Plaintiff would have received in the

Northern District of Illinois.

### II.    Parties

1.     Plaintiff, ADELE LAMPERT is a citizen of the State of Illinois.

1

2.   Defendant, UNITED HEALTH CARE INSURANCE COMPANY OF

ILLINOIS is a corporation organized under the laws of the State of Delaware, licensed to

do business in the State of Illinois.

### III.   Claim for Relief

1.   At all times material hereto, Plaintiff, ADELE LAMPERT was employed

by Page One Interiors, Inc.

2.   Pursuant to her employment with Page One Interiors, Inc., Plaintiff was

insured under a group health policy written by Defendant, UNITED HEALTH CARE

INSURANCE COMPANY OF ILLINOIS. (A copy of said policy is attached hereto

marked Exhibit "A" and by this reference made a part hereof.)

3.   That the policy attached hereto marked Exhibit "A" is an Employee

benefit Plan subject to the provision of the Employment, Retirement income Security Act

of 1974 ("ERISA") 29 USC Section 1132 *et seq.*

4.   On or about October 17, 2007 Plaintiff, ADELE LAMPERT was

instructed by her physician to secure a test known as an Octreotide 111 isotope test.

Pursuant to the terms of the policy attached hereto marked Exhibit "A", Plaintiff and her

physician contacted UNITED HEALTH CARE for pre-approval for this test.

5.   That Defendant, UNITED HEALTH CARE INSURANCE COMPANY

OF ILLINOIS did pre-approve the Octreotide 111 isotope test issuing Approval No.

CC13634625-78806.

2

6.     That Plaintiff, ADELE LAMPERT went to Northwest Community Hospital in Arlington Heights, Illinois for this test and was informed that she should have the scan completed at Lutheran General Hospital in Park Ridge, Illinois.

7.     That on November 13, 2007 Plaintiff, ADELE LAMPERT did present herself at Lutheran General Hospital in Park Ridge, Illinois for the Octreotide 111 Isotope Test.

8.     That upon presentation of the Approval No. CC13634625-78806, the medical staff at Lutheran General Hospital in Park Ridge, Illinois performed the Octreotide isotope test upon ADELE LAMPERT.

9.     That Lutheran General Hospital and related physicians did generate medical bills totaling $33,751.00 for services rendered to Plaintiff, ADELE LAMPERT from October 17, 2007 through November 13, 2007.

10.     That the medical providers did submit these bills to Defendant, UNITED HEALTH CARE INSURANCE COMPANY OF ILLINOIS.

11.     That Defendant UNITED HEALTH CARE INSURANCE COMPANY OF ILLINOIS refused to pay health insurance benefits for the testing done at Lutheran General Hospital from October 17, 2007 through November 28, 2007.

12.     On December 18, 2007 Plaintiff, ADELE LAMBERT requested a review of the adverse claims decision by Defendant, UNITED HEALTH CARE INSURANCE COMPANY OF ILLINOIS. (A copy of said letter is attached hereto marked Exhibit "B" and by this reference made a part hereof.)

13.     That on January 7, 2008 Defendant, UNITED HEALTH CARE INSURANCE COMPANY OF ILLINOIS did deny Plaintiff's claim for health insurance

benefits for medical bills incurred at Lutheran General Hospital from October 17, 2007 through November 13, 2007. (A copy of said denial is attached hereto marked Exhibit "C" and by this reference made a part hereof.)

14.     On February 19, 2008 Plaintiff, ADELE LAMPERT did file a second level appeal with Defendant, UNITED HEALTH CARE INSURANCE COMPANY OF ILLINOIS. (A copy of second level appeal is attached hereto marked Exhibit "D" and by this reference made a part hereof.)

15.     That on May 30, 2008 Defendant, UNITED HEALTH CARE INSURANCE COMPANY OF ILLINOIS denied Plaintiff's appeal.

16.     That Plaintiff, ADELE LAMPERT, has fully complied with all of her duties and obligations under the UNITED HEALTH CARE policy attached hereto marked as Exhibit "A". That Defendant, UNITED HEALTH CARE INSURANCE COMPANY OF ILLINOIS'S insurance policy's failure to pay the health insurance benefits as aforesaid is a breach of the policy attached hereto marked Exhibit "A".

17.     That as a direct and proximate result of the breach of the insurance policy attached hereto marked Exhibit "A" Plaintiff, ADELE LAMPERT has been damaged in the amount of $33,751.00 as of the date of the filing of this complaint.

18.     That Plaintiff, ADELE LAMPERT, has been forced to incur attorney's fees, costs, and disbursements as a result of prosecuting this complaint.

WHEREFORE, Plaintiff, ADELE LAMPERT, respectfully requests this Honorable Court enter judgment in favor of Plaintiff and against Defendant, UNITED CARE INSURANCE COMPANY OF ILLINOIS in the amount of $33,751.00, order

4



Defendant to pay Plaintiff a reasonable amount of attorney's fees incurred in prosecuting this action as provided by 29 USC Section 1132(g).

PLAINTIFF DEMANDS TRIAL BY JURY.

Respectfully submitted,

C. JEFFREY THUT, Attorney for Plaintiff,
ADELE LAMPERT

C. Jeffrey Thut
Atty. No. 06188219
ROACH, JOHNSTON & THUT
516 N. Milwaukee Ave.
Libertyville, IL 60048
(847) 549-0600

# United HealthCare Insurance Company of Illinois

## Group Policy
## For
## PAGE ONE INTERIORS INC

## UnitedHealthcare
## Choice Plus

**Group Number:** G/GA379023BW **Health Plan:** US – E **Prescription Code:** H9
**Effective Date:** March 1, 2006

**EXHIBIT**

"A"

(Group Policy)

# United HealthCare Insurance Company of Illinois

# Group Policy

# UnitedHealthcare Choice Plus

1

# Group Policy

This Group Policy ("Policy") is entered into by and between United HealthCare Insurance Company of Illinois and the "Enrolling Group," as described in Exhibit 1.

When we use the words "we," "us," and "our" in this document, we are referring to United HealthCare Insurance Company of Illinois .

Upon receipt of the Enrolling Group's signed application and payment of the required Policy Charges, this Policy is deemed executed.

We agree to provide Benefits for Covered Health Services set forth in this Policy, including the Certificate of Coverage, subject to the terms, conditions, exclusions, and limitations of this Policy. The Enrolling Group's application is made a part of this Policy.

This Policy replaces and overrules any previous agreements relating to Benefits for Covered Health Services between the Enrolling Group and us. The terms and conditions of this Policy shall in turn be overruled by those of any subsequent agreements relating to Benefits for Covered Health Services between the Enrolling Group and us.

We shall not be deemed or construed as an employer for any purpose with respect to the administration or provision of benefits under the Enrolling Group's benefit plan. We shall not be responsible for fulfilling any duties or obligations of an employer with respect to the Enrolling Group's benefit plan.

This Policy shall become effective on the date specified in Exhibit 1, and will be continued in force by the timely payment of the required Policy Charges when due, subject to termination of this Policy as provided herein.

*To continue reading go to right column on this page*

When this Policy is terminated, as described in Article 5, this Policy and all Benefits under this Policy will end at 12:00 midnight on the date of termination.

This Policy is issued as described in Exhibit 1.

Issued By:

United HealthCare Insurance Company of Illinois

**President and CEO**

*To continue reading go to left column on this page*

# Article 1: Glossary of Defined Terms

The terms used in this Policy have the same meaning given those terms in (Section 10: Glossary of Defined Terms) of the Certificate of Coverage.

# Article 2: Benefits

Subscribers and their Enrolled Dependents are entitled to Benefits for Covered Health Services subject to the terms, conditions, limitations and exclusions set forth in the Certificate of Coverage included in this Policy. The Certificate describes the Covered Health Services, including any optional Riders and Amendments, required Copayments, and the terms, conditions, limitations and exclusions related to coverage.

# Article 3: Premium Rates and Policy Charge

## 3.1 Premiums

Monthly Premiums payable by or on behalf of Covered Persons are specified on Exhibit 2 to this Policy entitled "Premiums".

We reserve the right to change the schedule of rates for Premiums as described in Exhibit 1.

## 3.2 Computation of Policy Charge

The Policy Charge will be calculated based on the number of Subscribers in each coverage classification that we show in our records at the time of calculation. The Policy Charge will be calculated using the Premium rates in effect at that time. Exhibit 1 describes the way in which the Policy Charge is calculated.

## 3.3 Adjustments to the Policy Charge

We may make retroactive adjustments for any additions or terminations of Subscribers, or changes in coverage classification that are not reflected in our records at the time we calculate the Policy Charge. We will not grant retroactive credit for any change occurring more than 60 days prior to the date we received notification of the change from the Enrolling Group. We also will not grant retroactive credit for any calendar month in which a Subscriber has received Benefits.

The Enrolling Group must notify us in writing within 31 days of the effective date of enrollments, terminations or other changes. The Enrolling Group must notify us in writing each month of any change in the coverage classification for any Subscriber.

If premium taxes, guarantee or uninsured fund assessments, or other governmental charges relating to or calculated in regard to Premium are either imposed or increased, those charges shall be automatically added to the Premium. In addition, any change in law or regulation that significantly affects our cost of operation shall result in an increase in Premium, in an amount we determine.

## 3.4 Payment of the Policy Charge

The Policy Charge is payable in advance by the Enrolling Group to us as described in Exhibit 1. The first Policy Charge is due and payable on the effective date of this Policy. Subsequent Policy Charges are due and payable no later than the first day of each period thereafter that this Policy is in effect.

A late payment charge will be assessed for any Policy Charge not received within 10 calendar days following the due date. A service charge will be assessed for any non-sufficient-fund check received in payment of the Policy Charge. All Policy Charge payments shall be accompanied by supporting documentation that states the names of the Covered Persons for whom payment is made.

The Enrolling Group shall reimburse us for attorney's fees and any other costs related to collecting delinquent Policy Charges.

*To continue reading go to left column on next page*

*To continue reading go to right column on this page*

Policy.01.IL

3

(Group Policy)

## 3.5 Grace Period

A grace period of 31 days shall be granted for the payment of any Policy Charge, during which time this Policy shall continue in force. The grace period will not extend beyond the date this Policy terminates.

The Enrolling Group is liable for payment of the Policy Charge during the grace period. If we receive written notice from the Enrolling Group to terminate the Policy during the grace period, we will adjust the Policy Charge so that it applies only to the number of days the Policy was in force during the grace period.

This Policy shall automatically terminate on the date the grace period expires if the Policy Charge remains unpaid.

# Article 4: Enrollment and Eligibility

## 4.1 Initial Enrollment Period

Eligible Persons and their Dependents may enroll for coverage under this Policy during the Initial Enrollment Period. The Initial Enrollment Period is the period of time agreed to by the Enrolling Group and us.

## 4.2 Open Enrollment Period

If specified in Exhibit 1, the Enrolling Group shall provide an Open Enrollment Period as specified in Exhibit 1, during which Eligible Persons may enroll for coverage under this Policy.

## 4.3 Eligibility Conditions

The eligibility conditions stated in Exhibit 1 are in addition to those specified in Section 4 of the Certificate.

## 4.4 Effective Date of Coverage

Coverage for properly enrolled Eligible Persons and their Dependents shall begin on the date stated in Exhibit 1.

# Article 5: Policy Termination

## 5.1 Conditions for Termination of This Entire Policy

This Policy and all Benefits for Covered Health Services under this Policy shall automatically terminate on the earliest of the dates specified below:

A.  On the last day of the grace period if the Policy Charge remains unpaid. The Enrolling Group remains liable for payment of the Policy Charge for the period of time the Policy remained in force during the grace period.

B.  On the date specified by the Enrolling Group, after at least 31 days prior written notice to us that this Policy shall be terminated.

C.  On the date we specify, in written notice to the Enrolling Group, that this Policy shall be terminated due to the Enrolling Group's violation of participation and contribution rules.

D.  On the date we specify, in written notice to the Enrolling Group, that this Policy shall be terminated because the Enrolling Group provided us with false information material to the execution of this Policy or to the provision of coverage under this Policy. In this case, we have the right to rescind this Policy back to the effective date.

E.  On the date we specify, after at least 90 days prior written notice to the Enrolling Group, that this Policy shall be terminated because we will no longer issue this particular type of group health benefit plan within the applicable market.

f.  On the date we specify, after at least 180 days prior written notice to the applicable state authority and to the Enrolling Group, that this Policy shall be terminated because we will no longer issue any employer health benefit plan within the applicable market.

It just mal

Visit us at www

© 2004 United Health

**Reimbursement Upon**
**Termination**

Upon any termination of this Policy, the Enrolling Group shall be and shall remain liable to us for the payment of any and all Premiums which are unpaid at the time of termination, including a pro rata fee for any period this Policy was in force during the grace period, preceding the termination.

# Article 6: General Provisions

## 6.1 Entire Policy

The group Policy, including the Certificate of Coverage as, the application of the Enrolling Group, Amendments and Riders shall constitute the entire Policy between parties. All statements made by the Enrolling Group or by a Subscriber shall, in the absence of fraud, be deemed representations and not warranties.

## 6.2 Dispute Resolution

No legal proceeding or action may be brought without first completing the complaint procedure specified in Section 6 of the Certificate.

The parties acknowledge that because this Policy affects interstate commerce, the Federal Arbitration Act applies. If the Enrolling Group wishes to seek further review of the decision or the complaint or dispute, it shall submit the complaint or dispute to binding arbitration pursuant to the rules of the American Arbitration Association. This is the only right the Enrolling Group has for further consideration of any dispute that arises out of or is related to this Policy.

Arbitration will take place in Cook County, Illinois.

The matter must be submitted to binding arbitration within 1 year of the date the final decision was furnished to the Enrolling Group, as described in Section 6. The arbitrators shall have no power to award any punitive or exemplary damages or to vary or ignore the provisions of this Policy, and shall be bound by controlling law.

To continue reading go to right column on this page

## 6.3 Time Limit on Certain Defenses

No statement made by the Enrolling Group, except a fraudulent statement, shall be used to void this Policy after it has been in force for a period of two years.

## 6.4 Amendments and Alterations

Amendments to this Policy are effective 31 days after we send written notice to the Enrolling Group. Riders are effective on the date we specify. No change will be made to this Policy unless made by an Amendment or a Rider which is signed by one of our authorized executive officers. No agent has authority to change this Policy or to waive any of its provisions.

## 6.5 Relationship Between Parties

The relationships between us and Network providers, and relationships between us and Enrolling Groups, are **solely** contractual relationships between independent contractors. Network providers and Enrolling Groups are not our agents or employees, nor are we or any of our employees an agent or employee of Network providers or Enrolling Groups.

The relationship between a Network provider and any Covered Person is that of provider and patient. The Network provider is solely responsible for the services provided by it to any Covered Person. The relationship between any Enrolling Group and any Covered Person is that of employer and employee, Dependent, or other coverage classification as defined in this Policy.

The Enrolling Group is solely responsible for enrollment and coverage classification changes (including termination of a Covered Person's coverage) and for the timely payment of the Policy Charge.

5

To continue reading go to left column on next page

To continue reading go to right column on this page

(Group Policy)

## 6.6 Records

The Enrolling Group shall furnish us with all information and proofs which we may reasonably require with regard to any matters pertaining to this Policy. We may at any reasonable time inspect all documents furnished to the Enrolling Group by an individual in connection with coverage, the Enrolling Group's payroll, and any other records pertinent to the coverage under this Policy.

By accepting Benefits under this Policy, each Covered Person authorizes and directs any person or institution that has provided services to them, to furnish us or our designees any and all information and records or copies of records relating to the services provided to the Covered Person. We have the right to request this information at any reasonable time. This applies to all Covered Persons, including Enrolled Dependents whether or not they have signed the Subscriber's enrollment form.

We agree that such information and records will be considered confidential. We have the right to release any and all records concerning health care services which are necessary to implement and administer the terms of this Policy, for appropriate medical review or quality assessment, or as we are required by law or regulation.

During and after the term of this Policy, we and our related entities may use and transfer the information gathered under this Policy for research and analytic purposes.

## 6.7 Administrative Services

The services necessary to administer this Policy and the Benefits provided under it will be provided in accordance with our standard administrative procedures or those standard administrative procedures of our designee. If the Enrolling Group requests that such administrative services be provided in a manner other than in accordance with these standard procedures, including requests for non-standard reports, the Enrolling Group shall pay for such services or reports at the then-current charges for such services or reports.

To continue reading go to right column on this page

## 6.8 ERISA

When this Policy is purchased by the Enrolling Group to provide benefits under a welfare plan governed by the Employee Retirement Income Security Act 29 U.S.C., 1001 et seq., we shall not be named as, and shall not be, the Plan Administrator or the named fiduciary of the welfare plan, as those terms are used in ERISA.

## 6.9 Examination of Covered Persons

In the event of a question or dispute concerning Benefits for Covered Health Services, we may reasonably require that a Network Physician, acceptable to us, examine the Covered Person at our expense.

## 6.10 Clerical Error

Clerical error shall not deprive any individual of Benefits under this Policy or create a right to Benefits. Failure to report enrollments shall not result in retroactive coverage for Eligible Persons. Failure to report the termination of coverage shall not continue such coverage beyond the date it is scheduled to terminate according to the terms of this Policy. Upon discovery of a clerical error, any necessary appropriate adjustment in Premiums shall be made. However, we shall not grant any such adjustment in Premiums or coverage to the Enrolling Group for more than 60 days of coverage prior to the date we received notification of such clerical error.

## 6.11 Workers' Compensation Not Affected

Benefits provided under this Policy do not substitute for and do not affect any requirements for coverage by workers' compensation insurance.

## 6.12 Conformity with Statutes

Any provision of this Policy which, on its effective date, is in conflict with the requirements of state or federal statutes or regulations (of the jurisdiction in which delivered) is hereby amended to conform to the minimum requirements of such statutes and regulations.

To continue reading go to left column on next page

## 6.13 Notice

When we provide written notice regarding administration of this Policy to an authorized representative of the Enrolling Group, that notice is deemed notice to all affected Subscribers and their Enrolled Dependents. The Enrolling Group is responsible for giving notice to Covered Persons.

Any notice sent to us under this Policy and any notice sent to the Enrolling Group shall be addressed as described in Exhibit 1.

## 6.14 Continuation Coverage

We agree to provide Benefits under this Policy for those Covered Persons who are eligible to continue coverage under federal or state law, as described in (Section 8: When Coverage Ends) of the Certificate of Coverage.

We will not provide any administrative duties with respect to the Enrolling Group's compliance with federal or state law. All duties of the plan sponsor or plan administrator, including but not limited to notification of COBRA and state law continuation rights, and billing and collection of Premium, remain the sole responsibility of the Enrolling Group.

## 6.15 Certification of Coverage Forms

As required by the Health Insurance Portability and Accountability Act of 1996 (HIPAA), we will produce Certification of Coverage forms for Covered Persons who lose coverage under this Policy on or after the effective date of this Policy. The Enrolling Group agrees to provide us with all necessary eligibility and termination data. Certification of Coverage forms will be based on eligibility and termination data that the Enrolling Group provides to our eligibility systems in accordance with our data specifications, and which is available in our eligibility systems as of the date the form is generated. The Certification of Coverage forms will only include periods of coverage that we administer under this Policy.

*To continue reading go to right column on this page*

*To continue reading go to right column on this page*

## 6.16 Subscriber's Individual Certificate

We will issue Certificate of Coverage and any attachements to the Enrolling Group for delivery to each covered Subscriber. The Certificate and any attachments will show all the Benefits and provisions of the Policy.

*To continue reading go to left column on next page*

# Exhibit 1

1. **Parties.** The parties to this Policy are United HealthCare Insurance Company of Illinois and PAGE ONE INTERIORS INC., the Enrolling Group.

2. **Effective Date of this Policy.** The effective date of this Policy is 12:01 a.m. on March 1, 2006 in the time zone of the Enrolling Group's location.

3. **Place of Issuance.** We are delivering this Policy in the State of Illinois. The laws of the State of Illinois are the laws that govern this Policy.

4. **Premiums.** We reserve the right to change the schedule of rates for Premiums, after a 31-day prior written notice on the first anniversary of the effective date of this Policy specified in the application or on any monthly due date thereafter, or on any date the provisions of this Policy are amended. We also reserve the right to change the schedule of rates for Premiums, retroactive to the effective date, if a material misrepresentation relating to health status has resulted in a lower schedule of rates.

5. **Computation of Policy Charge.**

   A full month's Premium shall be charged for any Covered Person who is covered under this Policy for any portion of a calendar month.

6. **Payment of the Policy Charge.** The Policy Charge is payable to us in advance by the Enrolling Group on a monthly basis.

7. **Open Enrollment Period.** The Enrolling Group shall provide an Open Enrollment Period of a minimum of 31 days, during which Eligible Persons may enroll for coverage. The Open Enrollment Period shall be provided on:

   X   an annual basis

   -   a quarterly basis
   -   Other: as stated on the Application

8. **Eligibility.** The following conditions are in addition to those specified in Section 4 of the Certificate:

   A. Waiting or probationary period for newly Eligible Persons shall be as follows:

      0 months.

   B. Excluded classes of persons, if any:

      As stated on the Application.

   C. Coverage classifications other than employee, if any:

      As stated on the Application.

   D. Other:

      As stated on the Application.

9. **Effective Date for Eligible Persons.**

   The first day of the month following the month in which the waiting period was completed.

10. **Minimum Participation Requirement.** The minimum participation requirement is 75% of all Eligible Persons enrolled for coverage under this Policy.

11. **Notice.** Any notice sent to us under this Policy shall be addressed to:

    United HealthCare Insurance Company of Illinois
    233 North Michigan Ave.
    Chicago, IL 60601-5519

It just m

Visit us at w

© 2004 United He

Any notice sent to Enrolling Group under this Policy shall be addressed to.

PAGE ONE INTERIORS INC
320 E MAIN
BARRINGTON, IL 600100000
G/GA379023BW

Policy.01.IL

(Exhibit 1)

# Exhibit 2

## Premiums

Monthly Premiums payable by or on behalf of Covered Persons are specified in the Cost Summary.

2004 United Health

(Exhibit 3)

# Exhibit 3

## Policy Contents

1. All of the health services and provisions in the Certificate of Coverage, Amendments and Riders, issued for the Enrolling Group are included and made part of this Policy.

11

# United HealthCare Insurance Company of Illinois

# UnitedHealthcare Choice Plus

**Certificate of Coverage, Riders, Amendments, and Notices**

for

## PAGE ONE INTERIORS INC

**Group Number:** G/GA379023BW **Health Plan:** US – E **Prescription Code:** H9
**Effective Date:** March 1, 2006

Offered and Underwritten by
United HealthCare Insurance Company of Illinois

# Riders, Amendments, and Notices

## begin immediately following the last page of the Certificate of Coverage

United HealthCare
Insurance Company of
Illinois

# UnitedHealthcare
# Choice Plus

## Certificate of Coverage

# Certificate of Coverage
## Table of Contents

## Certificate of Coverage

Certificate is Part of Group Policy ............................ 1
Changes to the Document ..................................... 1
Other Information You Should Have ...................... 1

## Introduction to Your Certificate

How to Use this Document .................................... 2
Information about Defined Terms .......................... 2
Your Contribution to the Required Premiums ........ 2
Don't Hesitate to Contact Us ............................... 2

## Section 1: What's Covered—Benefits

Accessing Benefits ............................................... 3
Copayment .......................................................... 4
Eligible Expenses ................................................ 4
Notification Requirements .................................... 4
Payment Information ........................................... 6
Annual Deductible ............................................... 6
Out-of-Pocket Maximum ..................................... 6
Maximum Policy Benefit ..................................... 6
Benefit Information ............................................. 7
1. Ambulance Services - Emergency only .............. 7

*To continue reading go to right column on this page*

2. Dental Services - Accident only ....................... 8
3. Diabetes Self Management and Training ............ 9
4. Durable Medical Equipment ........................... 10
5. Emergency Health Services ............................. 12
6. Eye Examinations .......................................... 13
7. Examination and Treatment for Sexual Assault ... 13
8. Home Health Care ........................................ 14
9. Hospice Care ................................................ 16
10. Hospital - Inpatient Stay ............................... 17
11. Injections received in a Physician's Office ........ 17
12. Maternity Services ....................................... 19
13. Mental Health and Substance Abuse Services - Outpatient ... 19
14. Mental Health and Substance Abuse Services
    - Inpatient and Intermediate .......................... 20
15. Outpatient Surgery, Diagnostic and Therapeutic Services ... 22
16. Physician's Office Services ............................ 25
17. Professional Fees for Surgical and Medical Services ...... 26
18. Prosthetic Devices ...................................... 26
19. Reconstructive Procedures ........................... 28
20. Rehabilitation Services - Outpatient Therapy ... 28
21. Skilled Nursing Facility/Inpatient
    Rehabilitation Facility Services ...................... 30
22. Spinal Manipulation ..................................... 31
23. Transplantation Services .............................. 32
24. Urgent Care Center Services ......................... 34

## Section 2: What's Not Covered—Exclusions

How We Use Headings in this Section ..................... 35
We Do not Pay Benefits for Exclusions .................. 35

*To continue reading go to left column on next page*

A. Alternative Treatments ........................................ 35
B. Comfort or Convenience ...................................... 35
C. Dental .............................................................. 36
D. Drugs .............................................................. 36
E. Experimental, Investigational or Unproven Services ...... 36
F. Foot Care ......................................................... 37
G. Medical Supplies and Appliances .......................... 37
H. Mental Health/Substance Abuse ........................... 37
I. Nutrition ........................................................... 38
J. Physical Appearance ........................................... 38
K. Preexisting Conditions ....................................... 38
L. Providers .......................................................... 39
M. Reproduction .................................................... 39
N. Services Provided under Another Plan .................... 39
O. Transplants ....................................................... 39
P. Travel ............................................................... 40
Q. Vision and Hearing ........................................... 40
R. All Other Exclusions .......................................... 40

**Section 3: Description of Network and Non-Network Benefits**

Network Benefits ..................................................... 42
Non-Network Benefits .............................................. 44
Emergency Health Services ........................................ 45

**Section 4: When Coverage Begins**

How to Enroll ......................................................... 46
If You Are Hospitalized When Your Coverage Begins ........ 46
If You Are Eligible for Medicare ................................. 46

Who is Eligible for Coverage ..................................... 47
Eligible Person ....................................................... 47
Dependent ............................................................. 47
When to Enroll and When Coverage Begins .................. 49
Initial Enrollment Period ........................................... 49
Open Enrollment Period ............................................ 49
New Eligible Persons ............................................... 49
Adding New Dependents ........................................... 50
Special Enrollment Period ......................................... 50
Late Enrollees ........................................................ 51

**Section 5: How to File a Claim**

If You Receive Covered Health Services
    from a Network Provider ....................................... 52
If You Receive Covered Health Services from
    a Non-Network Provider ....................................... 52

**Section 6: Questions, Complaints, Appeals**

What to Do First ..................................................... 54
First Level Review ................................................... 54
What to Do if Your Complaint Requires Immediate Action ... 55
Administrative Complaints ......................................... 55
Voluntary External Review Program ............................ 56

**Section 7: Coordination of Benefits**

Benefits When You Have Coverage under More than One Plan 57
When Coordination of Benefits Applies ........................ 57
Definitions ............................................................. 57
Order of Benefit Determination Rules .......................... 59
Effect on the Benefits of this Plan .............................. 60

To continue reading go to right column on this page

To continue reading go to left column on next page

iii

Right to Receive and Release Needed Information .............. 61
Payments Made ................................................. 61
Right of Recovery ............................................. 62

## Section 8: When Coverage Ends

General Information about When Coverage Ends ................ 63
Events Ending Your Coverage ................................. 64
The Entire Group Policy Ends ................................ 64
You Are No Longer Eligible .................................. 64
We Receive Notice to End Coverage ........................... 64
Subscriber Retires or Is Pensioned .......................... 64
Other Events Ending Your Coverage ........................... 65
Fraud, Misrepresentation or False Information ............... 65
Material Violation ........................................... 65
Improper Use of ID Card ..................................... 65
Failure to Pay ............................................... 65
Threatening Behavior ........................................ 65
Coverage for a Handicapped Child ............................ 66
Continuation of Coverage and Conversion ..................... 66
Continuation Coverage under Federal Law (COBRA) ............. 67
Qualifying Events for Continuation Coverage
    under Federal Law (COBRA) ............................... 67
Notification Requirements and Election Period for
    Continuation Coverage under Federal Law (COBRA) ......... 67
Terminating Events for Continuation Coverage
    under Federal Law (COBRA) ............................... 68
General - Continuation of Coverage Under State Law .......... 69
Qualifying Events for Continuation Coverage under State Law . 69

Notification Requirements and Election Period
    for Continuation Coverage under State Law ............... 61
Terminating Events for Continuation Coverage under State Law 69
General - Continuation Coverage After Dissolution
    of Marriage, Retirement, or Death. ...................... 70
Qualifying Events for Continuation Coverage After
    Dissolution of Marriage, Retirement or Death. ........... 70
Notification Requirements and Election Period for
    Continuation Coverage After Dissolution
    of Marriage, Retirement or Death ........................ 70
Terminating Events for Continuation Coverage After
    Dissolution of Marriage, Retirement or Death. ........... 71
Conversion .................................................. 71

## Section 9: General Legal Provisions

Your Relationship with Us ................................... 73
Our Relationship with Providers and Enrolling Groups ........ 73
Your Relationship with Providers and Enrolling Groups ....... 74
Notice ...................................................... 74
Statements by Enrolling Group or Subscriber ................. 74
Incentives to Providers ..................................... 74
Incentives to You ........................................... 75
Administrative Services ..................................... 75
Amendments to the Policy .................................... 75
Clerical Error .............................................. 75
Information and Records ..................................... 75
Examination of Covered Persons .............................. 76
Workers' Compensation not Affected .......................... 76
Medicare Eligibility ........................................ 76

To continue reading go to right column on this page

To continue reading go to left column on next page

iv

TOCPLUS.01.IL.DOM

Subrogation and Reimbursement .................................... 77
Refund of Overpayments ............................................ 78
Limitation of Action ................................................... 78
Entire Policy ............................................................. 78

**Section 10: Glossary of Defined Terms** ........ 79

To continue reading go to right column on this page

To continue reading go to left column on next page

v

# Certificate of Coverage

**United HealthCare Insurance Company of Illinois**
**UnitedHealthcare Choice Plus**

## Certificate is Part of Group Policy

This Certificate of Coverage is part of the group Policy that is a legal document between United HealthCare Insurance Company of Illinois and the Enrolling Group to provide Benefits to Covered Persons, subject to the terms, conditions, exclusions and limitations of the Policy. We issue the Policy based on the Enrolling Group's application and payment of the required Policy Charges.

In addition to this Certificate the Policy includes:

- The Enrolling Group's application.

- Any Amendments and Riders.

You can review the Policy at the office of the Enrolling Group during regular business hours.

## Changes to the Document

We may from time to time modify this Certificate by attaching legal documents called Riders and/or Amendments that may change certain provisions of the Certificate. When that happens we will send you a new Certificate, Rider or Amendment pages.

*To continue reading go to right column on this page*

No one can make any changes to the Policy unless those changes are in writing.

## Other Information You Should Have

Only we have the right to change, interpret, modify, withdraw or add Benefits, or to terminate the Policy, as permitted by law, without your approval.

This Certificate describes Benefits in effect as of March 1, 2006 for PAGE ONE INTERIORS INC .

On its effective date this Certificate replaces and overrules any Certificate that we may have previously issued to you. This Certificate will in turn be overruled by any Certificate we issue to you in the future.

The Policy will take effect on the date specified in the group Policy. Coverage under the Policy will begin at 12:01 a.m. and end at 12:00 midnight in the time zone of the Enrolling Group's location. The Policy will remain in effect as long as the Policy Charges are paid when they are due, subject to termination of the Policy.

We are delivering the Policy in the State of Illinois. The Policy is governed by ERISA unless the Enrolling Group is not an employee welfare benefit plan as defined by ERISA. To the extent that state law applies, the laws of the State of Illinois are the laws that govern the Policy.

*To continue reading go to left column on next page*

(Certificate of Coverage)

# Introduction to Your Certificate

We are pleased to provide you with this Certificate of Coverage. This Certificate and the other Policy documents describe your Benefits, as well as your rights and responsibilities, under the Policy.

## How to Use this Document

*We encourage you to read your Certificate and any attached Riders and/or Amendments carefully.*

We especially encourage you to review the Benefit limitations of this Certificate by reading (Section 1: What's Covered--Benefits) and (Section 2: What's Not Covered--Exclusions). You should also read carefully (Section 9: General Legal Provisions) to better understand how this Certificate and your Benefits work. You should call us if you have questions about the limits of the coverage available to you.

Many of the sections of the Certificate are related to other sections of the document. You may not have all of the information you need by reading just one section. We also encourage you to keep your Certificate and any attachments in a safe place for your future reference.

Please be aware that your Physician does not have a copy of your Certificate of Coverage, and is not responsible for knowing or communicating your Benefits.

*To continue reading go to right column on this page*

INTRO.01 IL.DOM

# Information about Defined Terms

Because this Certificate is part of a legal document, we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in (Section 10: Glossary of Defined Terms). You can refer to Section 10 as you read this document to have a clearer understanding of your Certificate.

When we use the words "we," "us," and "our" in this document, we are referring to United HealthCare Insurance Company of Illinois . When we use the words "you" and "your" we are referring to people who are Covered Persons as the term is defined in (Section 10: Glossary of Defined Terms).

# Your Contribution to the Required Premiums

The Policy may require the Subscriber to contribute to the required Premiums. You can contact your Enrolling Group for information about any part of the Premium cost you are responsible for paying.

# Don't Hesitate to Contact Us

Throughout the document you will find statements that encourage you to contact us for further information. Whenever you have a question or concern regarding your Benefits, please call us using the telephone number for Customer Service listed on your ID card. It will be our pleasure to assist you.

*To continue reading go to left column on next page*

(Introduction to your Certificate)

2

# Section 1: What's Covered--Benefits

This section provides you with information about:

- Accessing Benefits.

- Copayments and Eligible Expenses.

- Annual Deductible, Out-of-Pocket Maximum and Maximum Policy Benefit.

- Covered Health Services. We pay Benefits for the Covered Health Services described in this section unless they are listed as not covered in (Section 2: What's Not Covered -- Exclusions).

- Covered Health Services that require you or your provider to notify us before you receive them. In general, Network providers are responsible for notifying us before they provide certain health services to you. You are responsible for notifying us before you receive certain health services from a non-Network provider.

## Accessing Benefits

You can choose to receive either Network Benefits or Non-Network Benefits. In most cases, you must see a Network Physician or other Network provider to obtain Network Benefits. For facility services, Network Benefits apply to Covered Health Services that are provided at a Network facility under the direction of either a Network or non-Network Physician or other provider.

You must show your identification card (ID card) every time you request health care services from a Network provider. If you do not show your ID card, Network providers have no way of knowing that you are enrolled under a UnitedHealthcare Policy. As a result, they may bill you for the entire cost of the services you receive. For details about when Network Benefits apply, see (Section 3: Description of Network and Non-Network Benefits).

Benefits are available only if all of the following are true:

- Covered Health Services are received while the group Policy is in effect.

- Covered Health Services are received prior to the date that any of the individual termination conditions listed in (Section 8: When Coverage Ends) occurs.

- The person who receives Covered Health Services is a Covered Person and meets all eligibility requirements specified in the Policy.

Depending on the geographic area and the service you receive, you may have access through our Shared Savings Program to non-Network providers who have agreed to discount their charges for Covered Health Services. If you receive Covered Health Services from these providers, and if your Copayment is expressed as a percentage of Eligible Expenses for Non-Network Benefits, that percentage will remain the same as it is when you receive Covered Health Services from non-Network providers who have not agreed to discount their charges; however, the total that you owe may be less when you receive Covered

To continue reading go to left column on next page

To continue reading go to right column on this page

COVPLS.01.IL.DOM

(Section 1: What's Covered--Benefits)

Health Services from Shared Savings Program providers than from other non-Network providers, because the Eligible Expense may be a lesser amount.

WARNING, LIMITED BENEFITS WILL BE PAID WHEN NON-NETWORK PROVIDERS ARE USED. You should be aware that when you elect to utilize the services of a non-Network provider for a covered service in non-emergency situations, benefit payments to such non-Network providers are not based upon the amount billed. The basis of your benefit payment will be determined according to your Certificate's fee schedule, usual and customary charge (which is determined by comparing charges for similar services adjusted to the geographical area where the services are performed), or other method as defined by the Certificate. YOU CAN EXPECT TO PAY MORE THAN THE COINSURANCE AMOUNT DEFINED IN THE CERTIFICATE AFTER THE PLAN HAS PAID ITS REQUIRED PORTION. Non-Network providers may bill members for any amount up to the billed charge after the plan has paid its portion of the bill. Network providers have agreed to accept discounted payments for services with no additional billing to the member other than coinsurance and deductible amounts. You may obtain further information about the participating status of professional providers and information on out-of-pocket expenses by calling the toll free telephone number on your identification card.

## Copayment

Copayment is the amount you pay each time you receive certain Covered Health Services. For a complete definition of Copayment, see (Section 10: Glossary of Defined Terms). Copayment amounts are listed on the following pages next to the description for each Covered Health Service. Please note that when Copayments are calculated as a percentage (rather than as a set dollar amount) the percentage is based on Eligible Expenses.

*To continue reading go to right column on this page*

# Eligible Expenses

Eligible Expenses are the amount we determine that we will pay for Benefits. For a complete definition of Eligible Expenses that describes how we determine payment, see (Section 10: Glossary of Defined Terms). For Network Benefits, you are not responsible for any difference between the Eligible Expenses and the amount the provider bills. **For Non-Network Benefits, you are responsible for paying, directly to the non-Network provider, any difference between the amount the provider bills you and the amount we will pay for Eligible Expenses.**

# Notification Requirements

We require notification before you receive certain Covered Health Services. In general, Network providers are responsible for notifying us before they provide these services to you. There are some Network Benefits, however, for which you are responsible for notifying us.

*When you choose to receive certain health services from non-Network providers, you are responsible for notifying us before you receive these services.*

Services for which you must provide prior notification appear in this section under the *Must You Notify Us?* column in the table labeled *Benefit Information.*

To notify us, call the telephone number on your ID card for Customer Service.

When you choose to receive services from non-Network providers, we urge you to confirm with us that the services you plan to receive are Covered Health Services, even if not indicated in the *Must You Notify Us?* column. That's because in some instances, certain procedures may not meet the definition of a Covered Health Service and therefore are excluded. In other instances, the same procedure may meet the

*To continue reading go to left column on next page*

COVPLS.01.IL.DOM

(Section 1: What's Covered--Benefits)

definition of Covered Health Services. By calling before you receive treatment, you can check to see if the service is subject to limitations or exclusions such as:

- The Cosmetic Procedures exclusion. Examples of procedures that may or may not be considered Cosmetic include: breast reduction and reconstruction (except for after cancer surgery when it is always considered a Covered Health Service); vein stripping, ligation and sclerotherapy, and upper lid blepharoplasty.

- The Experimental, Investigational or Unproven Services exclusion.

- Any other contract limitation or exclusion.

## Special Note Regarding Medicare

If you are enrolled for Medicare on a primary basis (Medicare pays before we pay Benefits under the Policy), the notification requirements described in this Certificate of Coverage do not apply to you. Since Medicare is the primary payer, we will pay as secondary payer as described in (Section 7: Coordination of Benefits). You are not required to notify us before receiving Covered Health Services.

To continue reading go to right column on this page

To continue reading go to left column on next page

COVPLS.01.IL.DOM

5

(Section 1: What's Covered--Benefits)

# Payment Information

| Payment Term | Description | Amounts |
|---|---|---|
| **Annual Deductible** | The amount you pay for Covered Health Services before you are eligible to receive Benefits. For a complete definition of Annual Deductible, see (Section 10: Glossary of Defined Terms). | ***Network***<br>$1,000 per Covered Person per calendar year, not to exceed $3,000 for all Covered Persons in a family.<br><br>***Non-Network***<br>$2,000 per Covered Person per calendar year, not to exceed $6,000 for all Covered Persons in a family. |
| **Out-of-Pocket Maximum** | The maximum you pay, out of your pocket, in a calendar year for Copayments. For a complete definition of Out-of-Pocket Maximum, see (Section 10: Glossary of Defined Terms). | ***Network***<br>$2,500 per Covered Person per calendar year, not to exceed $5,000 for all Covered Persons in a family.<br>Out-of-Pocket Maximum does include the Annual Deductible.<br><br>***Non-Network***<br>$5,000 per Covered Person per calendar year, not to exceed $10,000 for all Covered Persons in a family.<br>The Out-of-Pocket Maximum does include the Annual Deductible. |
| **Maximum Policy Benefit** | The maximum amount we will pay for Benefits during the entire period of time you are enrolled under the Policy. For a complete definition of Maximum Policy Benefit, see (Section 10: Glossary of Defined Terms). | ***Network and Non-Network***<br>$5,000,000 per Covered Person. |

6

(Section 1: What's Covered--Benefits)

# Benefit Information

## Description of Covered Health Service

## 1. Ambulance Services - Emergency only

Emergency ambulance transportation by a licensed ambulance service to the nearest Hospital where Emergency Health Services can be performed.

| Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|
| *Network* | | | |
| No | *Ground Transportation:* 10% *Air Transportation:* 10% | Yes | Yes |
| *Non-Network* | | | |
| No | Same as Network | Same as Network | Same as Network |

(Section 1: What's Covered--Benefits)

7

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|

## 2. Dental Services - Accident only

| | | | | |
|---|---|---|---|---|
| Dental services when all of the following are true: | **Network** Yes | 10% | Yes | Yes |
| | **Non-Network** Yes | Same as Network | Same as Network | Same as Network |

- Treatment is necessary because of accidental damage.

- Dental services are received from a Doctor of Dental Surgery, "D.D.S." or Doctor of Medical Dentistry, "D.M.D."

- The dental damage is severe enough that initial contact with a Physician or dentist occurred within 72 hours of the accident.

Benefits are available only for treatment of a sound, natural tooth. The Physician or dentist must certify that the injured tooth was:

- A virgin or unrestored tooth, or

- A tooth that has no decay, no filling on more than two surfaces, no gum disease associated with bone loss, no root canal therapy, is not a dental implant and functions normally in chewing and speech.

Dental services for final treatment to repair the damage must be both of the following:

- Started within three months of the accident.

- Completed within 12 months of the accident.

Please note that dental damage that occurs as a result of normal activities of daily living or extraordinary use of the teeth is not considered an "accident". Benefits are not available for repairs to teeth that are injured as a result of such activities.

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| **Notify Us**<br>Please remember that you must notify us as soon as possible, but at least five business days before follow-up (post-Emergency) treatment begins. (You do not have to notify us before the initial Emergency treatment). If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses. | | | | |
| **3. Diabetes Self Management and Training**<br><br>Health Services provided on an out-patient basis for diabetes self management training and medical nutrition education provided as part of an office visit, group setting or home visit provided the services are prescribed by a Network Physician and are listed in the National Standards for Diabetes Self-Management Education Programs as published by the American Diabetes Association. | _Network_<br><br>No | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, and Outpatient Diagnostic and Therapeutic Services. | | |
| In addition, the following equipment, supplies and services are covered:<br><br>• blood glucose monitors,<br><br>• blood glucose monitors for the legally blind,<br><br>• cartridges for the legally blind,<br><br>• lancets and landing devices, and<br><br>• foot care examinations. | _Non-Network_<br><br>No | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, and Outpatient Diagnostic and Therapeutic Services. | | |

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| | *Network* | | | |
| | No | 10% | Yes | Yes |
| | *Non-Network* | | | |
| | Yes, for items more than $1,000 | 30% | Yes | Yes |

## 4. Durable Medical Equipment

Durable Medical Equipment that meets each of the following criteria:

- Ordered or provided by a Physician for outpatient use.

- Used for medical purposes.

- Not consumable or disposable.

- Not of use to a person in the absence of a disease or disability.

If more than one piece of Durable Medical Equipment can meet your functional needs, Benefits are available only for the most cost-effective piece of equipment.

Examples of Durable Medical Equipment include:

- Equipment to assist mobility, such as a standard wheelchair.

- A standard Hospital-type bed.

- Oxygen and the rental of equipment to administer oxygen (including tubing, connectors and masks).

- Delivery pumps for tube feedings (including tubing and connectors).

- Braces, including necessary adjustments to shoes to accommodate braces. Braces that stabilize an Injured body part and braces to treat curvature of the spine are considered Durable Medical Equipment and are a Covered Health Service. Braces that straighten or change the shape of a body part are orthotic devices, and are excluded from coverage. Dental

COVPLS.01.IL.DOM

10

(Section 1: What's Covered--Benefits)

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|

braces are also excluded from coverage.

- Mechanical equipment necessary for the treatment of chronic or acute respiratory failure (except that air-conditioners, humidifiers, dehumidifiers, air purifiers and filters, and personal comfort items are excluded from coverage).

We provide Benefits only for a single purchase (including repair/replacement) of a type of Durable Medical Equipment once every calendar year.

We will decide if the equipment should be purchased or rented. To receive Network Benefits, you must purchase or rent the Durable Medical Equipment from the vendor we identify.

Any combination of Network and Non-Network Benefits for Durable Medical Equipment is limited to $2,500 per calendar year. This limit applies to the total amount that we will pay for the Durable Medical Equipment, and does not include any Copayment or Annual Deductible responsibility you may have.

**Notify Us**

Please remember that for Non-Network Benefits you must notify us before obtaining any single item of Durable Medical Equipment that costs more than $1,000 (either purchase price or cumulative rental of a single item). If you don't notify us, you will be responsible for paying all charges and no Benefits will be paid.

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| **5. Emergency Health Services** | | | | |
| Services that are required to stabilize or initiate treatment in an Emergency. Emergency Health Services must be received on an outpatient basis at a Hospital or Alternate Facility. | _Network_ No | $100 per visit | No | No |
| You will find more information about Benefits for Emergency Health Services in (Section 3: Description of Network and Non-Network Benefits). | _Non-Network_ Yes, but only for an Inpatient Stay | Same as Network | Same as Network | Same as Network |

**Notify Us**

To ensure prompt and accurate payment of your claim as a Network Benefit, notify us within two business days or as soon as possible after you receive outpatient Emergency Health Services at a non-Network Hospital or Alternate Facility.

Please remember that if you are admitted to a non-Network Hospital as a result of an Emergency, you must notify us within one business day or the same day of admission, or as soon as reasonably possible.

If you don't notify us, Benefits for the Non-Network Hospital Inpatient Stay will be reduced to 50% of Eligible Expenses. Benefits will not be reduced for the outpatient Emergency Health Services.

(Section 1: What's Covered--Benefits)

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| **6. Eye Examinations**<br><br>Eye examinations received from a health care provider in the provider's office. | *Network*<br>No<br><br>*Non-Network*<br>No | $20 per visit<br><br><br>30% | No<br><br><br>Yes | No<br><br><br>Yes |
| Benefits include one routine vision exam, including refraction, to detect vision impairment by a Network provider every other calendar year. | | | | |
| Please note that Benefits are not available for charges connected to the purchase or fitting of eyeglasses or contact lenses. | | | | |
| **7. Examination and Treatment for Sexual Assault**<br><br>Services to treat injuries and trauma resulting from a sexual assault or sexual abuse. | *Network*<br>No<br><br><br>*Non-Network*<br>No | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, and Outpatient Diagnostic and Therapeutic Services.<br><br>Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, and Outpatient Diagnostic and Therapeutic Services. | | |

(Section 1: What's Covered—Benefits)

COVPLS.01.IL.DOM

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| | _Network_ | | | |
| | No | 10% | Yes | Yes |
| | _Non-Network_ | | | |
| | Yes | 30% | Yes | Yes |

## 8. Home Health Care

Services received from a Home Health Agency that are both of the following:

- Ordered by a Physician.

- Provided by or supervised by a registered nurse in your home.

Benefits are available only when the Home Health Agency services are provided on a part-time, intermittent schedule and when skilled care is required.

Skilled care is skilled nursing, skilled teaching, and skilled rehabilitation services when all of the following are true:

- It must be delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome, and provide for the safety of the patient.

- It is ordered by a Physician.

- It is not delivered for the purpose of assisting with activities of daily living, including but not limited to dressing, feeding, bathing or transferring from a bed to a chair.

- It requires clinical training in order to be delivered safely and effectively.

- It is not Custodial Care.

We will decide if skilled care is required by reviewing both the skilled nature of the service and the need for Physician-directed medical management. A service will not be determined to be "skilled" simply because there is not an available caregiver.

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| Any combination of Network and Non-Network Benefits is limited to 60 visits per calendar year. One visit equals four hours of skilled care services. | | | | |
| **Notify Us** Please remember that for Non-Network Benefits you must notify us five business days before receiving services. If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses. | | | | |
| **9.  Hospice Care** | *Network* | | | |
| Hospice care that is recommended by a Physician. Hospice care is an integrated program that provides comfort and support services for the terminally ill. Hospice care includes physical, psychological, social and spiritual care for the terminally ill person, and short-term grief counseling for immediate family members. Benefits are available when hospice care is received from a licensed hospice agency. | No | 10% | Yes | Yes |
| | *Non-Network* | | | |
| | Yes | 30% | Yes | Yes |
| Please contact us for more information regarding our guidelines for hospice care. You can contact us at the telephone number on your ID card. | | | | |
| Any combination of Network and Non-Network Benefits is limited to 360 days during the entire period of time you are covered under the Policy. | | | | |
| **Notify Us** | | | | |

15

(Section 1: What's Covered—Benefits)

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| Please remember that for Non-Network Benefits you must notify us five business days before receiving services. If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses. | | | | |

## 10.  Hospital – Inpatient Stay

| | | ***Network*** | | |
|---|---|---|---|---|
| Inpatient Stay in a Hospital. Benefits are available for: | No | 10% | Yes | Yes |
| • Supplies and non-Physician services received during the Inpatient Stay. | | | | |
| • Room and board in a Semi-private Room (a room with two or more beds). | | | | |

Benefits for Physician services are described under *Professional Fees for Surgical and Medical Services.*

A Hospital Inpatient Stay following a mastectomy shall be for the length of time as determined by the Physician and based on the availability of a Physician office or in-home registered nurse within 48 hours.

| | | ***Non-Network*** | | |
|---|---|---|---|---|
| **Notify Us** Please remember that for Non-Network Benefits you must notify us as follows: | Yes | 30% | Yes | Yes |
| • For elective admissions: five business days before admission. | | | | |
| • For non-elective admissions: within one business day or the same day of admission. | | | | |
| • For Emergency admissions: within one business day or the | | | | |

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| same day of admission, or as soon as is reasonably possible. | | | | |
| If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses. | | | | |

## 11. Injections received in a Physician's Office

Benefits are available for injections received in a Physician's office when no other health service is received, for example allergy immunotherapy.

| | Must You Notify Us? | Your Copayment Amount | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| ***Network*** | No | $20 per visit | No | No |
| ***Non-Network*** | No | 30% per injection | Yes | Yes |

## 12. Maternity Services

Benefits for Pregnancy will be paid at the same level as Benefits for any other condition, Sickness or Injury. This includes all maternity-related medical services for prenatal care, postnatal care, delivery, and any related complications.

We also have special prenatal programs to help during Pregnancy. They are completely voluntary and there is no extra cost for participating in the program. To sign up, you should notify us during the first trimester, but no later than one month prior to the anticipated childbirth.

| | Must You Notify Us? | Your Copayment Amount | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| ***Network*** | No | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, and Outpatient Diagnostic and Therapeutic Services. | | |
| | | No Copayment applies to Physician office visits for prenatal | | |

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| | | care after the first visit. | | |

Prenatal benefits includes prenatal HIV testing when ordered by:

- An attending Physician,

- A Physician assistant who has a written agreement with a Physician that authorizes such testing.

- An advanced practice registered nurse who has a written agreement with a Physician,

including, but not limited to orders consistent with the recommendations of the American College of Obstetricians and Gynecologists or the American Academy of Pediatrics.

We will pay Benefits for an Inpatient Stay of at least:

- 48 hours for the mother and newborn child following a normal vaginal delivery.

- 96 hours for the mother and newborn child following a cesarean section delivery.

If the mother agrees, the attending provider may discharge the mother and/or the newborn child earlier than these minimum time frames.

**Notify Us**

Please remember that for Non-Network Benefits you must notify us as soon as reasonably possible if the Inpatient Stay for the mother and/or the newborn will be more than the time frames described. If

| | | | | |
|---|---|---|---|---|
| **Non-Network** | | | | |
| | Yes, if Inpatient Stay exceeds time frames | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, and Outpatient Diagnostic and Therapeutic Services. | | |

COVPLS.01.IL.DOM

4

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| you don't notify us that the Inpatient Stay will be extended, your Benefits for the extended stay will be reduced to 50% of Eligible Expenses. | | | | |
| **13. Mental Health and Substance Abuse Services – Outpatient**<br><br>Mental Health Services and Substance Abuse Services received on an outpatient basis in a provider's office or at an Alternate Facility, including:<br><br>• Mental health, substance abuse and chemical dependency evaluations and assessment.<br><br>• Diagnosis.<br><br>• Treatment planning.<br><br>• Referral services.<br><br>• Medication management.<br><br>• Short-term individual, family and group therapeutic services (including intensive outpatient therapy).<br><br>• Crisis intervention. | *Network*<br><br>You must call the Mental Health/ Substance Abuse Designee to receive the Benefits. | 50% | Yes | Yes |
| Health Services for the treatment of alcoholism or substance abuse will include the services of any person or entity which is licensed by the Illinois Department of Human Services. The services must be:<br><br>• Otherwise covered under the Policy; and | *Non-Network*<br><br>You must call the Mental Health/ | 50% | Yes | Yes |

COVPLS.01.IL.DOM     19     (Section 1: What's Covered—Benefits)

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| • Within the scope of the licensure of the provider.<br><br>For Network Benefits, referrals to a Mental Health/Substance Abuse provider are at the sole discretion of the Mental Health/Substance Abuse Designee, who is responsible for coordinating all of your care. Contact the Mental Health/Substance Abuse Designee regarding Network Benefits for outpatient Mental Health and Substance Abuse Services.<br><br>Any combination of Network and Non-Network Benefits for Mental Health Services and/or Substance Abuse Services is limited to 20 visits per calendar year.<br><br>**Authorization Required**<br>Please remember that you must call and get authorization to receive these Benefits in advance of any treatment through the Mental Health/Substance Abuse Designee. The Mental Health/Substance Abuse Designee phone number appears on your ID card.<br><br>Without authorization, you will be responsible for paying all charges and no Benefits will be paid. | Substance Abuse Designee to receive the Benefits. | | | |
| **14. Mental Health and Substance Abuse Services - Inpatient and Intermediate**<br><br>Mental Health Services and Substance Abuse Services received on | *Network*<br>You must call the Mental Health/ Substance Abuse | 10% | Yes | Yes |

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount<br>% Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| an inpatient or intermediate care basis in a Hospital or an Alternate Facility. Benefits include detoxification from abusive chemicals or substances that is limited to physical detoxification when necessary to protect your physical health and well-being. | Designee to receive the Benefits. | | | |
| The Mental Health/Substance Abuse Designee, who will authorize the services, will determine the appropriate setting for the treatment. If an Inpatient Stay is required, it is covered on a Semi-private Room basis. At the discretion of the Mental Health/Substance Abuse Designee, two sessions of intermediate care (such as partial hospitalization) may be substituted for one inpatient day. | **Non-Network**<br><br>You must call the Mental Health/Substance Abuse Designee to receive the Benefits. | 30% | Yes | Yes |
| Network Benefits for Mental Health Services and Substance Abuse Services must be provided by or under the direction of the Mental Health/Substance Abuse Designee. For Network Benefits, referrals to a Mental Health/Substance Abuse provider are at the sole discretion of the Mental Health/Substance Abuse Designee, who is responsible for coordinating all of your care. Contact the Mental Health/Substance Abuse Designee regarding Benefits for inpatient/intermediate Mental Health Services and Substance Abuse Services. | | | | |
| When confined for the treatment of alcoholism or substance abuse, Health Services will include the services of any person or entity which is licensed by the Illinois Department of Human Services. The services must be:<br><br>• Otherwise covered under the Policy; and<br><br>• Within the scope of the licensure of the provider. | | | | |

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| Any combination of Network and Non-Network Benefits for Mental Health Services and/or Substance Abuse Services is limited to 20 days per calendar year. **Authorization Required** Please remember that you must call and get authorization to receive these Benefits in advance of any treatment through the Mental Health/Substance Abuse Designee. The Mental Health/Substance Abuse Designee phone number appears on your ID card. Without authorization, you will be responsible for paying all charges and no Benefits will be paid. | | | | |
| **15. Outpatient Surgery, Diagnostic and Therapeutic Services** *Outpatient Surgery* Covered Health Services for surgery and related services received on an outpatient basis at a Hospital or Alternate Facility. | _Network_ No | 10% | Yes | Yes |
| Benefits under this section include only the facility charge and the charge for required Hospital-based professional services, supplies and equipment. Benefits for the surgeons fees related to outpatient surgery are described under *Professional Fees for Surgical and* | _Non-Network_ No | 30% | Yes | Yes |

22

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| *Medical Services.* | | | | |
| When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services* below. | | | | |
| **Outpatient Diagnostic Services** | | *For lab and radiology/ X-ray:* | | |
| Covered Health Services received on an outpatient basis at a Hospital or Alternate Facility including: | *Network* | | | |
| • Lab and radiology/X-ray. | No | No Copayment | No | No |
| • Mammography testing, which includes, but is not limited to: | | *For mammography testing:* | | |
| — A baseline mammogram for women who are 35-39 years of age. | | No Copayment | | |
| — An annual mammogram for women age 40 and over. | | No Copayment | No | No |
| Benefits under this section include only the facility charge and the charge for required Hospital-based professional services, supplies and equipment. Benefits for the surgeons fees related to outpatient surgery are described under *Professional Fees for Surgical and Medical Services.* | *Non-Network* | | | |
| When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services* below. | No | 30% | Yes | Yes |
| This section does not include Benefits for CT scans, PET scans, MRIs, or nuclear medicine, which are described immediately below. | | | | |

COVPLS.01.IL.DOM

23

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| ***Outpatient Diagnostic/Therapeutic Services – CT Scans, PET Scans, MRI and Nuclear Medicine*** | | | | |
| | *Network* | | | |
| Covered Health Services for CT scans, PET scans, MRI, and nuclear medicine received on an outpatient basis at a Hospital or Alternate Facility. | No | 10% | Yes | Yes |
| | *Non-Network* | | | |
| Benefits under this section include only the facility charge and the charge for required Hospital-based professional services, supplies and equipment. Benefits for the surgeons fees related to outpatient surgery are described under *Professional Fees for Surgical and Medical Services.* | No | 30% | Yes | Yes |
| ***Outpatient Therapeutic Treatments*** | | | | |
| | *Network* | | | |
| Covered Health Services for therapeutic treatments received on an outpatient basis at a Hospital or Alternate Facility, including dialysis, intravenous chemotherapy or other intravenous infusion therapy, and other treatments not listed above. | No | 10% | Yes | Yes |
| | *Non-Network* | | | |
| Benefits under this section include only the facility charge and the charge for required Hospital-based professional services, supplies and equipment. Benefits for the surgeons fees related to outpatient surgery are described under *Professional Fees for Surgical and Medical Services.* | No | 30% | Yes | Yes |
| When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services* below. | | | | |

To continue reading go to right column on this page

## 16. Physician's Office Services

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| Covered Health Services received in a Physician's office including: | **Network** | | | |
| Diagnosis and treatment of a Sickness or Injury. | No | $20 per visit | No | No |
| Preventive medical care. | | No Copayment applies when no Physician charge is assessed. | | |
| Voluntary family planning. | | | | |
| Well-baby and well-child care. | | | | |
| Routine physical examinations. Routine physical examinations include, but are not limited to, the following: | | | | |
| –   An annual pap smear. | | | | |
| –   An annual digital rectal examination and a prostate specific antigen test upon the recommendation of a Physician for: | | | | |
| •   Asymptomatic men age 50 and over; | | | | |
| •   African-American men age 40 and over; and | | | | |
| •   Men age 40 and over with a family history of prostate cancer. | | | | |
| –   Colorectal screenings. | | | | |
| –   Mammograms performed in a Physician's office. | **Non-Network** | | | |
| •   Vision and hearing screenings. (Vision screenings do not include refractive examinations to detect vision impairment. See *Eye Examinations* earlier in this section). | No | 30% No Benefits for preventive care, except for | Yes | Yes |
| •   Immunizations. | | | | |

(Section 1: What's Covered—Benefits)

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| | | mammograms, pap smears, annual digital rectal examinations, prostate antigen tests and colorectal screening. | | |
| **17. Professional Fees for Surgical and Medical Services** | | | | |
| Professional fees for surgical procedures and other medical care received in a Hospital, Skilled Nursing Facility, Inpatient Rehabilitation Facility or Alternate Facility, or for Physician house calls. | _**Network**_ No | 10% | Yes | Yes |
| When these services are performed in a Physician's office, Benefits are described under _Physician's Office Services_ above. | _**Non-Network**_ No | 30% | Yes | Yes |
| **18. Prosthetic Devices** | _**Network**_ | | | |
| External prosthetic devices that replace a limb or an external body part, limited to: | No | 10% | Yes | Yes |

COVPLS.01.IL.DOM

26

(Section 1: What's Covered—Benefits)

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| • Artificial arms, legs, feet and hands. | | | | |
| • Artificial eyes, ears and noses. | | | | |
| • Breast prosthesis as required by the Women's Health and Cancer Rights Act of 1998. Benefits include mastectomy bras and lymphedema stockings for the arm. | *Non-Network* No | 30% | Yes | Yes |

If more than one prosthetic device can meet your functional needs, Benefits are available only for the most cost-effective prosthetic device.

The prosthetic device must be ordered or provided by, or under the direction of a Physician. Except for items required by the Women's Health and Cancer Rights Act of 1998, Benefits for prosthetic devices are limited to a single purchase of each type of prosthetic device every calendar year.

Except for items required by the Women's Health and Cancer Rights Act of 1998, any combination of Network and Non-Network Benefits for prosthetic devices is limited to $2,500 per calendar year. This limit applies to the total amount that we will pay for the prosthetics, and does not include any Copayment or Annual Deductible responsibility you may have.

Once this Benefit limit is reached, no additional Benefits are available except for items required by the Women's Health and Cancer Rights Act of 1998.

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|

## 19. Reconstructive Procedures

**Network**

Services for reconstructive procedures, when a physical impairment exists and the primary purpose of the procedure is to improve or restore physiologic function. Reconstructive procedures include surgery or other procedures which are associated with an Injury, Sickness or Congenital Anomaly. The fact that physical appearance may change or improve as a result of a reconstructive procedure does not classify such surgery as a Cosmetic Procedure when a physical impairment exists, and the surgery restores or improves function.

| | No | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, Outpatient Diagnostic and Therapeutic Services, and Prosthetic Devices. | | |

**Non-Network**

Cosmetic Procedures are excluded from coverage. Procedures that correct an anatomical Congenital Anomaly without improving or restoring physiologic function are considered Cosmetic Procedures, except in the case of newborn children diagnosed with congenital defects or birth abnormalities. The fact that a Covered Person may suffer psychological consequences or socially avoidant behavior as a result of an Injury, Sickness or Congenital Anomaly does not classify surgery or other procedures done to relieve such consequences or behavior as a reconstructive procedure.

Please note that Benefits for reconstructive procedures include breast reconstruction following a mastectomy related to breast cancer, and reconstruction of the non-affected breast to achieve symmetry. Other services required by the Women's Health and Cancer Rights Act of 1998, including breast prostheses and treatment of complications, are provided in the same manner and at the same level as those for any other Covered Health Service. You can contact us at the telephone number on your ID card for more information about Benefits for mastectomy-related services.

| | Yes | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, Outpatient Diagnostic and Therapeutic Services, and Prosthetic Devices. | | |

COVPLS.01.IL.DOM

28

(Section 1: What's Covered--Benefits)

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| **Notify Us** Please remember that for Non-Network Benefits you must notify us five business days before receiving services. When you notify us, we can verify that the service is a reconstructive procedure rather than a Cosmetic Procedure. Cosmetic Procedures are always excluded from coverage. If you don't notify us, Benefits for reconstructive procedures will be reduced to 50% of Eligible Expenses. | | | | |
| **20. Rehabilitation Services – Outpatient Therapy** Short-term outpatient rehabilitation services for: <br>• Physical therapy. <br>• Occupational therapy. <br>• Speech therapy. <br>• Pulmonary rehabilitation therapy. <br>• Cardiac rehabilitation therapy. <br> Rehabilitation services must be performed by a licensed therapy provider, under the direction of a Physician. <br> Benefits are available only for rehabilitation services that are expected to result in significant physical improvement in your condition within two months of the start of treatment. | *Network* <br> No <br><br> *Non-Network* <br> No | 10% <br><br> 30% | Yes <br><br> Yes | Yes <br><br> Yes |

(Section 1: What's Covered—Benefits)

COVPLS.01.IL.DOM

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| Please note that we will pay Benefits for speech therapy only when the speech impediment or speech dysfunction results from Injury, stroke or a Congenital Anomaly. | | | | |
| Any combination of Network and Non-Network Benefits is limited as follows: | | | | |
| • 20 visits of physical therapy per calendar year. | | | | |
| • 20 visits of occupational therapy per calendar year. | | | | |
| • 20 visits of speech therapy per calendar year. | | | | |
| • 20 visits of pulmonary rehabilitation therapy per calendar year. | | | | |
| • 36 visits of cardiac rehabilitation therapy per calendar year. | | | | |
| **21. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services** | *Network* | | | |
| Services for an Inpatient Stay in a Skilled Nursing Facility or Inpatient Rehabilitation Facility. Benefits are available for: | No | 10% | Yes | Yes |
| • Services and supplies received during the Inpatient Stay. | | | | |
| • Room and board in a Semi-private Room (a room with two or more beds). | | | | |
| Any combination of Network and Non-Network Benefits is limited to 60 days per calendar year. | | | | |

## Description of Covered Health Service

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| Please note that Benefits are available only for the care and treatment of an Injury or Sickness that would have otherwise required an Inpatient Stay in a Hospital. | *Non-Network* Yes | 30% | Yes | Yes |

**Notify Us**

Please remember that for Non-Network Benefits you must notify us as follows:

- For elective admissions: five business days before admission.

- For non-elective admission: within one business day or the same day of admission.

- For Emergency admissions: within one business day or the same day of admission, or as soon as is reasonably possible.

If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses.

## 22. Spinal Manipulation

| | Must You Notify Us? | Your Copayment Amount | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| Benefits for Spinal Manipulation when provided by a Spinal Manipulation provider in the provider's office. | *Network* No | 10% | Yes | Yes |
| Benefits include diagnosis and related services and are limited to one visit and treatment per day. | *Non-Network* No | 30% | Yes | Yes |
| Any combination of Network and Non-Network Benefits for Spinal Manipulation is limited to 24 visits per calendar year. | | | | |

31

(Section 1: What's Covered--Benefits)

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| **23. Transplantation Services** | | | | |
| Covered Health Services for the following organ and tissue transplants when ordered by a Physician. For Network Benefits, transplantation services must be received at a Designated Facility. Benefits are available for the transplants listed below when the transplant meets the definition of a Covered Health Service, and is not an Experimental, Investigational or Unproven Service: | ***Network*** | | | |
| | Yes | 10% | Yes | Yes |
| | ***Non-Network*** | | | |
| • Bone marrow transplants (either from you or from a compatible donor) and peripheral stem cell transplants, with or without high dose chemotherapy. Not all bone marrow transplants meet the definition of a Covered Health Service. | Yes | 30% | Yes | Yes |
| • Heart transplants. | | Benefits are limited to $30,000 per transplant | | |
| • Heart/lung transplants. | | | | |
| • Lung transplants. | | | | |
| • Kidney transplants. | | | | |
| • Kidney/pancreas transplants. | | | | |
| • Liver transplants. | | | | |
| • Liver/small bowel transplants. | | | | |
| • Pancreas transplants. | | | | |
| • Small bowel transplants. | | | | |

Benefits are also available for cornea transplants that are provided by a Physician at a Hospital. We do not require that cornea transplants be performed at a Designated Facility in order for you to receive Network Benefits.

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|

Organ or tissue transplants or multiple organ transplants other than those listed above are excluded from coverage.

We have specific guidelines regarding Benefits for transplant services. Contact us at the telephone number on your ID card for information about these guidelines.

**Notify Us**

For Network Benefits you or your Physician must notify us as soon as the possibility of a transplant arises (and before the time a pre-transplantation evaluation is performed at a transplant center). If you do not notify us and if the transplantation services are not performed at a Designated Facility, you will be responsible for paying all charges and Network Benefits will not be paid. Non-Network Benefits may be available.

Please remember that for Non-Network Benefits you must notify us as soon as the possibility of a transplant arises (and before the time a pre-transplantation evaluation is performed at a transplant center). If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses.

33

(Section 1: What's Covered...?

COVPLS.01.IL.DOM

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| **24. Urgent Care Center Services** | | *Network* | | |
| Covered Health Services received at an Urgent Care Center. When services to treat urgent health care needs are provided in a Physician's office, Benefits are available as described under *Physician's Office Services* earlier in this section. | No | $50 per visit | No | No |
| | | *Non-Network* | | |
| | No | 30% | Yes | Yes |

# Section 2:

# What's Not Covered --Exclusions

This section contains information about:

- How headings are used in this section.

- Medical services that are not covered. We call these Exclusions. It's important for you to know what services and supplies are not covered under the Policy.

# How We Use Headings in this Section

To help you find specific exclusions more easily, we use headings. The headings group services, treatments, items, or supplies that fall into a similar category. Actual exclusions appear underneath headings. A heading does not create, define, modify, limit or expand an exclusion. All exclusions in this section apply to you.

To continue reading go to right column on this page

# We Do not Pay Benefits for Exclusions

We will not pay Benefits for any of the services, treatments, items or supplies described in this section, even if either of the following are true:

- It is recommended or prescribed by a Physician.

- It is the only available treatment for your condition.

The services, treatments, items or supplies listed in this section are no Covered Health Services, except as may be specifically provided for in (Section 1: What's Covered--Benefits) or through a Rider to the Policy.

## A. Alternative Treatments

1. Acupressure and acupuncture.

2. Aroma therapy.

3. Hypnotism.

4. Massage Therapy.

5. Rolfing.

6. Other forms of alternative treatment as defined by the Office of Alternative Medicine of the National Institutes of Health.

## B. Comfort or Convenience

1. Television.

2. Telephone.

3. Beauty/Barber service.

4. Guest service.

5. Supplies, equipment and similar incidental services and supplies for personal comfort. Examples include:

    - Air conditioners.

To continue reading go to left column on next page

(Section 2: What's Not Covered--Exclusions)

- Air purifiers and filters.
- Batteries and battery chargers.
- Dehumidifiers.
- Humidifiers.

6. Devices and computers to assist in communication and speech.

## C. Dental

1. Dental care except as described in (Section 1: What's Covered--Benefits) under the heading *Dental Services - Accident Only*.

2. Preventive care, diagnosis, treatment of or related to the teeth, jawbones or gums. Examples include all of the following:

   - Extraction, restoration and replacement of teeth.
   - Medical or surgical treatments of dental conditions.
   - Services to improve dental clinical outcomes.

3. Dental implants.

4. Dental braces.

5. Dental X-rays, supplies and appliances and all associated expenses, including hospitalizations and anesthesia. The only exceptions to this are for any of the following:

   - Transplant preparation.
   - Initiation of immunosuppressives.
   - The direct treatment of acute traumatic Injury, cancer or cleft palate.

6. Treatment of congenitally missing, malpositioned, or super numerary teeth, even if part of a Congenital Anomaly.

*To continue reading go to right column on this page*

## D. Drugs

1. Prescription drug products for outpatient use that are filled by a prescription order or refill.

2. Self-injectable medications, except in the case of injectables necessary to treat diabetes.

3. Non-injectable medications given in a Physician's office except as required in an Emergency.

4. Over the counter drugs and treatments.

Where a drug prescribed for the treatment of a type of cancer has not been approved by the Food and Drug Administration for this particular purpose, the Plan will include Coverage of such drug, provided:

- The drug was approved by the Food and Drug Administration for the treatment of some kind of cancer; and

- The drug has been recognized for the treatment of the specific type of cancer for which it was prescribed in any one of the following established reference compendia:

   - The American Medical Association Drug Evaluations.
   - The American Hospital Formulary Service Drug Information.
   - The United States Pharmacopoeia Drug Information.

## E. Experimental, Investigational or Unproven Services

Experimental, Investigational and Unproven Services are excluded. The fact that an Experimental, Investigational or Unproven Service, treatment, device or pharmacological regimen is the only available treatment for a particular condition will not result in Benefits if the procedure is considered to be Experimental, Investigational or Unproven in the treatment of that particular condition.

*To continue reading go to left column on next page*

## F. Foot Care

1. Routine foot care (including the cutting or removal of corns and calluses), except when needed for prevention of complications due to diabetes.

2. Nail trimming, cutting, or debriding.

3. Hygienic and preventive maintenance foot care. Examples include the following:

   – Cleaning and soaking the feet.

   – Applying skin creams in order to maintain skin tone.

   – Other services that are performed when there is not a localized Illness, Injury or symptom involving the foot.

4. Treatment of flat feet.

5. Treatment of subluxation of the foot.

6. Shoe orthotics.

## G. Medical Supplies and Appliances

1. Devices used specifically as safety items or to affect performance in sports-related activities.

2. Prescribed or non-prescribed medical supplies and disposable supplies. Examples include:

   – Elastic stockings.

   – Ace bandages.

   – Gauze and dressings.

3. Orthotic appliances that straighten or re-shape a body part (including cranial banding and some types of braces).

4. Tubings and masks are not covered except when used with Durable Medical Equipment as described in (Section 1: What's Covered—Benefits).

*To continue reading go to right column on this page*

## H. Mental Health/Substance Abuse

1. Services performed in connection with conditions not classified in the current edition of the Diagnostic and Statistical Manual of the American Psychiatric Association.

2. Mental Health Services and Substance Abuse Services that extend beyond the period necessary for short-term evaluation, diagnosis, treatment or crisis intervention.

3. Mental Health Services as treatment for insomnia and other sleep disorders, neurological disorders and other disorders with a kno[w]n physical basis.

4. Treatment for conduct and impulse control disorders, personality disorders, paraphilias and other Mental Illnesses that will not substantially improve beyond the current level of functioning, or that are not subject to favorable modification or management according to prevailing national standards of clinical practice, as reasonably determined by the Mental Health/Substance Abuse Designee.

5. Services utilizing methadone treatment as maintenance, L.A.A.M. (1-Alpha-Acetyl-Methadol), Cyclazocine, or their equivalents.

6. Treatment provided in connection with or to comply with involuntary commitments, police detentions and other similar arrangements, unless authorized by the Mental Health/Substance Abuse Designee.

7. Residential treatment services.

8. Services or supplies for the diagnosis or treatment of Mental Illness, alcoholism or substance abuse disorders that, in the reasonable judgment of the Mental Health/Substance Abuse Designee, are any of the following:

   – Not consistent with prevailing national standards of clinical practice for the treatment of such conditions.

   – Not consistent with prevailing professional research demonstrating that the services or supplies will have a

   *To continue reading go to left column on next page*

*To continue reading go to left column on this page*

37

(Section 2: What's Not Covered—Exclusions)

measurable and beneficial health outcome.

- Typically do not result in outcomes demonstrably better than other available treatment alternatives that are less intensive or more cost effective.

- Not consistent with the Mental Health/Substance Abuse Designee's level of care guidelines or best practices as modified from time to time.

The Mental Health/Substance Abuse Designee may consult with professional clinical consultants, peer review committees or other appropriate sources for recommendations and information regarding whether a service or supply meets any of these criteria.

# I. Nutrition

1. Megavitamin and nutrition based therapy.
2. Nutritional counseling for either individuals or groups, except when prescribed for treatment of diabetes.
3. Enteral feedings and other nutritional and electrolyte supplements, including infant formula and donor breast milk.

# J. Physical Appearance

1. Cosmetic Procedures, except those procedures necessary for newborn children who have been diagnosed with congenital defects and/or birth abnormalities. See the definition in (Section 10: Glossary of Defined Terms). Examples include:

   - Pharmacological regimens, nutritional procedures or treatments.

   - Scar or tattoo removal or revision procedures (such as salabrasion, chemosurgery and other such skin abrasion procedures).

To continue reading go to right column on this page

- Skin abrasion procedures performed as a treatment for acne.

2. Replacement of an existing breast implant if the earlier breast implant was performed as a Cosmetic Procedure. **Note:** Replacement of an existing breast implant is considered reconstructive if the initial breast implant followed mastectomy. See *Reconstructive Procedures* in (Section 1: What's Covered--Benefits).

3. Physical conditioning programs such as athletic training, body-building, exercise, fitness, flexibility, and diversion or general motivation.

4. Weight loss programs whether or not they are under medical supervision. Weight loss programs for medical reasons are also excluded.

5. Wigs regardless of the reason for the hair loss.

# K. Preexisting Conditions

1. Benefits for the treatment of a Preexisting Condition are excluded until the earlier of the following:

   - The date you have had Continuous Creditable Coverage for 12 months.

   - The date you have had Continuous Creditable Coverage for 18 months if you are a Late Enrollee.

   This exclusion does not apply to newborn children or newly adopted children. This exception for newborn and adopted children no longer applies after the end of the first 63-day period during which the child has not had Continuous Creditable Coverage.

To continue reading go to left column on next page

(Section 2: What's Not Covered--Exclusions)

## L. Providers

1. Services performed by a provider who is a family member by birth or marriage, including spouse, brother, sister, parent or child. This includes any service the provider may perform on himself or herself.

2. Services performed by a provider with your same legal residence.

3. Services provided at a free-standing or Hospital-based diagnostic facility without an order written by a Physician or other provider.

Services that are self-directed to a free-standing or Hospital-based diagnostic facility. Services ordered by a Physician or other provider who is an employee or representative of a free-standing or Hospital-based diagnostic facility, when that Physician or other provider:

- Has not been actively involved in your medical care prior to ordering the service, or

- Is not actively involved in your medical care after the service is received.

This exclusion does not apply to mammography testing.

## M. Reproduction

1. Health services and associated expenses for infertility treatments.

2. Surrogate parenting.

3. The reversal of voluntary sterilization.

*To continue reading go to right column on this page*

## N. Services Provided under Another Plan

1. Health services for which other coverage is required by federal, state or local law to be purchased or provided through other arrangements. This includes, but is not limited to, coverage required by workers' compensation, no-fault auto insurance, or similar legislation.

   If coverage under workers' compensation or similar legislation is optional for you because you could elect it, or could have it elected for you, Benefits will not be paid for any Injury, Sickness or Mental Illness that would have been covered under workers' compensation or similar legislation had that coverage been elected.

2. Health services for treatment of military service-related disabilities, when you are legally entitled to other coverage and facilities are reasonably available to you.

3. Health services while on active military duty.

## O. Transplants

1. Health services for organ and tissue transplants, except those described in (Section 1: What's Covered--Benefits).

2. Health services connected with the removal of an organ or tissue from you for purposes of a transplant to another person. (Donor costs for removal are payable for a transplant through the organ recipient's Benefits under the Policy).

3. Health services for transplants involving mechanical or animal organs.

4. Any solid organ transplant that is performed as a treatment for cancer.

5. Any multiple organ transplant not listed as a Covered Health Service under the heading *Transplantation Services* in (Section 1: What's Covered--Benefits).

*To continue reading go to left column on next page*

(Section 2: What's Not Covered--Exclusions)

## P. Travel

1. Health services provided in a foreign country, unless required as Emergency Health Services.

2. Travel or transportation expenses, even though prescribed by a Physician. Some travel expenses related to covered transplantation services may be reimbursed at our discretion.

## Q. Vision and Hearing

1. Purchase cost of eye glasses, contact lenses, or hearing aids.

2. Fitting charge for hearing aids, eye glasses or contact lenses.

3. Eye exercise therapy.

4. Surgery that is intended to allow you to see better without glasses or other vision correction including radial keratotomy, laser, and other refractive eye surgery.

## R. All Other Exclusions

1. Health services and supplies that do not meet the definition of a Covered Health Service – see the definition in (Section 10: Glossary of Defined Terms).

2. Physical, psychiatric or psychological exams, testing, vaccinations, immunizations or treatments that are otherwise covered under the Policy when:

   ■ Required solely for purposes of career, education, sports or camp, travel, employment, insurance, marriage or adoption.

   ▬ Related to judicial or administrative proceedings or orders.

   ▬ Conducted for purposes of medical research.

   ▬ Required to obtain or maintain a license of any type.

3. Health services received as a result of war or any act of war, whether declared or undeclared or caused during service in the armed forces of any country.

4. Health services received after the date your coverage under the Policy ends, including health services for medical conditions arising before the date your coverage under the Policy ends.

5. Health services for which you have no legal responsibility to pay, or for which a charge would not ordinarily be made in the absence of coverage under the Policy.

6. In the event that a non-Network provider waives Copayments and/or the Annual Deductible for a particular health service, no Benefits are provided for the health service for which the Copayments and/or Annual Deductible are waived.

7. Charges in excess of Eligible Expenses or in excess of any specified limitation.

8. Upper and lower jawbone surgery except as required for direct treatment of acute traumatic Injury or cancer. Orthognathic surgery, jaw alignment and treatment for the temporomandibular joint, except as a treatment of obstructive sleep apnea.

9. Surgical and non-surgical treatment of obesity, including morbid obesity.

10. Growth hormone therapy, except when determined to be medically necessary by your Physician.

11. Sex transformation operations.

12. Custodial Care.

13. Domiciliary care.

14. Private duty nursing.

15. Respite care.

16. Rest cures.

17. Psychosurgery.

*To continue reading go to right column on this page*

*To continue reading go to left column on next page*

EXCL.01.IL.DOM

40

(Section 2: What's Not Covered—Exclusions)

21. Oral appliances for snoring.

22. Speech therapy except as required for treatment of a speech impediment or speech dysfunction that results from Injury, stroke, or a Congenital Anomaly.

To continue reading go to left column on next page

18. Treatment of benign gynecomastia (abnormal breast enlargement in males).

19. Medical and surgical treatment of excessive sweating (hyperhidrosis).

20. Medical and surgical treatment for snoring, except when provided as a part of treatment for documented obstructive sleep apnea.

To continue reading go to right column on this page

EXCL.01.IL.DOM

# Section 3: Description of Network and Non-Network Benefits

This section includes information about:

- Network Benefits.

- Non-Network Benefits.

- Emergency Health Services.

## Network Benefits

Network Benefits are generally paid at a higher level than Non-Network Benefits. Network Benefits are payable for Covered Health Services which are:

- Provided by or under the direction of a Network Physician or other Network provider.

- For facility services, these are Benefits for Covered Health Services that are provided at a Network facility under the direction of either a Network or non-Network Physician or other provider.

*To continue reading go to right column on this page*

- Emergency Health Services.

Please note that Mental Health and Substance Abuse Services must be authorized by the Mental Health/Substance Abuse Designee. Please see (Section 1: What's Covered—Benefits) under the heading for *Mental Health and Substance Abuse*.

*To continue reading go to left column on next page*

(Section 3: Description of Network and Non-Network Benefits)

(Section 1: What's Covered—Benefits)

## Comparison of Network and Non-Network Benefits

| | Network | Non-Network |
|---|---|---|
| **Benefits** | A higher level of Benefits means less cost to you. See (Section 1: What's Covered—Benefits). | A lower level of Benefits means more cost to you. See (Section 1: What's Covered—Benefits). |
| **Who Should Notify Us for Care Coordination** | Network providers generally handle notifying us for you. However, there are exceptions. See (Section 1: What's Covered—Benefits), under the *Must You Notify Us?* column. | You must notify us for certain Covered Health Services. Failure to notify results in reduced Benefits or no Benefits. See (Section 1: What's Covered—Benefits), under the *Must You Notify Us?* column. |
| **Who Should File Claims** | Not required. We pay Network providers directly. | You must file claims. See (Section 5: How to File a Claim). |

| **Outpatient Emergency Health Services** | Emergency Health Services are always paid as a Network Benefit (paid the same whether you are in or out of the Network). That means that if you seek Emergency care at a non-Network facility, you are not required to meet the Annual Deductible or to pay any difference between Eligible Expenses and the amount the provider bills. |
|---|---|

### Provider Network

We arrange for health care providers to participate in a Network. Network providers are independent practitioners. They are not our employees. *It is your responsibility to select your provider.*

Our credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided.

You will be given a directory of Network providers. However, before obtaining services you should always verify the Network status of a provider. A provider's status may change. You can verify the provider's status by calling Customer Service.

It is possible that you might not be able to obtain services from a particular Network provider. The network of providers is subject to change. Or you might find that a particular Network provider may not be accepting new patients. If a provider leaves the Network or is otherwise not available to you, you must choose another Network provider to get Network Benefits.

To continue reading go to left column on this page

To continue reading go to right column on this page

To continue reading go to left column on next page

DESCPLS.01.IL.DOM

43

(Section 3: Description of Network and Non-Network Benefits)

**Do not assume that a Network provider's agreement includes all Covered Health Services. Some Network providers contract with us to provide only certain Covered Health Services, but not all Covered Health Services. Some Network providers choose to be a Network provider for only some of our products. Refer to your provider directory or contact us for assistance.**

## Care Coordination℠

Your Network Physician is required to notify us regarding certain proposed or scheduled health services. When your Network Physician notifies us, we will work together to implement the Care Coordination℠ process and to provide you with information about additional services that are available to you, such as disease management programs, health education, pre-admission counseling and patient advocacy.

If you receive certain Covered Health Services from a Network provider, you must notify us. The Covered Health Services for which notification is required is shown in (Section 1: What's Covered—Benefits). When you notify us, we will provide you the Care Coordination services described above.

## Designated Facilities and Other Providers

If you have a medical condition that we believe needs special services, we may direct you to a Designated Facility or other provider chosen by us. If you require certain complex Covered Health Services for which expertise is limited, we may direct you to a non-Network facility or provider.

In both cases, Network Benefits will only be paid if your Covered Health Services for that condition are provided by or arranged by the Designated Facility or other provider chosen by us.

You or your Network Physician must notify us of special service needs (including, but not limited to, transplants or cancer treatment) that might warrant referral to a Designated Facility or non-Network Facility or provider. If you do not notify us in advance, and if you receive services from a non-Network facility (regardless of whether it is a Designated Facility) or other non-Network provider, Network Benefits

*To continue reading go to right column on this page*

DESCPLS.01.IL.DOM

will not be paid. Non-Network Benefits may be available if the special needs services you receive are Covered Health Services for which Benefits are provided under the Policy.

## Health Services from Non-Network Providers Paid as Network Benefits

If specific Covered Health Services are not available from a Network provider, you may be eligible for Network Benefits when Covered Health Services are received from non-Network providers. In this situation, your Network Physician will notify us, and we will work with you and your Network Physician to coordinate care through a non-Network provider.

When you receive Covered Health Services through a Network Physician, we will pay Network Benefits for those Covered Health Services, even if one or more of those Covered Health Services is received from a non-Network provider.

## Limitations on Selection of Providers

If we determine that you are using health care services in a harmful or abusive manner, or with harmful frequency, your selection of Network providers may be limited. If this happens, we may require you to select a single Network Physician to provide and coordinate all future Covered Health Services.

If you don't make a selection within 31 days of the date we notify you, we will select a single Network Physician for you.

If you fail to use the selected Network Physician, Covered Health Services will be paid as Non-Network Benefits.

# Non-Network Benefits

Non-Network Benefits are generally paid at a lower level than Network Benefits. Non-Network Benefits are payable for Covered Health Services which are any of the following:

*To continue reading go to left column on next page*

(Section 3: Description of Network and Non-Network Benefits)

- Provided by a non-Network Physician or other non-Network provider.

- Provided at a non-Network facility.

Depending on the geographic area and the service you receive, you may have access through our Shared Savings Program to providers who have agreed to discount their charges for Covered Health Services. If you receive Covered Health Services from these providers, and if your Copayment is expressed as a percentage of Eligible Expenses for Non-Network Benefits, that percentage will remain the same as it is when you receive Covered Health Services from non-Network providers who have not agreed to discount their charges; however, the total that you owe may be less when you receive Covered Health Services from Shared Savings Program providers than from other non-Network providers, because the Eligible Expense may be a lesser amount.

## Notification Requirement

You must notify us before getting certain Covered Health Services from non-Network providers. The details are shown in the *Must You Notify Us?* column in (Section 1: What's Covered--Benefits). If you fail to notify us, Benefits are reduced or denied.

Prior notification does not mean Benefits are payable in all cases. Coverage depends on the Covered Health Services that are actually given, your eligibility status, and any benefit limitations.

## Care Coordination℠

When you notify us as described above, we will work together to implement the Care Coordination℠ process and to provide you with information about additional services that are available to you, such as disease management programs, health education, pre-admission counseling and patient advocacy.

*To continue reading go to right column on this page*

# Emergency Health Services

We provide Benefits for Emergency Health Services when required for stabilization and initiation of treatment as provided by or under the direction of a Physician.

Network Benefits are paid for Emergency Health Services, even if the services are provided by a non-Network provider.

- If you are confined in a non-Network Hospital after you receive Emergency Health Services, we must be notified within one business day or on the same day of admission if reasonably possible. We may elect to transfer you to a Network Hospital as soon as it is medically appropriate to do so. If you choose to stay the non-Network Hospital after the date we decide a transfer is medically appropriate, Non-Network Benefits may be available if the continued stay is determined to be a Covered Health Service.

*To continue reading go to left column on next page*

45

(Section 3: Description of Network and Non-Network Benefits)

# Section 4: When Coverage Begins

This section includes information about:

- How to enroll.

- If you are hospitalized when this coverage begins.

- Who is eligible for coverage.

- When to enroll.

- When coverage begins.

## How to Enroll

To enroll, the Eligible Person must complete an enrollment form. The Enrolling Group will give the necessary forms to you. The Enrolling Group will then submit the properly completed forms to us, along with any required Premium. We will not provide Benefits for health services that you receive before your effective date of coverage.

*To continue reading go to right column on this page*

## If You Are Hospitalized When Your Coverage Begins

If you are an inpatient in a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility on the day your coverage begins, we will pay Benefits for Covered Health Services related to that Inpatient Stay as long as you receive Covered Health Services in accordance with the terms of the Policy.

You should notify us within 48 hours of the day your coverage begins or as soon as is reasonably possible. Network Benefits are available only if you receive Covered Health Services from Network Facilities.

## If You Are Eligible for Medicare

Your Benefits under the Policy may be reduced if you are eligible for Medicare but do not enroll in and maintain coverage under both Medicare Part A and Part B.

Your Benefits under the Policy may also be reduced if you are enrolled in a Medicare+Choice (Medicare Part C) plan but fail to follow the rules of that plan. Please see *Medicare Eligibility* in (Section 9: General Legal Provisions) for more information about how Medicare may affect your Benefits.

*To continue reading go to left column on next page*

# Who is Eligible for Coverage

| Who | Description | Who Determines Eligibility |
|---|---|---|
| **Eligible Person** | Eligible Person usually refers to an employee or member of the Enrolling Group who meets the eligibility rules. When an Eligible Person actually enrolls, we refer to that person as a Subscriber. For a complete definition of Eligible Person, Enrolling Group and Subscriber, see (Section 10: Glossary of Defined Terms).<br><br>Eligible Persons must reside within the United States.<br><br>If both spouses are Eligible Persons of the Enrolling Group, each may enroll as a Subscriber or be covered as an Enrolled Dependent of the other, but not both.<br><br>Except as we have described in (Section 4: When Coverage Begins), Eligible Persons may not enroll without our written permission. | We and the Enrolling Group determine who is eligible to enroll under the Policy. |
| **Dependent** | Dependent generally refers to the Subscriber's spouse and children. When a Dependent actually enrolls, we refer to that person as an Enrolled Dependent. For a completed definition of Dependent and Enrolled Dependent, see (Section 10: Glossary of Defined Terms).<br><br>Dependents of an Eligible Person may not enroll unless the Eligible Person is also covered under the Policy.<br><br>If both parents of a Dependent child are enrolled as a Subscriber, only | We and the Enrolling Group determine who qualifies as a Dependent. |

*(Section 4: When Coverage Begins)*

BEGIN.01.IL.DOM

| Who | Description | Who Determines Eligibility |
|-----|-------------|---------------------------|
| | one parent may enroll the child as a Dependent. | |
| | Except as we have described in (Section 4: When Coverage Begins), Dependents may not enroll without our written permission. | |

BEGIN.01.IL.DOM

48

# When to Enroll and When Coverage Begins

| When to Enroll | Who Can Enroll | Begin Date |
|---|---|---|
| **Initial Enrollment Period**<br><br>When the Enrolling Group purchases coverage under the Policy from us, the Initial Enrollment Period is the first period of time when Eligible Persons can enroll. | Eligible Persons may enroll themselves and their Dependents. | Coverage begins on the date identified in this Certificate if we receive the completed enrollment form and any required Premium within 31 days of the date the Eligible Person becomes eligible to enroll. |
| **Open Enrollment Period** | Eligible Persons may enroll themselves and their Dependents. | We and the Enrolling Group determine the Open Enrollment Period. Coverage begins on the date identified by the Enrolling Group if we receive the completed enrollment form and any required Premium within 31 days of the date the Eligible Person becomes eligible to enroll. |
| **New Eligible Persons** | New Eligible Persons may enroll themselves and their Dependents. | Coverage begins on the date agreed to by the Enrolling Group and us if we receive the completed enrollment form and any required Premium within 31 days of the date the new Eligible Person first becomes eligible. |

*(Section 4: When Coverage Begins)*

BEGIN.01.IL.DOM

| When to Enroll | Who Can Enroll | Begin Date |
|---|---|---|
| **Adding New Dependents** | Subscribers may enroll Dependents who join their family because of any of the following events:<br><br>• Marriage.<br>• Legal guardianship.<br>• Court or administrative order.<br><br>• Birth.<br>• Legal adoption.<br>• Placement for adoption. | Coverage for a new Dependent begins on the date of the event. We must receive the completed enrollment form and any required Premium within 31 days of the event in order to be covered for the initial 31 days and for new Dependents to be eligible.<br><br>If a Subscriber has at least one other Enrolled Dependent, coverage will be provided for a newborn Dependent from the moment of birth for 31 days, regardless if notification and payment is made. Coverage will end on the 32nd day if we have not received notification and required payment for coverage as required above. |
| **Special Enrollment Period**<br><br>An Eligible Person and/or Dependent may also be able to enroll during a special enrollment period. A special enrollment period is not available to an Eligible Person and his or her Dependents if coverage under the prior plan was | A special enrollment period applies to an Eligible Person and any Dependents when one of the following events occurs:<br><br>• Birth.<br>• Legal Adoption.<br>• Placement for adoption.<br>• Marriage.<br><br>A special enrollment period applies for an Eligible Person and/or Dependent who did not enroll during the Initial Enrollment Period or Open Enrollment Period if the following are true: | **Event Takes Place** (for example, a birth or marriage). Coverage begins on the date of the event if we receive the completed enrollment form and any required Premium within 31 days of the event.<br><br>**Missed Initial Enrollment Period or Open Enrollment Period.** Coverage begins on the day immediately following the day coverage under the prior plan ends if we receive the completed enrollment form and any required Premium within 31 days of the date coverage under the prior plan ended. |

(Section 4: When Coverage Begins)

| When to Enroll | Who Can Enroll | Begin Date |
|---|---|---|
| terminated for cause, or because premiums were not paid on a timely basis. | • The Eligible Person and/or Dependent had existing health coverage under another plan at the time they had an opportunity to enroll during the Initial Enrollment Period or Open Enrollment Period; and<br><br>• Coverage under the prior plan ended because of any of the following:<br><br>– Loss of eligibility (including, without limitation, legal separation, divorce or death).<br><br>– The employer stopped paying the contributions.<br><br>– In the case of COBRA continuation coverage, the coverage ended. | |
| **Late Enrollees** | An Eligible Person or Dependent who does not enroll for coverage under the Policy when he or she is first eligible, and who does not enroll during the Initial Enrollment Period, Open Enrollment Period, or a special enrollment period as described above. | Coverage begins on the date agreed to by the Enrolling Group and us after we receive the completed enrollment form and any required Premium. |

BEGIN.01.IL.DOM

# Section 5: How to File a Claim

This section provides you with information about:

- How and when to file a claim.

- If you receive Covered Health Services from a Network provider, you do not have to file a claim. We pay these providers directly.

- If you receive Covered Health Services from a non-Network provider, you are responsible for filing a claim.

## If You Receive Covered Health Services from a Network Provider

We pay Network providers directly for your Covered Health Services. If a Network provider bills you for any Covered Health Service, contact us. However, you are responsible for meeting the Annual Deductible and for paying Copayments to a Network provider at the time of service, or when you receive a bill from the provider.

*To continue reading go to right column on this page*

## If You Receive Covered Health Services from a Non-Network Provider

When you receive Covered Health Services from a non-Network provider, you are responsible for requesting payment from us. You must file the claim in a format that contains all of the information we require, as described below.

You must submit a request for payment of Benefits within 90 days after the date of service. If you don't provide this information to us within one year of the date of service, Benefits for that health service will be denied or reduced, in our discretion. This time limit does not apply if you are legally incapacitated. If your claim relates to an Inpatient Stay, the date of service is the date your Inpatient Stay ends.

If a Subscriber provides written authorization to allow this, all or a portion of any Eligible Expenses due to a provider may be paid directly to the provider instead of being paid to the Subscriber. But we will not reimburse third parties who have purchased or been assigned benefits by Physicians or other providers directly.

### Required Information

When you request payment of Benefits from us, you must provide us with all of the following information:

A.   The Subscriber's name and address.

B.   The patient's name and age.

C.   The number stated on your ID card.

D.   The name and address of the provider of the service(s).

E.   A diagnosis from the Physician.

*To continue reading go to left column on next page*

(Section 1: What's Covered—Benefits)

F. An itemized bill from your provider that includes the Current Procedural Terminology (CPT) codes or a description of each charge.

G. The date the Injury or Sickness began.

H. A statement indicating either that you are, or you are not, enrolled for coverage under any other health insurance plan or program. If you are enrolled for other coverage you must include the name of the other carrier(s).

## Payment of Benefits

You may not assign your Benefits under the Policy to a non-Network provider without our consent. We may, however, in our discretion, pay a non-Network provider directly for services rendered to you.

To continue reading go to right column on this page

To continue reading go to left column on next page

# Section 6: Questions, Complaints, Appeals

This section provides you with information to help you with the following:

- You have a question or concern about Covered Health Services or your Benefits.

- You have a complaint.

- We notify you that we will not be paying a claim because we have determined that a service or supply is excluded under the Policy.

To resolve a question, complaint, or appeal, just follow these steps:

## What to Do First

If you have a concern or question regarding the provision of Covered Health Services or benefits under the Policy, you should contact the Customer Services Department at the telephone number or address shown on your identification card.

*To continue reading go to right column on this page*

Our authorized representative shall contact you and attempt to address the concern through informal discussions. If the issue is not resolved through informal discussions, you may follow these steps in filing a complaint.

## First Level Review

### Step 1

You must present a written complaint to the Customer Services representative at United HealthCare of Illinois, Inc. You, your designee or guardian, your physician or your health care provider may file the appeal.

Written complaints should be addressed to:

United HealthCare of Illinois, Inc.
P.O. Box 30432
Salt Lake City, UT 84130-0432
ATTN: Grievance and Appeal Unit

### Step 2:

United HealthCare of Illinois, Inc. will acknowledge the receipt of your appeal within 3 days in writing and request all the information required to evaluate your case.

### Step 3:

A formal decision will be made within 15 days after the receipt of all required information. You will be notified orally of the decision and written notice will be sent following oral notification.

If the complainant is dissatisfied with the decision, he or she may take the grievance to the State of Illinois Department of Insurance, Consumer Division at 100 West Randolph Street, Suite 15-100, Chicago, IL 60601-3251 or 320 West Washington Street, Springfield, IL 62767-0001.

*To continue reading go to left column on next page*

# What to Do if Your Complaint Requires Immediate Action

Your complaint requires immediate action when your Physician judges that a delay in treatment would significantly increase the risk to your health. In these urgent situations:

- The appeal does not need to be submitted in writing. You or Your Physician should call us as soon as possible.

- We will notify you of the decision within 24 hours after your appeal is received, unless more information is needed.

- If we need more information from your Physician to make a decision, we will notify you orally of the decision **within 24 hours** following the receipt of the required information. **Written notice will be sent following oral notification.**

The complaint process for urgent situations does not apply to prescheduled treatment, therapies, surgeries or other procedures that we do not consider urgent situations.

# Administrative Complaints

If you have a complaint concerning products, services, operations or protocols, you should contact the Customer Services Department at the telephone number or address shown on your identification card.

Our authorized representative shall contact you and attempt to address the concern through informal discussions. If the issue is not resolved through informal discussions, you may follow the steps outlined above in filing a complaint.

**External Independent Review Program** If we make a final determination to deny Benefits, you may choose to request an independent external review. This program only applies if our decision is based on either of the following:

- Clinical Reasons

*To continue reading go to right column on this page*

- The exclusion for Experimental, Investigational or Unproven Services.

## Step 1:

Within 30 days after you receive written notice of United HealthCare's decision, you must send a written request to United HealthCare of Illinois, Inc., at the address above, including any information or documentation to support your request for the covered service or claim for a covered service.

## Step 2:

United HealthCare of Illinois, Inc. will respond to the request within 30 days and shall

- provide for the joint selection of an external independent reviewer by you, your physician or other health care provider and United HealthCare; and

- forward to the independent reviewer all medical records and supporting documentation pertaining to the case.

## Step 3:

The independent reviewer will make a decision within 5 days after the receipt of all necessary information. The decision of the independent reviewer is final.

If your request requires immediate attention because delay would significantly increase the risk to your health or when extended health care services for a current course of treatment are at issue, United HealthCare shall seek to expedite the external independent review. We will notify you of the reviewer's determination no more than 24 hours after receipt of all necessary information.

*To continue reading go to left column on next page*

QUES.01.1L.DOM

# Voluntary External Review Program

If we make a final determination to deny Benefits, you may choose to participate in our voluntary external review program. This program only applies if our decision is based on either of the following:

- Clinical reasons.

- The exclusion for Experimental, Investigational or Unproven Services.

The external review program is not available if our coverage determinations are based on Benefit exclusions or defined Benefit limits.

Contact us at the telephone number shown on your ID card for more information on the voluntary external review program.

*To continue reading go to right column on this page*

56

*To continue reading go to left column on next page*

(Section 6: Questions, Complaints, Appeals)

# Section 7: Coordination of Benefits

This section provides you with information about:

- What you need to know when you have coverage under more than one plan.

- Definitions specific to Coordination of Benefit rules.

- Order of payment rules.

# Benefits When You Have Coverage under More than One Plan

This section describes how Benefits under the Policy will be coordinated with those of any other plan that provides benefits to you. The language in this section is from model laws drafted by the National Association of Insurance Commissioners (NAIC) and represents standard industry practice for coordinating benefits.

To continue reading go to right column on this page

# When Coordination of Benefits Applies

This coordination of benefits (COB) provision applies when a person has health care coverage under more than one benefit plan.

The order of benefit determination rules described in this section determine which Coverage Plan will pay as the Primary Coverage Plan. The Primary Coverage Plan that pays first pays without regard to the possibility that another Coverage Plan may cover some expenses. A Secondary Coverage Plan pays after the Primary Coverage Plan and may reduce the benefits it pays. This is to prevent payments from all group Coverage Plans from exceeding 100 percent of the total Allowable Expense.

## Definitions

For purposes of this section, terms are defined as follows:

1. "Coverage Plan" is any of the following that provides benefits or services for medical or dental care or treatment. However, if separate contracts are used to provide coordinated coverage for members of a group, the separate contracts are considered parts of the same Coverage Plan and there is no COB among those separate contracts.

   a. "Coverage Plan" includes: group insurance, closed panel or other forms of group or group-type coverage (whether insured or uninsured); medical care components of group long-term care contracts, such as skilled nursing care; medical benefits under group or individual automobile contracts; and Medicaid or other governmental benefits, as permitted by law.

   b. "Coverage Plan" does not include: individual or family insurance; closed panel or other individual coverage (except for group-type coverage); school accident type coverage; benefits for non-medical components of group long-term care policies; Medicare supplement policies, Medicaid policies and coverage under other governmental plans, unless permitted by law.

To continue reading go to left column on next page

57

Each contract for coverage under a. or b. above is a separate Coverage Plan. If a Coverage Plan has two parts and COB rules apply only to one of the two, each of the parts is treated as a separate Coverage Plan.

2. The order of benefit determination rules determine whether this Coverage Plan is a "Primary Coverage Plan" or "Secondary Coverage Plan" when compared to another Coverage Plan covering the person.

When this Coverage Plan is primary, its benefits are determined before those of any other Coverage Plan and without considering any other Coverage Plan's benefits. When this Coverage Plan is secondary, its benefits are determined after those of another Coverage Plan and may be reduced because of the Primary Coverage Plan's benefits.

3. "Allowable Expense" means a health care service or expense, including deductibles and copayments, that is covered at least in part by any of the Coverage Plans covering the person. When a Coverage Plan provides benefits in the form of services, (for example an HMO) the reasonable cash value of each service will be considered an Allowable Expense and a benefit paid. An expense or service that is not covered by any of the Coverage Plans is not an Allowable Expense. Dental care, routine vision care, outpatient prescription drugs, and hearing aids are examples of expenses or services that are not Allowable Expenses under the Policy. The following are additional examples of expenses or services that are not Allowable Expenses:

a. If a Covered Person is confined in a private Hospital room, the difference between the cost of a Semi-private Room in the Hospital and the private room, (unless the patient's stay in a private Hospital room is medically necessary in terms of generally accepted medical practice, or one of the Coverage Plans routinely provides coverage for Hospital private rooms) is not an Allowable Expense.

*To continue reading go to right column on this page*

b. If a person is covered by two or more Coverage Plans that compute their benefit payments on the basis of usual and customary fees, any amount in excess of the highest of the usual and customary fees for a specific benefit is not an Allowable Expense.

c. If a person is covered by two or more Coverage Plans that provide benefits or services on the basis of negotiated fees, an amount in excess of the highest of the negotiated fees is not an Allowable Expense.

d. If a person is covered by one Coverage Plan that calculates its benefits or services on the basis of usual and customary fees and another Coverage Plan that provides its benefits or services on the basis of negotiated fees, the Primary Coverage Plan's payment arrangements shall be the Allowable Expense for all Coverage Plans.

e. The amount a benefit is reduced by the Primary Coverage Plan because a Covered Person does not comply with the Coverage Plan provisions. Examples of these provisions are second surgical opinions, precertification of admissions, and preferred provider arrangements.

4. "Claim Determination Period" means a calendar year. However, it does not include any part of a year during which a person has no coverage under this Coverage Plan, or before the date this COB provision or a similar provision takes effect.

5. "Closed Panel Plan" is a Coverage Plan that provides health benefits to Covered Persons primarily in the form of services through a panel of providers that have contracted with or are employed by the Coverage Plan, and that limits or excludes benefits for services provided by other providers, except in cases of emergency or referral by a panel member.

6. "Custodial Parent" means a parent awarded custody by a court decree. In the absence of a court decree, it is the parent with whom the child resides more than one half of the calendar year without regard to any temporary visitation.

*To continue reading go to left column on next page*

# Order of Benefit Determination Rules

When two or more Coverage Plans pay benefits, the rules for determining the order of payment are as follows:

A.  The Primary Coverage Plan pays or provides its benefits as if the Secondary Coverage Plan or Coverage Plans did not exist.

B.  A Coverage Plan that does not contain a coordination of benefits provision that is consistent with this provision is always primary. There is one exception: coverage that is obtained by virtue of membership in a group that is designed to supplement a part of a basic package of benefits may provide that the supplementary coverage shall be excess to any other parts of the Coverage Plan provided by the contract holder. Examples of these types of situations are major medical coverages that are superimposed over base Coverage Plan hospital and surgical benefits, and insurance type coverages that are written in connection with a closed panel Coverage Plan to provide out-of-network benefits.

C.  A Coverage Plan may consider the benefits paid or provided by another Coverage Plan in determining its benefits only when it is secondary to that other Coverage Plan.

D.  The first of the following rules that describes which Coverage Plan pays its benefits before another Coverage Plan is the rule to use.

1.  Non-Dependent or Dependent. The Coverage Plan that covers the person other than as a dependent, for example as an employee, member, subscriber or retiree is primary and the Coverage Plan that covers the person as a dependent is secondary. However, if the person is a Medicare beneficiary and, as a result of federal law, Medicare is secondary to the Coverage Plan covering the person as a dependent; and primary to the Coverage Plan covering the person as other than a dependent (e.g. a retired employee); then the order of benefits between the two Coverage Plans is reversed so that the Coverage Plan covering the person as an employee, member,

subscriber or retiree is secondary and the other Coverage Plan is primary.

2.  Child Covered Under More Than One Coverage Plan. The order of benefits when a child is covered by more than one Coverage Plan is:

a.  The Primary Coverage Plan is the Coverage Plan of the parent whose birthday is earlier in the year if:

1)  The parents are married;

2)  The parents are not separated (whether or not they ever have been married); or

3)  A court decree awards joint custody without specifying that one party has the responsibility to provide health care coverage.

If both parents have the same birthday, the Coverage Plan that covered either of the parents longer is primary.

b.  If the specific terms of a court decree state that one of the parents is responsible for the child's health care expenses or health care coverage and the Coverage Plan of that parent has actual knowledge of those terms, that Coverage Plan is primary. This rule applies to claim determination periods or plan years commencing after the Coverage Plan is given notice of the court decree.

c.  If the parents are not married, or are separated (whether not they ever have been married) or are divorced, the order of benefits is:

1)  The Coverage Plan of the custodial parent;

2)  The Coverage Plan of the spouse of the custodial parent;

3)  The Coverage Plan of the noncustodial parent; and then

To continue reading go to right column on this page

To continue reading go to left column on next page

(Section 7: Coordination of Benefits)

## Effect on the Benefits of this Plan

A. When this Coverage Plan is secondary, it may reduce its benefits so that the total benefits paid or provided by all Coverage Plans during a claim determination period are not more than 100 percent of total Allowable Expenses. The difference between the benefit payments that this Coverage Plan would have paid had it been the Primary Coverage Plan, and the benefit payments that it actually paid or provided shall be recorded as a benefit reserve for the Covered Person and used by this Coverage Plan to pay any Allowable Expenses, not otherwise paid during the claim determination period. As each claim is submitted, this Coverage Plan will:

1. Determine its obligation to pay or provide benefits under its contract;

2. Determine whether a benefit reserve has been recorded for the Covered Person; and

3. Determine whether there are any unpaid Allowable Expenses during that claims determination period.

If there is a benefit reserve, the Secondary Coverage Plan will use the Covered Person's benefit reserve to pay up to 100 percent of total Allowable Expenses incurred during the claim determination period. At the end of the claims determination period, the benefit reserve returns to zero. A new benefit reserve must be created for each new claim determination period.

B. If a Covered Person is enrolled in two or more closed panel Coverage Plans and if, for any reason, including the provision of service by a non-panel provider, benefits are not payable by one closed panel Coverage Plan, COB shall not apply between that Coverage Plan and other closed panel Coverage Plans.

C. This Coverage Plan reduces its benefits as described below for Covered Persons who are eligible for Medicare when Medicare would be the Primary Coverage Plan.

To continue reading go to left column on next page

(Section 7: Coordination of Benefits)

---

4) The Coverage Plan of the spouse of the noncustodial parent.

3. Active or inactive employee. The Coverage Plan that covers a person as an employee who is neither laid off nor retired is primary. The same would hold true if a person is a dependent of a person covered as a retiree and an employee. If the other Coverage Plan does not have this rule, and if, as a result, the Coverage Plans do not agree on the order of benefits, this rule is ignored. Coverage provided an individual as a retired worker and as a dependent of an actively working spouse will be determined under the rule labeled D(1).

4. Continuation coverage. If a person whose coverage is provided under a right of continuation provided by federal or state law also is covered under another Coverage Plan, the Coverage Plan covering the person as an employee, member, subscriber or retiree (or as that person's dependent) is primary, and the continuation coverage is secondary. If the other Coverage Plan does not have this rule, and if, as a result, the Coverage Plans do not agree on the order of benefits, this rule is ignored.

5. Longer or shorter length of coverage. The Coverage Plan that covered the person as an employee, member, subscriber or retiree longer is primary.

6. If a husband or wife is covered under this Coverage Plan as a Subscriber and as an Enrolled Dependent, the dependent benefits will be coordinated as if they were provided under another Coverage Plan, this means the Subscriber's benefit will pay first.

7. If the preceding rules do not determine the Primary Coverage Plan, the Allowable Expenses shall be shared equally between the Coverage Plans meeting the definition of Coverage Plan under this provision. In addition, this Coverage Plan will not pay more than it would have had it been primary.

To continue reading go to right column on this page

COB.01.IL.DOM

# Right to Receive and Release Needed Information

Certain facts about health care coverage and services are needed to apply these COB rules and to determine benefits payable under this Coverage Plan and other Coverage Plans. We may get the facts we need from, or give them to, other organizations or persons for the purpose of applying these rules and determining benefits payable under this Coverage Plan and other Coverage Plans covering the person claiming benefits.

We need not tell, or get the consent of, any person to do this. Each person claiming benefits under this Coverage Plan must give us any facts we need to apply those rules and determine benefits payable. If you do not provide us the information we need to apply these rules and determine the Benefits payable, your claim for Benefits will be denied.

# Payments Made

A payment made under another Coverage Plan may include an amount that should have been paid under this Coverage Plan. If it does, we may pay that amount to the organization that made the payment. That amount will then be treated as though it were a benefit paid under this Coverage Plan. We will not have to pay that amount again. The term "payment made" includes providing benefits in the form of services, in which case "payment made" means reasonable cash value of the benefits provided in the form of services.

To continue reading go to left column on next page

Medicare benefits are determined as if the full amount that would have been payable under Medicare was actually paid under Medicare, even if:

- The person is entitled but not enrolled for Medicare. Medicare benefits are determined as if the person were covered under Medicare Parts A and B.

- The person is enrolled in a Medicare+Choice (Medicare Part C) plan and receives non-covered services because the person did not follow all rules of that plan. Medicare benefits are determined as if the services were covered under Medicare Parts A and B.

- The person receives services from a provider who has elected to opt-out of Medicare. Medicare benefits are determined as if the services were covered under Medicare Parts A and B and the provider had agreed to limit charges to the amount of charges allowed under Medicare rules.

- The services are provided in any facility that is not eligible for Medicare reimbursements, including a Veterans Administration facility, facility of the Uniformed Services, or other facility of the federal government. Medicare benefits are determined as if the services were provided by a facility that is eligible for reimbursement under Medicare.

- The person is enrolled under a plan with a Medicare Medical Savings Account. Medicare benefits are determined as if the person were covered under Medicare Parts A and B.

To continue reading go to right column on this page

61

# Right of Recovery

If the amount of the payments we made is more than we should have paid under this COB provision, we may recover the excess from one or more of the persons we have paid or for whom we have paid; or any other person or organization that may be responsible for the benefits or services provided for you. The "amount of the payments made" includes the reasonable cash value of any benefits provided in the form of services.

*To continue reading go to right column on this page*

*To continue reading go to left column on next page*

62

(Section 7: Coordination of Benefits)

# Section 8: When Coverage Ends

This section provides you with information about all of the following:

- Events that cause coverage to end.

- The date your coverage ends.

- Extended coverage.

- Continuation of coverage under federal law (COBRA) and under state law.

- Conversion.

## General Information about When Coverage Ends

We may discontinue this Benefit plan and/or all similar benefit plans at any time for the reasons explained in the Policy, as permitted by law.

*To continue reading go to right column on this page*

Your entitlement to Benefits automatically ends on the date that coverage ends, even if you are hospitalized or are otherwise receiving medical treatment on that date.

When your coverage ends, we will still pay claims for Covered Health Services that you received before your coverage ended. However, once your coverage ends, we do not provide Benefits for health services that you receive for medical conditions that occurred before your coverage ended.

An Enrolled Dependent's coverage ends on the date the Subscriber's coverage ends.

*To continue reading go to left column on next page*

# Events Ending Your Coverage

Coverage ends on the earliest of the dates specified in the following table:

| Ending Event | What Happens |
|---|---|
| **The Entire Group Policy Ends** | Your coverage ends on the date the group Policy ends. The Enrolling Group is responsible for notifying you that your coverage has ended. If the Policy is amended to withdraw or add benefits, you must be notified in writing by the Company. |
| **You Are No Longer Eligible** | Your coverage ends on the last day of the calendar month in which you are no longer eligible to be a Subscriber or Enrolled Dependent. Please refer to (Section 10: Glossary of Defined Terms) for a more completed definition of the terms "Eligible Person", "Subscriber", "Dependent" and "Enrolled Dependent." |
| **We Receive Notice to End Coverage** | Your coverage ends on the last day of the calendar month in which we receive written notice from the Enrolling Group instructing us to end your coverage, or the date requested in the notice, if later. The Enrolling Group is responsible for providing written notice to us to end your coverage. |
| **Subscriber Retires or Is Pensioned** | Your coverage ends the last day of the calendar month in which the Subscriber is retired or pensioned under the Enrolling Group's plan. The Enrolling Group is responsible for providing written notice to us to end your coverage.<br><br>This provision applies unless a specific coverage classification is designated for retired or pensioned persons in the Enrolling Group's application, and only if the Subscriber continues to meet any applicable eligibility requirements. The Enrolling Group can provide you with specific information about what coverage is available for retirees. |

# Other Events Ending Your Coverage

When any of the following happen, we will provide written notice to the Subscriber that coverage has ended on the date we identify in the notice:

| Ending Event | What Happens |
|---|---|
| **Fraud, Misrepresentation or False Information** | Fraud or misrepresentation, or because the Subscriber knowingly gave us false material information. Examples include false information relating to another person's eligibility or status as a Dependent. During the first two years the Policy is in effect, we have the right to demand that you pay back all Benefits we paid to you, or paid in your name, during the time you were incorrectly covered under the Policy. After the first two years, we can only demand that you pay back these Benefits if the written application contained a fraudulent misstatement. |
| **Material Violation** | There was a material violation of the terms of the Policy. |
| **Improper Use of ID Card** | You permitted an unauthorized person to use your ID card, or you used another person's card. |
| **Failure to Pay** | You failed to pay a required Copayment. |
| **Threatening Behavior** | You committed acts of physical or verbal abuse that pose a threat to our staff, a provider, or other Covered Persons. |

*(Section 8: When Coverage Ends)*

## Coverage for a Handicapped Child

Coverage for an unmarried Enrolled Dependent child who is not able to be self-supporting because of mental retardation or a physical handicap will not end just because the child has reached a certain age. We will extend the coverage for that child beyond the limiting age if both of the following are true regarding the Enrolled Dependent child:

- Is not able to be self-supporting because of mental retardation or physical handicap.

- Depends mainly on the Subscriber or other health care provider for support.

Coverage will continue as long as the Enrolled Dependent is incapacitated and dependent unless coverage is otherwise terminated in accordance with the terms of the Policy.

We will ask you to furnish us with proof of the child's incapacity and dependency within 31 days of the date coverage would otherwise have ended because the child reached a certain age. Before we agree to this extension of coverage for the child, we may require that a Physician chosen by us examine the child. We will pay for that examination.

We may continue to ask you for proof that the child continues to meet these conditions of incapacity and dependency. Such proof might include medical examinations at our expense. However, we will not ask for this information more than once a year.

If you do not provide proof of the child's incapacity and dependency within 31 days of our request as described above, coverage for that child will end.

To continue reading go to right column on this page

ENDS.01.IL.DOM

66

# Continuation of Coverage and Conversion

If your coverage ends under the Policy, you may be entitled to elect continuation coverage (coverage that continues on in some form) in accordance with federal or state law.

Continuation coverage under COBRA (the federal Consolidated Omnibus Budget Reconciliation Act) is available only to Enrolling Groups that are subject to the terms of COBRA. You can contact your plan administrator to determine if your Enrolling Group is subject to the provisions of COBRA.

If you selected continuation coverage under a prior plan which was then replaced by coverage under this Policy, continuation coverage will end as scheduled under the prior plan or in accordance with the terminating events listed below, whichever is earlier.

We are not the Enrolling Group's designated "plan administrator" as that term is used in federal law, and we do not assume any responsibilities of a "plan administrator" according to federal law.

We are not obligated to provide continuation coverage to you if the Enrolling Group or its plan administrator fails to perform its responsibilities under federal law. Examples of the responsibilities of the Enrolling Group or its plan administrator are:

- Notifying you in a timely manner of the right to elect continuation coverage.

- Notifying us in a timely manner of your election of continuation coverage.

To continue reading go to left column on next page

(Section 8: When Coverage Ends)

# Continuation Coverage under Federal Law (COBRA)

Much of the language in this section comes from the federal law that governs continuation coverage. You should call your Enrolling Group's plan administrator if you have questions about your right to continue coverage.

In order to be eligible for continuation coverage under federal law, you must meet the definition of a "Qualified Beneficiary". A Qualified Beneficiary is any of the following persons who was covered under the Policy on the day before a qualifying event:

* A Subscriber.

* A Subscriber's Enrolled Dependent, including with respect to the Subscriber's children, a child born to or placed for adoption with the Subscriber during a period of continuation coverage under federal law.

* A Subscriber's former spouse.

# Qualifying Events for Continuation Coverage under Federal Law (COBRA)

If the coverage of a Qualified Beneficiary would ordinarily terminate due to one of the following qualifying events, then the Qualified Beneficiary is entitled to continue coverage. The Qualified Beneficiary is entitled to elect the same coverage that she or he had on the day before the qualifying event.

A. Termination of the Subscriber from employment with the Enrolling Group, for any reason other than gross misconduct, or reduction of hours; or

B. Death of the Subscriber; or

C. Divorce or legal separation of the Subscriber; or

*To continue reading go to right column on this page*

D. Loss of eligibility by an Enrolled Dependent who is a child; or

E. Entitlement of the Subscriber to Medicare benefits; or

F. The Enrolling Group filing for bankruptcy, under Title XI, United States Code, on or after July 1, 1986, but only for a retired Subscriber and his or her Enrolled Dependents. This is also a qualifying event for any retired Subscriber and his or her Enrolled Dependents if there is a substantial elimination of coverage within one year before or after the date the bankruptcy was filed.

# Notification Requirements and Election Period for Continuation Coverage under Federal Law (COBRA)

The Subscriber or other Qualified Beneficiary must notify the Enrolling Group's designated plan administrator within 60 days of the Subscriber's divorce, legal separation or an Enrolled Dependent's loss of eligibility as an Enrolled Dependent. If the Subscriber or other Qualified Beneficiary fails to notify the designated plan administrator of these events within the 60 day period, the Enrolling Group and its plan administrator are not obligated to provide continued coverage to the affected Qualified Beneficiary. If a Subscriber is continuing coverage under federal Law, the Subscriber must notify the Enrolling Group's designated plan administrator within 60 days of the birth or adoption of a child.

Continuation must be elected by the later of 60 days after the qualifying event occurs; or 60 days after the Qualified Beneficiary receives notice of the continuation right from the Enrolling Group's designated plan administrator.

If the Qualified Beneficiary's coverage was terminated due to a qualifying event, then the initial Premium due to the Enrolling Group's designated plan administrator must be paid on or before the 45th day after electing continuation.

*To continue reading go to left column on next page*

# Terminating Events for Continuation Coverage under Federal Law (COBRA)

Continuation under the Policy will end on the earliest of the following dates:

A. Eighteen months from the date of the qualifying event, if the Qualified Beneficiary's coverage would have ended because the Subscriber's employment was terminated or hours were reduced (i.e., qualifying event A).

If a Qualified Beneficiary is determined to have been disabled under the Social Security Act at anytime within the first 60 days of continuation coverage for qualifying event A, then the Qualified Beneficiary may elect an additional 11 months of continuation coverage (for a total of 29 months of continued coverage) subject to the following condition: (i) notice of such disability must be provided within 60 days after the determination of the disability, and in no event later than the end of the first 18 months; (ii) the Qualified Beneficiary must agree to pay any increase in the required premium for the additional 11 months; and (iii) if the Qualified Beneficiary entitled to the 11 months of coverage has non-disabled family members who are also Qualified Beneficiaries, then those non-disabled Qualified Beneficiaries are also entitled to the additional 11 months of continuation coverage. Notice of any final determination that the Qualified Beneficiary is no longer disabled must be provided within 30 days of such determination. Thereafter, continuation coverage may be terminated on the first day of the month that begins more than 30 days after the date of that determination.

B. Thirty-six months from the date of the qualifying event for an Enrolled Dependent whose coverage ended because of the death of the Subscriber, divorce or legal separation of the Subscriber, loss of eligibility by an Enrolled Dependent who is a child (i.e. qualifying events B., C., or D.).

To continue reading go to right column on this page

ENDS.01.IL.DOM

C. For the Enrolled Dependents of a Subscriber who was entitled to Medicare prior to a qualifying event that was due to either the termination of employment or work hours being reduced, eighteen months from the date of the qualifying event, or, if later, 36 months from the date of the Subscriber's Medicare entitlement.

D. The date coverage terminates under the Policy for failure to make timely payment of the Premium.

E. The date, after electing continuation coverage, that coverage is first obtained under any other group health plan. If such coverage contains a limitation or exclusion with respect to any pre-existing condition, continuation shall end on the date such limitation or exclusion ends. The other group health coverage shall be primary for all health services except those health services that are subject to the pre-existing condition limitation or exclusion.

F. The date, after electing continuation coverage, that the Qualified Beneficiary first becomes entitled to Medicare, except that this shall not apply in the event that coverage was terminated because the Enrolling Group filed for bankruptcy, (i.e. qualifying event F).

G. The date the entire Policy ends.

H. The date coverage would otherwise terminate under the Policy as described in this section under the heading *Events Ending Your Coverage.*

If a Qualified Beneficiary is entitled to 18 months of continuation and a second qualifying event occurs during that time, the Qualified Beneficiary's coverage may be extended up to a maximum of 36 months from the date coverage ended because employment was terminated or hours were reduced. If the Qualified Beneficiary was entitled to continuation because the Enrolling Group filed for bankruptcy, (i.e. qualifying event F) and the retired Subscriber dies during the continuation period, then the other Qualified Beneficiaries shall be entitled to continue coverage

To continue reading go to left column on next page

(Section 8: When Coverage Ends)

68

for 36 months from the date of the Subscriber's death. Terminating events B through G described in this section will apply during the extended continuation period.

Continuation coverage for Qualified Beneficiaries whose continuation coverage terminates because the Subscriber becomes entitled to Medicare may be extended for an additional period of time. Such Qualified Beneficiaries should contact the Enrolling Group's designated plan administrator for information regarding the continuation period.

# General – Continuation of Coverage Under State Law

A Covered Person whose Coverage under the Policy would otherwise end because of a Qualifying Event, as set forth in Section 9.6 below, and who was continuously covered under the Policy (and a prior plan for which the Policy replaced) for a period of at least 3 months ending with termination, shall be entitled to elect continuation of Coverage as required by state law, including that of any Enrolled Dependents, as set forth below. Note: If termination is due to retirement and the employee's spouse is at least 55 years of age, continuation for such spouse will be provided as stated below. Also, a Covered Person may be entitled to elect either state or federal continuation Coverage; please contact the Enrolling Group to determine which is applicable.

# Qualifying Events for Continuation Coverage under State Law

Coverage must have ended due to one of the following qualifying events:

- Termination of the Subscriber from employment with the Enrolling Group for any reason other than commission of a felony or theft related to employment for which the Enrolling Group was in no way responsible. The Subscriber's admission of guilt, or conviction,

To continue reading go to right column on this page

or order of supervision by a court of competent jurisdiction, will constitute proof of such act.

- Termination of coverage due to loss of eligibility as a Subscriber or an Enrolled Dependent.

# Notification Requirements and Election Period for Continuation Coverage under State Law

The Enrolling Group will provide you with written notification of the right to continuation coverage. You must elect continuation coverage within 10 days of receiving this notification. In the event that notification was not received, the Covered Person must elect continuation Coverage within 60 days after termination of Coverage under the Policy.

# Terminating Events for Continuation Coverage under State Law

Continuation coverage under the Policy will end on the earliest of the following dates:

- 9 months from the date your continuation began.

- The date coverage ends for failure to make timely payment of the Premium.

- The date coverage ends because you violate a material condition of the Policy.

- The date coverage is or could be obtained under Medicare or any other group health plan.

- The date the Policy ends.

To continue reading go to left column on next page

(Section 8: When Coverage Ends)

# General - Continuation Coverage After Dissolution of Marriage, Retirement, or Death.

A Covered Person who is a former spouse or Enrolled Dependent child whose Coverage under the Policy would otherwise end because of a Qualifying Event shall be entitled to elect continuation Coverage as required by state law, including that of any Enrolled Dependents, as set forth below. The term "former spouse" shall include the Subscriber's widow or widower.

Note: A former spouse or Enrolled Dependent child may be entitled to elect either state or federal continuation Coverage. Please contact the Enrolling Group to determine which is applicable.

## Qualifying Events for Continuation Coverage After Dissolution of Marriage, Retirement or Death.

If the Covered Person's Coverage terminated due to one of the following Qualifying Events, he or she is entitled to continue Coverage. The Covered Person may elect the same coverage that he or she had at the time of the Qualifying Event:

- Death of the Subscriber.

- Legal Separation, divorce, or annulment of marriage from the Subscriber.

- Retirement of the Subscriber.

# Notification Requirements and Election Period for Continuation Coverage After Dissolution of Marriage, Retirement or Death

The notification requirements and applicable time periods are as follows:

- The former spouse, Enrolled Dependent child or responsible adult acting on behalf of the Enrolled Dependent child must give written notice to the Enrolling Group and the Company within 30 days of the date of the Qualifying Event.

- The Enrolling Group must give written notice to the Company of the Qualifying Event. This must happen within 15 days after receiving notice, as provided above.

- The Company by certified mail, return receipt requested, shall notify the former or retired Subscriber's spouse, Enrolled Dependent child or responsible adult acting on behalf of the Enrolled Dependent child or the Enrolling Group. Such notice shall include: (a) a form for election of continuation Coverage and instructions for returning the election form; (b) the amount of the monthly Premium to be charged; and (c) the manner, place and time, in which the Premium payment must be made; (d) instructions for returning the election form within 30 days after the date it is received from the Company.

If the Enrolled Dependent child or responsible adult acting on behalf of the Enrolled Dependent child fail to exercise the election to continue coverage by notifying the Company in writing within such 30 day period shall terminate the continuation of Benefits and the right to continuation.

If the Company fails to notify either the Enrolling Group, Enrolled Dependent child or responsible adult acting on behalf of the Enrolled Dependent child all Premiums shall be waived from the

To continue reading go to left column on next page

(Section 8: When Coverage Ends)

To continue reading go to right column on this page

ENDS.01.IL.DOM

70

date the notice was required until notice was sent, and the Benefits shall continue under the terms and provisions of the Policy, except if the benefits in existence at the time the Company's notice was to be sent are terminated for all employees.

- A former or retired Subscriber's spouse must elect continuation Coverage and pay the first Premium within 30 days after the date of receipt of notice from the Company. Subsequent Premiums must be paid monthly in advance. If the former spouse is under age 55, the Premium rate shall be the group rate then in effect. If the former or retired Subscriber's spouse is over age 55, the Premium rate shall be the group rate then in effect; however, after 2 years of continuation Coverage, the rate shall be the group rate plus 20% for the cost of administration.

An Enrolled Dependent child or responsible adult acting on behalf of the Enrolled Dependent child must elect continuation Coverage and pay the first Premium within 30 days after the date of receipt of notice from the Company. All Premiums must be paid in advance. The Premium rate shall be the amount, if any, that would be charged an employee if the Enrolled Dependent child were a current employee and the amount, if any, that the Enrolling Group would contribute toward the Premium if the Enrolled Dependent child were a current employee. Failure to pay the first Premium within 30 days after the date of receipt of notice from the Company as to the Enrolled Dependent child's right to continuation, shall terminate the continuation of Benefits and the right to continuation.

# Terminating Events for Continuation Coverage After Dissolution of Marriage, Retirement or Death.

For a former spouse Continuation Coverage under the Policy will end on the earliest of the following dates:

- Two years after the date of the Qualifying Event if the former spouse is under age 55 at the time of the Qualifying Event.

*To continue reading go to right column on this page*

- The date the former or retired Subscriber's spouse becomes entitled to Medicare benefits.

- The date the former or retired Subscriber's spouse becomes insured under any other group health plan.

- The date the former spouse remarries.

- The last day of the last Policy month for which Premium has been paid.

- The date the Policy, or a class to which the Covered Person belonged, terminates.

For an Enrolled Dependent child Continuation Coverage under the Policy will end on the earliest of the following dates:

- Failure to pay Premiums when due, including any grace period allowed by the Policy.

- When coverage would terminate under the terms of the existing Policy if the Enrolled Dependent child was still an eligible Dependent of the employee.

- The date on which the Enrolled Dependent child first becomes, after the date of election, an insured employee under any other group health plan.

- The expiration of 2 years from the date continuation coverage began.

Upon termination of the Policy, as described above, the Enrolled Dependent child shall be entitled to a conversion Policy, if the Enrolled Dependent child elects to convert.

# Conversion

If your coverage terminates for one of the reasons described below, you may apply for conversion coverage without furnishing evidence of insurability. You have 60 days from the date of termination to convert.

Reasons for termination:

*To continue reading go to left column on next page*

- The Subscriber is retired or pensioned.

- You cease to be eligible as a Subscriber or Enrolled Dependent.

- Continuation coverage ends.

- The entire Policy ends and is not replaced.

Application and payment of the initial Premium must be made within 60 days after coverage ends under this Policy. Conversion coverage will be issued in accordance with the terms and conditions in effect at the time of application. Conversion coverage may be substantially different from coverage provided under this Policy.

*To continue reading go to right column on this page*

ENDS.01.IL.DOM

72

*To continue reading go to left column on next page*

(Section 8: When Coverage Ends)

We may use individually identifiable information about you to identify for you (and you alone) procedures, products or services that you may find valuable. We will use individually identifiable information about you as permitted or required by law, including in our operations and in our research. We will use de-identified data for commercial purposes including research.

# Our Relationship with Providers and Enrolling Groups

The relationships between us and Network providers and Enrolling Groups are solely contractual relationships between independent contractors. Network providers and Enrolling Groups are not our agents or employees. Neither we nor any of our employees are agents or employees of Network providers or the Enrolling Groups.

We do not provide health care services or supplies, nor do we practice medicine. Instead, we arrange for health care providers to participate in a network and we pay Benefits. Network providers are independent practitioners who run their own offices and facilities. Our credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided. They are not our employees nor do we have any other relationship with Network providers such as principal-agent or joint venture. We are **not** liable for any act or omission of any provider.

We are not considered to be an employer for any purpose with respect to the administration or provision of benefits under the Enrolling Group's benefit plan. We are not responsible for fulfilling any duties or obligations of an employer with respect to the Enrolling Group's benefit plan.

The Enrolling Group is solely responsible for all of the following:

- Enrollment and classification changes (including classification changes resulting in your enrollment or the termination of your coverage).

- The timely payment of the Policy Charge to us.

*To continue reading go to left column on next page*

---

# Section 9: General Legal Provisions

This section provides you with information about:

- General legal provisions concerning your Policy.

# Your Relationship with Us

In order to make choices about your health care coverage and treatment, we believe that it is important for you to understand how we interact with your Enrolling Group's benefit plan and how it may affect you. We help finance or administer the Enrolling Group's benefit plan in which you are enrolled. We do not provide medical services or make treatment decisions. This means:

- We communicate to you decisions about whether the Enrolling Group's benefit plan will cover or pay for the health care that you may receive. The plan pays for certain medical costs, which are more fully described in this Certificate. The plan may **not** pay for all treatments you or your Physician may believe are necessary. If the plan does not pay, you will be responsible for the cost.

- We do not decide what care you need or will receive. You and your Physician make those decisions.

*To continue reading go to right column on this page*

- Notifying you of the termination of the Policy.

When the Enrolling Group purchases the Policy to provide coverage under a benefit plan governed by the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. 1001 et seq., we are not the plan administrator or named fiduciary of the benefit plan, as those terms are used in ERISA. If you have questions about your welfare benefit plan, you should contact the Enrolling Group. If you have any questions about this statement or about your rights under ERISA, contact the nearest area office of the Employee Benefits Security Administration, U. S. Department of Labor.

# Your Relationship with Providers and Enrolling Groups

The relationship between you and any provider is that of provider and patient.

- You are responsible for choosing your own provider.

- You must decide if any provider treating you is right for you. This includes Network providers you choose and providers to whom you have been referred.

- You must decide with your provider what care you should receive.

- Your provider is solely responsible for the quality of the services provided to you.

The relationship between you and the Enrolling Group is that of employer and employee, Dependent or other classification as defined in the Policy.

*To continue reading go to right column on this page*

# Notice

When we provide written notice regarding administration of the Policy to an authorized representative of the Enrolling Group, that notice is deemed notice to all affected Subscribers and their Enrolled Dependents. The Enrolling Group is responsible for giving notice to you.

# Statements by Enrolling Group or Subscriber

All statements made by the Enrolling Group or by a Subscriber shall, in the absence of fraud, be deemed representations and not warranties. Except for fraudulent statements, we will not use any statement made by the Enrolling Group to void the Policy after it has been in force for a period of two years.

# Incentives to Providers

We pay Network providers through various types of contractual arrangements, some of which may include financial incentives to promote the delivery of health care in a cost efficient and effective manner. These financial incentives are not intended to affect your access to health care.

Examples of financial incentives for Network providers are:

- Bonuses for performance based on factors that may include quality, member satisfaction, and/or cost effectiveness.

- Capitation - a group of Network providers receives a monthly payment from us for each Covered Person who selects a Network provider within the group to perform or coordinate certain health services. The Network providers receive this monthly payment regardless of whether the cost of providing or arranging to provide the Covered Person's health care is less than or more than the payment.

*To continue reading go to left column on next page*

We use various payment methods to pay specific Network providers. From time to time, the payment method may change. If you have questions about whether your Network provider's contract with us includes any financial incentives, we encourage you to discuss those questions with your provider. You may also contact us at the telephone number on your ID card. We can advise whether your Network provider is paid by any financial incentive, including those listed above; however, the specific terms of the contract, including rates of payment, are confidential and cannot be disclosed.

# Incentives to You

Sometimes we may offer coupons or other incentives to encourage you to participate in various wellness programs or certain disease management programs. The decision about whether or not to participate is yours alone but we recommend that you discuss participating in such programs with your Physician. These incentives are not Benefits and do not alter or affect your Benefits. Contact us if you have any questions.

# Administrative Services

We may, in our sole discretion, arrange for various persons or entities to provide administrative services in regard to the Policy, such as claims processing. The identity of the service providers and the nature of the services they provide may be changed from time to time in our sole discretion. We are not required to give you prior notice of any such change, nor are we required to obtain your approval. You must cooperate with those persons or entities in the performance of their responsibilities.

# Amendments to the Policy

To the extent permitted by law we reserve the right, in our sole discretion and without your approval, to change, interpret, modify, withdraw or add Benefits or terminate the Policy.

*To continue reading go to right column on this page*

Any provision of the Policy which, on its effective date, is in conflict with the requirements of state or federal statutes or regulations (of the jurisdiction in which the Policy is delivered) is hereby amended to conform to the minimum requirements of such statutes and regulations.

No other change may be made to the Policy unless it is made by an Amendment or Rider which has been signed by one of our officers. All of the following conditions apply:

- Amendments to the Policy are effective 31 days after we send written notice to the Enrolling Group.

- Riders are effective on the date we specify.

- No agent has the authority to change the Policy or to waive any of its provisions.

- No one has authority to make any oral changes or amendments to the Policy.

# Clerical Error

If a clerical error or other mistake occurs, that error will not deprive you of Benefits under the Policy, nor will it create a right to Benefits. If the Enrolling Group makes a clerical error (including, but not limited to, sending us inaccurate information regarding your enrollment for coverage or the termination of your coverage under the Policy) we will not make retroactive adjustments beyond a 60-day time period.

# Information and Records

At times we may need additional information from you. You agree to furnish us with all information and proofs that we may reasonably require regarding any matters pertaining to the Policy. If you do not provide this information when we request it we may delay or deny payment of your Benefits.

*To continue reading go to left column on next page*

*(Section 9: General Legal Provisions)*

By accepting Benefits under the Policy, you authorize and direct any person or institution that has provided services to you to furnish us with all information or copies of records relating to the services provided to you. We have the right to request this information at any reasonable time. This applies to all Covered Persons, including Enrolled Dependents whether or not they have signed the Subscriber's enrollment form. We agree that such information and records will be considered confidential.

We have the right to release any and all records concerning health care services which are necessary to implement and administer the terms of the Policy, for appropriate medical review or quality assessment, or as we are required to do by law or regulation. During and after the term of the Policy, we and our related entities may use and transfer the information gathered under the Policy in a de-identified format for commercial purposes, including research and analytic purposes.

For complete listings of your medical records or billing statements we recommend that you contact your health care provider. Providers may charge you reasonable fees to cover their costs for providing records or completing requested forms.

If you request medical forms or records from us, we also may charge you reasonable fees to cover costs for completing the forms or providing the records.

In some cases, we will designate other persons or entities to request records or information from or related to you, and to release those records as necessary. Our designees have the same rights to this information as we have.

## Examination of Covered Persons

In the event of a question or dispute regarding your right to Benefits, we may require that a Network Physician of our choice examine you at our expense.

*To continue reading go to right column on this page*

# Workers' Compensation not Affected

Benefits provided under the Policy do not substitute for and do not affect any requirements for coverage by workers' compensation insurance.

# Medicare Eligibility

Benefits under the Policy are not intended to supplement any coverage provided by Medicare. Nevertheless, in some circumstances Covered Persons who are eligible for or enrolled in Medicare may also be enrolled under the Policy.

*If you are eligible for or enrolled in Medicare, please read the following information carefully.*

If you are eligible for Medicare on a primary basis (Medicare pays before Benefits under the Policy), you should enroll for and maintain coverage under both Medicare Part A and Part B. If you don't enroll and maintain that coverage, and if we are the secondary payer as described in (Section 7: Coordination of Benefits), we will pay Benefits under the Policy as if you were covered under both Medicare Part A and Part B. As a result, you will be responsible for the costs that Medicare would have paid and you will incur a larger out-of-pocket cost.

If you are enrolled in a Medicare+Choice (Medicare Part C) plan on a primary basis (Medicare pays before Benefits under the Policy), you should follow all rules of that plan that require you to seek services from that plan's participating providers. When we are the secondary payer, we will pay any Benefits available to you under the Policy as if you had followed all rules of the Medicare+Choice plan. You will be responsible for any additional costs or reduced Benefits that result from your failure to follow these rules, and you will incur a larger out-of-pocket cost.

*To continue reading go to left column on next page*

# Subrogation and Reimbursement

Subrogation is the substitution of one person or entity in the place of another with reference to a lawful claim, demand or right. Immediately upon paying or providing any Benefit, we shall be subrogated to and shall succeed to all rights of recovery, under any legal theory of any type for the reasonable value of any services and Benefits we provided to you, from any or all of the following listed below.

In addition to any subrogation rights and in consideration of the coverage provided by this Certificate of Coverage, we shall also have an independent right to be reimbursed by you for the reasonable value of any services and Benefits we provide to you, from any or all of the following listed below.

- Third parties, including any person alleged to have caused you to suffer injuries or damages.

- Your employer.

- Any person or entity who is or may be obligated to provide benefits or payments to you, including benefits or payments for underinsured or uninsured motorist protection, no-fault or traditional auto insurance, medical payment coverage (auto, homeowners or otherwise), workers' compensation coverage, other insurance carriers or third party administrators.

- Any person or entity who is liable for payment to you on any equitable or legal liability theory.

These third parties and persons or entities are collectively referred to as "Third Parties".

You agree as follows:

- That you will cooperate with us in protecting our legal and equitable rights to subrogation and reimbursement, including, but not limited to:

    - providing any relevant information requested by us,

    - signing and/or delivering such documents as we or our agents reasonably request to secure the subrogation and reimbursement claim,

    - responding to requests for information about any accident or injuries,

    - making court appearances, and

    - obtaining our consent or our agents' consent before releasing any party from liability or payment of medical expenses.

- That failure to cooperate in this manner shall be deemed a breach of contract, and may result in the termination of health benefits or the instigation of legal action against you.

- That we have the sole authority and discretion to resolve all disputes regarding the interpretation of the language stated herein.

- That no court costs or attorneys' fees may be deducted from our recovery without our express written consent; any so-called "Fund Doctrine" or "Common Fund Doctrine" or "Attorney's Fund Doctrine" shall not defeat this right, and we are not required to participate in or pay court costs or attorneys' fees to the attorney hired by you to pursue your damage/personal injury claim.

- That regardless of whether you have been fully compensated or made whole, we may collect from you the proceeds of any full or partial recovery that you or your legal representative obtain, whether in the form of a settlement (either before or after any determination of liability) or judgment, with such proceeds available for collection to include any and all amounts earmarked as non-economic damage settlement or judgment.

- That benefits paid by us may also be considered to be benefits advanced.

- That you agree that if you receive any payment from any potentially responsible party as a result of an injury or illness, whether by settlement (either before or after any determination of liability), or judgment, you will serve as a constructive trustee over

To continue reading go to right column on this page

To continue reading go to left column on next page

the funds, and failure to hold such funds in trust will be deemed as a breach of your duties hereunder.

- That you or an authorized agent, such as your attorney, must hold any funds due and owing us, as stated herein, separately and alone, and failure to hold funds as such will be deemed as a breach of contract, and may result in the termination of health benefits or the instigation of legal action against you.

- That we may set off from any future benefits otherwise provided by us the value of benefits paid or advanced under this section to the extent not recovered by us.

- That you will not accept any settlement that does not fully compensate or reimburse us without our written approval, nor will you do anything to prejudice our rights under this provision.

- That you will assign to us all rights of recovery against Third Parties, to the extent of the reasonable value of services and Benefits we provided, plus reasonable costs of collection.

- That our rights will be considered as the first priority claim against Third Parties, including tortfeasors for whom you are seeking recovery, to be paid before any other of your claims are paid.

- That we may, at our option, take necessary and appropriate action to preserve our rights under these subrogation provisions, including filing suit in your name, which does not obligate us in any way to pay you part of any recovery we might obtain.

- That we shall not be obligated in any way to pursue this right independently or on your behalf.

# Refund of Overpayments

If we pay Benefits for expenses incurred on account of a Covered Person, that Covered Person, or any other person or organization that was paid, must make a refund to us if either of the following apply:

- All or some of the expenses were not paid by the Covered Person or did not legally have to be paid by the Covered Person.

*To continue reading go to right column on this page*

- All or some of the payment we made exceeded the Benefits under the Policy.

The refund equals the amount we paid in excess of the amount we should have paid under the Policy. If the refund is due from another person or organization, the Covered Person agrees to help us get the refund when requested.

If the Covered Person, or any other person or organization that was paid, does not promptly refund the full amount, we may reduce the amount of any future Benefits for the Covered Person that are payable under the Policy. We may also reduce future Benefits for the Covered Person under any other group benefits plan that we administer for the Enrolling Group. The reductions will equal the amount of the required refund. We may have other rights in addition to the right to reduce future benefits.

# Limitation of Action

You cannot bring any legal action against us to recover reimbursement until 90 days after you have properly submitted a request for reimbursement as described in (Section 5: How to File a Claim). If you want to bring a legal action against us you must do so within three years from the expiration of the time period in which a request for reimbursement must be submitted or you lose any rights to bring such an action against us.

You cannot bring any legal action against us for any other reason unless you first complete all the steps in the complaint process described in (Section 6: Questions, Complaints, Appeals). After completing that process, if you want to bring a legal action against us you must do so within three years of the date we notified you of our final decision on your complaint or you lose any rights to bring such an action against us.

# Entire Policy

The Policy issued to the Enrolling Group, including this Certificate of Coverage, the Enrolling Group's application, Amendments and Riders, constitutes the entire Policy.

*To continue reading go to next page*

(Section 9: General Legal Provisions)

*To continue reading go to left column on this page*

# Section 10: Glossary of Defined Terms

This section:

- Defines the terms used throughout this Certificate.

- Is not intended to describe Benefits.

**Alternate Facility** - a health care facility that is not a Hospital and that provides one or more of the following services on an outpatient basis, as permitted by law:

- Surgical services.

- Emergency Health Services.

- Rehabilitative, laboratory, diagnostic or therapeutic services.

An Alternate Facility may also provide Mental Health Services or Substance Abuse Services on an outpatient or inpatient basis.

**Amendment** - any attached written description of additional or alternative provisions to the Policy. Amendments are effective only when signed by us. Amendments are subject to all conditions, limitations and exclusions of the Policy, except for those that are specifically amended.

*To continue reading go to right column on this page*

**Annual Deductible** - the amount you must pay for Covered Health Services in a calendar year before we will begin paying for Benefits in that calendar year.

**Benefits** - your right to payment for Covered Health Services that are available under the Policy. Your right to Benefits is subject to the terms, conditions, limitations and exclusions of the Policy, including this Certificate of Coverage and any attached Riders and Amendments.

**Congenital Anomaly** - a physical developmental defect that is present at birth, and is identified within the first twelve months of birth.

**Continuous Creditable Coverage** - health care coverage under any of the types of plans listed below, during which there was a break in coverage of no more than 62 days:

- A group health plan.

- Health insurance coverage.

- Medicare.

- Medicaid.

- Medical and dental care for members and certain former members of the uniformed services, and for their dependents.

- A medical care program of the Indian Health Services Program or a tribal organization.

- A state health benefits risk pool.

- The Federal Employees Health Benefits Program.

- Any public health benefit program provided by a state, county, or other political subdivision of a state.

- A health benefit plan under the Peace Corps Act.

A waiting period for health care coverage will be included in the period of time counted as Continuous Creditable Coverage.

**Copayment** - the charge you are required to pay for certain Covered Health Services. A Copayment may be either a set dollar amount or a percentage of Eligible Expenses.

*To continue reading go to left column on next page*

**Cosmetic Procedures** - procedures or services that change or improve appearance without significantly improving physiological function, as determined by us.

**Covered Health Service(s)** - those health services provided for the purpose of preventing, diagnosing or treating a Sickness, Injury, Mental Illness, substance abuse, or their symptoms.

A Covered Health Service is a health care service or supply described in (Section 1: What's Covered--Benefits) as a Covered Health Service, which is not excluded under (Section 2: What's Not Covered--Exclusions).

**Covered Person** - either the Subscriber or an Enrolled Dependent, but this term applies only while the person is enrolled under the Policy. References to "you" and "your" throughout this Certificate are references to a Covered Person.

**Custodial Care** - services that:

- Are non-health related services, such as assistance in activities of daily living (including but not limited to feeding, dressing, bathing, transferring and ambulating); or

- Are health-related services which do not seek to cure, or which are provided during periods when the medical condition of the patient who requires the service is not changing; or

- Do not require continued administration by trained medical personnel in order to be delivered safely and effectively.

**Dependent** - the Subscriber's legal spouse or an unmarried dependent child of the Subscriber or the Subscriber's spouse. The term child includes any of the following:

- A natural child.

- A stepchild.

- A legally adopted child.

- A child placed for adoption.

To continue reading go to right column on this page

A child for whom legal guardianship has been awarded to the Subscriber or the Subscriber's spouse.

To be eligible for coverage under the Policy, a Dependent must reside within the United States.

The definition of Dependent is subject to the following conditions and limitations:

- A Dependent includes any unmarried dependent child under 19 years of age.

- A Dependent includes an unmarried dependent child who is 19 years of age or older, but less than 25 years of age only if you furnish evidence upon our request, satisfactory to us, of all the following conditions:

  – The child must not be regularly employed on a full-time basis.

  – The child must be a Full-time Student.

  – The child must be primarily dependent upon the Subscriber for support and maintenance.

The Subscriber must reimburse us for any Benefits that we pay for a child at a time when the child did not satisfy these conditions.

A Dependent also includes a child for whom health care coverage is required through a 'Qualified Medical Child Support Order' or other court or administrative order. The Enrolling Group is responsible for determining if an order meets the criteria of a Qualified Medical Child Support Order.

A Dependent does not include anyone who is also enrolled as a Subscriber. No one can be a Dependent of more than one Subscriber.

**Designated Facility** - a facility that has entered into an agreement on behalf of the facility and its affiliated staff with us or with an organization contracting on our behalf, to render Covered Health Services for the treatment of specified diseases or conditions. A Designated Facility may or may not be located within your geographic area. The fact that a Hospital is a Network Hospital does not mean that it is a Designated Facility.

To continue reading go to left column on next page

**Durable Medical Equipment** - medical equipment that is all of the following:

- Can withstand repeated use.

- Is not disposable.

- Is used to serve a medical purpose with respect to treatment of a Sickness, Injury or their symptoms.

- Is generally not useful to a person in the absence of a Sickness, Injury or their symptoms.

- Is appropriate for use in the home.

**Eligible Expenses** - the amount we will pay for Covered Health Services, incurred while the Policy is in effect, are determined as stated below:

For Network Benefits, Eligible Expenses are based on either of the following:

- When Covered Health Services are received from Network providers, Eligible Expenses are our contracted fee(s) with that provider.

- When Covered Health Services are received from non-Network providers as a result of an Emergency or as otherwise arranged by us, Eligible Expenses are billed charges unless a lower amount is negotiated.

For Non-Network Benefits, Eligible Expenses are based on either of the following:

- When Covered Health Services are received from non-Network providers, Eligible Expenses are determined based on the following applicable criteria, to the extent available, in the order of priority identified below:

    – Fee(s) that are negotiated with the provider.

    – A percentage of the available published rates allowed by Medicare for the same or similar service.

    – A fee schedule that we develop.

*To continue reading go to right column on this page*

- 50% of the billed charge.

- When Covered Health Services are received from Network providers, Eligible Expenses are our contracted fee(s) with that provider.

Eligible Expenses are determined solely in accordance with our reimbursement policy guidelines. We develop our reimbursement policy guidelines, in our discretion, following evaluation and validation of all provider billings in accordance with one or more of the following methodologies:

- As indicated in the most recent edition of the Current Procedural Terminology (CPT), a publication of the American Medical Association, and/ or the Centers for Medicare and Medicaid Services (CMS).

- As reported by generally recognized professionals or publications.

- As used for Medicare.

- As determined by medical staff and outside medical consultants pursuant to other appropriate source or determination that we accept.

**Eligible Person** - an employee of the Enrolling Group or other person whose connection with the Enrolling Group meets the eligibility requirements specified in both the application and the Policy. An Eligible Person must reside within the United States.

**Emergency** - a serious medical condition or symptom resulting from Injury, Sickness or Mental Illness which manifests itself by acute symptoms of such severity that a prudent layperson, who holds an average knowledge of health and medicine, could reasonably expect the absence of immediate medical care would result in:

- Placing the health of the individual (or with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy.

- Serious impairment to bodily functions; or

- Serious dysfunction of any bodily organ or part.

*To continue reading go to left column on this page*

***Emergency Health Services*** - health care services and supplies necessary for the treatment of an Emergency.

***Enrolled Dependent*** - a Dependent who is properly enrolled under the Policy.

***Enrolling Group*** - the employer, or other defined or otherwise legally established group, to whom the Policy is issued.

***Experimental or Investigational Services*** - medical, surgical, diagnostic, psychiatric, substance abuse or other health care services, technologies, supplies, treatments, procedures, drug therapies or devices that, at the time we make a determination regarding coverage in a particular case, are determined to be any of the following:

- Not approved by the U.S. Food and Drug Administration (FDA) to be lawfully marketed for the proposed use and not identified in the American Hospital Formulary Service or the United States Pharmacopoeia Dispensing Information as appropriate for the proposed use.

- Subject to review and approval by any institutional review board for the proposed use.

- The subject of an ongoing clinical trial that meets the definition of a Phase 1, 2 or 3 clinical trial set forth in the FDA regulations, regardless of whether the trial is actually subject to FDA oversight.

If you have a life-threatening Sickness or condition (one which is likely to cause death within one year of the request for treatment) we may, in our discretion, determine that an Experimental or Investigational Service meets the definition of a Covered Health Service for that Sickness or condition. For this to take place, we must determine that the procedure or treatment is promising, but unproven, and that the service uses a specific research protocol that meets standards equivalent to those defined by the National Institutes of Health.

***Full-time Student*** - a person who is enrolled in and attending, full-time, a recognized course of study or training at one of the following:

- An accredited high school.

*To continue reading go to right column on this page*

- An accredited college or university.

- A licensed vocational school, technical school, beautician school automotive school or similar training school.

Full-time Student status is determined in accordance with the standards set forth by the educational institution. You are no longer a Full-time Student at the end of the calendar month during which you graduate or otherwise cease to be enrolled in and in attendance at the institution on a full-time basis.

You continue to be a Full-time Student during periods of regular vacation established by the institution. If you do not continue as a Full-time Student immediately following the period of vacation, the Full-time Student designation will end as described above.

***Home Health Agency*** - a program or organization authorized by law to provide health care services in the home.

***Hospital*** - an institution, operated as required by law, that is both of the following:

- Is primarily engaged in providing health services, on an inpatient basis, for the acute care and treatment of injured or sick individuals. Care is provided through medical, diagnostic and surgical facilities, by or under the supervision of a staff of Physicians.

- Has 24 hour nursing services.

A Hospital is not primarily a place for rest, custodial care or care of the aged and is not a nursing home, convalescent home or similar institution.

***Initial Enrollment Period*** - the initial period of time, as we agree with the Enrolling Group, during which Eligible Persons may enroll themselves and their Dependents under the Policy.

***Injury*** - bodily damage other than Sickness, including all related conditions and recurrent symptoms.

*To continue reading go to left column on next page*

**Inpatient Rehabilitation Facility** - a Hospital (or a special unit of a Hospital that is designated as an Inpatient Rehabilitation Facility) that provides rehabilitation health services (physical therapy, occupational therapy and/or speech therapy) on an inpatient basis, as authorized by law.

**Inpatient Stay** - an uninterrupted confinement, following formal admission to a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility.

**Late Enrollee** - an Eligible Person or Dependent who enrolls for coverage under the Policy at a time other than the following:

- During the Initial Enrollment Period.

- During an Open Enrollment Period.

- During a special enrollment period as described in Section 4.

- Within 31 days of the date a new Eligible Person first becomes eligible.

**Maximum Policy Benefit** - the maximum amount that we will pay for Benefits during the entire period of time that you are enrolled under the Policy issued to the Enrolling Group. The Maximum Policy Benefit includes any amount that we have paid for Benefits under a former Policy issued to the Enrolling Group that is replaced by the current Policy, as well as any amount that we may pay under a later Policy that replaces the Enrolling Group's current Policy. When the Maximum Policy Benefit applies, it is described in (Section 1: What's Covered—Benefits).

**Medicare** - Parts A, B, and C of the insurance program established by Title XVIII, United States Social Security Act, as amended by 42 U.S.C. Sections 1394, et seq. and as later amended.

**Mental Health Services** - Covered Health Services for the diagnosis and treatment of Mental Illnesses. The fact that a condition is listed in the current Diagnostic and Statistical Manual of the American Psychiatric Association does not mean that treatment for the condition is a Covered Health Service.

**Mental Health/Substance Abuse Designee** - the organization or individual, designated by us, that provides or arranges Mental Health Services and Substance Abuse Services for which Benefits are available under the Policy.

**Mental Illness** - those mental health or psychiatric diagnostic categories that are listed in the current Diagnostic and Statistical Manual of the American Psychiatric Association, unless those services are specifically excluded under the Policy.

**Network** - when used to describe a provider of health care services, this means a provider that has a participation agreement in effect (either directly or indirectly) with us or with our affiliate to participate in our Network; however, this does not include those providers who have agreed to discount their charges for Covered Health Services by way of their participation in the Shared Savings Program. Our affiliates are those entities affiliated with us through common ownership or control with us or with our ultimate corporate parent, including direct and indirect subsidiaries.

A provider may enter into an agreement to provide only certain Covered Health Services, but not all Covered Health Services, or to be a Network provider for only some of our products. In this case, the provider will be a Network provider for the Covered Health Services and products included in the participation agreement, and a non-Network provider for other Covered Health Services and products. The participation status of providers will change from time to time.

**Network Benefits** - Benefits for Covered Health Services that are provided by or under the direction of a Network Physician or other Network provider. For facility services, these are Benefits for Covered Health Services that are provided at a Network facility under the direction of either a Network or non-Network Physician or other provider. Network Benefits include Emergency Health Services.

**Non-Network Benefits** - Benefits for Covered Health Services that are provided by a non-Network Physician or other non-Network provider, or Covered Health Services that are provided at a non-Network facility.

To continue reading go to left column on next page

To continue reading go to right column on this page

83

**Open Enrollment Period** - a period of time that follows the Initial Enrollment Period during which Eligible Persons may enroll themselves and Dependents under the Policy. We and the Enrolling Group will agree upon the period of time that is the Open Enrollment Period.

**Out-of-Pocket Maximum** - the maximum amount of Annual Deductible and Copayments you pay every calendar year. If you use both Network Benefits and Non-Network Benefits, two separate Out-of-Pocket Maximums apply. Once you reach the Out-of-Pocket Maximum for Network Benefits, Benefits for those Covered Health Services that apply to the Out-of-Pocket Maximum are payable at 100% of Eligible Expenses during the rest of that calendar year. Once you reach the Out-of-Pocket Maximum for Non-Network Benefits, Benefits for those Covered Health Services that apply to the Out-of-Pocket Maximum are payable at 100% of Eligible Expenses during the rest of that calendar year. Copayments for some Covered Health Services will never apply to the Out-of-Pocket Maximum, as specified in (Section 1: What's Covered--Benefits) and those Benefits will never be payable at 100% even when the Out-of-Pocket Maximum is reached.

The following costs will never apply to the Out-of-Pocket Maximum:

- Any charges for non-Covered Health Services.

- Copayments for Covered Health Services available by an optional Rider.

- The amount of any reduced Benefits if you don't notify us as described in (Section 1: What's Covered--Benefits) under the *Must You Notify Us?* column.

- Charges that exceed Eligible Expenses.

- Any Copayments for Covered Health Services in (Section 1: What's Covered--Benefits) that do not apply to the Out-of-Pocket Maximum.

Even when the Out-of-Pocket Maximum has been reached, you will still be required to pay:

- Any charges for non-Covered Health Services.

- Charges that exceed Eligible Expenses.

*To continue reading go to right column on this page*

- The amount of any reduced Benefits if you don't notify us as described in (Section 1: What's Covered--Benefits) under the *Must You Notify Us?* column.

- Copayments for Covered Health Services available by an optional Rider.

- Copayments for Covered Health Services in (Section 1: What's Covered--Benefits) that are subject to Copayments that do not apply to the Out-of-Pocket Maximum.

**Physician** - any Doctor of Medicine, "M.D.", or Doctor of Osteopathy, "D.O.", who is properly licensed and qualified by law.

Please Note: Any podiatrist, dentist, psychologist, chiropractor, optometrist, or other provider who acts within the scope of his or her license will be considered on the same basis as a Physician. The fact that we describe a provider as a Physician does not mean that Benefits for services from that provider are available to you under the Policy.

**Policy** - the entire agreement issued to the Enrolling Group, that includes all of the following:

- The group Policy.

- This Certificate of Coverage.

- The Enrolling Group's application.

- Amendments.

- Riders.

These documents make up the entire agreement that is issued to the Enrolling Group.

**Policy Charge** - the sum of the Premiums for all Subscribers and Enrolled Dependents enrolled under the Policy.

*To continue reading go to left column on next page*

**Shared Savings Program** - the Shared Savings Program provides access to discounts from the provider's charges when services are rendered by those non-Network providers that participate in that program. We will use the Shared Savings Program to pay claims when doing so will lower Eligible Expenses. We do not credential the Shared Savings Program providers and the Shared Savings Program providers are not Network providers. Accordingly, Benefits for Covered Health Services provided by Shared Savings Program providers will be paid at the Non-Network Benefit level (except in situations when Benefits for Covered Health Services provided by non-Network providers are payable at Network Benefit levels, as in the case of Emergency Health Services). When we use the Shared Saving Program to pay a claim, patient responsibility is limited to Copayments calculated on the contracted rate paid to the provider, in addition to any required Annual Deductible.

**Sickness** - physical illness, disease or Pregnancy. The term Sickness as used in this Certificate does not include Mental Illness or substance abuse, regardless of the cause or origin of the Mental Illness or substance abuse.

**Skilled Nursing Facility** - a Hospital or nursing facility that is licensed and operated as required by law.

**Spinal Manipulation** - detection or correction (by manual or mechanical means) of subluxation(s) in the body to remove nerve interference or its effects. The interference must be the result of, or related to, distortion, misalignment or subluxation of, or in, the vertebral column.

**Subscriber** - an Eligible Person who is properly enrolled under the Policy. The Subscriber is the person (who is not a Dependent) on whose behalf the Policy is issued to the Enrolling Group.

To continue reading go to left column on next page

---

**Preexisting Condition** - an Injury or Sickness that was diagnosed or treated, or for which prescription medications or drugs were prescribed or taken within the three month period ending on the person's enrollment date. (The enrollment date is the date the person became covered under the Policy or, if earlier, the first day of any waiting period under the Policy. A Preexisting Condition does not include Pregnancy. Genetic information is not an indicator of a Preexisting Condition, if there is not a diagnosis of a condition related to the genetic information.

**Pregnancy** - includes all of the following:

- Prenatal care.
- Postnatal care.
- Childbirth.
- Any complications associated with Pregnancy.

**Premium** - the periodic fee required for each Subscriber and each Enrolled Dependent, in accordance with the terms of the Policy.

**Rider** - any attached written description of additional Covered Health Services not described in this Certificate. Covered Health Services provided by a Rider may be subject to payment of additional Premiums. Riders are effective only when signed by us and are subject to all conditions, limitations and exclusions of the Policy except for those that are specifically amended in the Rider.

**Semi-private Room** - a room with two or more beds. When an Inpatient Stay in a Semi-private Room is a Covered Health Service, the difference in cost between a Semi-private Room and a private room is a Benefit only when a private room is necessary in terms of generally accepted medical practice, or when a Semi-private Room is not available.

To continue reading go to right column on this page

GLOSS.01.IL.DOM

85

- **End of Certificate** -

***Substance Abuse Services*** - Covered Health Services for the diagnosis and treatment of alcoholism and substance abuse disorders that are listed in the current Diagnostic and Statistical Manual of the American Psychiatric Association, unless those services are specifically excluded. The fact that a disorder is listed in the Diagnostic and Statistical Manual of the American Psychiatric Association does not mean that treatment of the disorder is a Covered Health Service.

***Unproven Services*** - services that are not consistent with conclusions of prevailing medical research which demonstrate that the health service has a beneficial effect on health outcomes and that are not based on trials that meet either of the following designs.

- Well-conducted randomized controlled trials. (Two or more treatments are compared to each other, and the patient is not allowed to choose which treatment is received).

- Well-conducted cohort studies. (Patients who receive study treatment are compared to a group of patients who receive standard therapy. The comparison group must be nearly identical to the study treatment group).

Decisions about whether to cover new technologies, procedures and treatments will be consistent with conclusions of prevailing medical research, based on well-conducted randomized trials or cohort studies, as described.

If you have a life-threatening Sickness or condition (one that is likely to cause death within one year of the request for treatment) we may, in our discretion, determine that an Unproven Service meets the definition of a Covered Health Service for that Sickness or condition. For this to take place, we must determine that the procedure or treatment is promising, but unproven, and that the service uses a specific research protocol that meets standards equivalent to those defined by the National Institutes of Health.

***Urgent Care Center*** - a facility, other than a Hospital, that provides Covered Health Services that are required to prevent serious deterioration of your health, and that are required as a result of an unforeseen Sickness, Injury, or the onset of acute or severe symptoms.

To continue reading go to right column on this page

To continue reading go to left column on next page

GLOSS.01.IL.DOM

86

(Section 10: Glossary of Defined Terms)

# RIDERS , AMENDMENTS , NOTICES

**Outpatient Prescription Drug Rider**

**Temporomandibular Joint Disorder (TMJ) and Craniomandibular Disorder Rider**

**Dental Services - Anesthesia and Facility**

**Notices**

# United HealthCare Insurance Company of Illinois

# Outpatient Prescription Drug Rider

(Outpatient Prescription Drug Rider)

RXNETNON4TIER.1.04.IL.DOM

# Certificate of Coverage
## Table of Contents

**Outpatient Prescription Drug Rider** .............. 1

### Introduction

Benefits for Outpatient Prescription Drug Products ................. 2
Coverage Policies and Guidelines .................................. 2
Identification Card (ID Card) - Network Pharmacy ................ 2
Designated Pharmacies ............................................. 3
Limitation on Selection of Pharmacies ............................ 3
Rebates and Other Payments to Us ................................. 3
Coupons, Incentives and Other Communications ................... 3

### Section 1: What's Covered--Prescription Drug Benefits

Benefits for Outpatient Prescription Drug Products ............... 4
When a Brand-name Drug Becomes Available as a Generic ...... 4
Supply Limits ...................................................... 4
Notification Requirements ......................................... 4
What You Must Pay ................................................ 5
Payment Information ............................................... 6
Copayment ......................................................... 6
Benefit Information ................................................ 8
Prescription Drugs from a Retail Network Pharmacy ............. 8

Prescription Drugs from a Retail Non-Network Pharmacy ........ 8
Prescription Drug Products from a Home
  Delivery Network Pharmacy ...................................... 9

### Section 2: What's Not Covered--Exclusions 11
### Section 3: Glossary of Defined Terms ......... 13

*To continue reading go to right column on this page*

*To continue reading go to left column on next page*

*To continue reading go to right column on this page*

ii

RXNETNON4TIER.I.04.IL.DOM

Because this Rider is part of a legal document, we want to give you
... help you understand it.

# Outpatient Prescription Drug Rider

This Rider to the Policy is issued to the Enrolling Group and provides Benefits for outpatient Prescription Drug Products.

Benefits are provided for outpatient Prescription Drug Products at either a Network Pharmacy or a non-Network Pharmacy.

*To continue reading go to right column on this page*

Because this Rider is part of a legal document, we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in (Section 10: Glossary of Defined Terms) of the Certificate of Coverage and in (Section 3: Glossary of Defined Terms) of this Rider.

When we use the words "we," "us," and "our" in this document, we are referring to United HealthCare Insurance Company of Illinois. When we use the words "you" and "your" we are referring to people who are Covered Persons as the term is defined in the Certificate of Coverage (Section 10: Glossary of Defined Terms).

**NOTE:** The Coordination of Benefits provision (Section 7: Coordination of Benefits) in the Certificate of Coverage does not apply to Prescription Drug Products covered through this Rider. Prescription Drug Product Benefits will not be coordinated with those of any other health coverage plan.

United HealthCare Insurance Company of Illinois

**President and CEO**

1

*To continue reading go to left column on next page*

(Outpatient Prescription Drug Rider)

# Introduction

## Benefits for Outpatient Prescription Drug Products

Benefits are available for Outpatient Prescription Drug Products on our Prescription Drug List at either a Network Pharmacy or a non-Network Pharmacy and are subject to Copayments or other payments that vary depending on which of the three tiers of the Prescription Drug List the Outpatient Prescription Drug is listed.

## Coverage Policies and Guidelines

Our Prescription Drug List ("PDL") Management Committee is authorized to make tier placement changes on our behalf. The PDL Management Committee makes the final classification of an FDA-approved Prescription Drug Product to a certain tier by considering a number of evidence-based factors including, but not limited to, clinical, economic and pharmacoeconomic factors. Clinical factors may include, but are not limited to, evaluations of the place in therapy, relative safety or relative efficacy of the Prescription Drug Product, as well as whether supply limits or notification requirements should apply. Economic factors may include, but are not limited to, the Prescription Drug Product's acquisition cost including, but not limited to, available rebates, and assessments on the cost effectiveness of the Prescription Drug Product.

Pharmacoeconomic factors may include, but are not limited to, potential medical cost offsets. For 4-Tier plans, the PDL Management Committee may also balance the cost of the Prescription Drug Product with the Copayment, especially for the more expensive Prescription Drug Products.

*To continue reading go to right column on this page*

We may periodically change the placement of a Prescription Drug Product among the tiers. These changes generally will occur quarterly. These changes may occur without prior notice to you.

When considering a Prescription Drug Product for tier placement, the PDL Management Committee reviews clinical and economic factors regarding Covered Persons as a general population. Whether a particular Prescription Drug Product is appropriate for an individual Covered Person is a determination that is made by the Covered Person and the prescribing Physician.

**NOTE:** The tier status of a Prescription Drug Product may change periodically based on the process described above. As a result of such changes, you may be required to pay more or less for that Prescription Drug Product. Please access www.myuhc.com through the Internet, or call the Customer Service number on your ID card for the most up-to-date tier status.

Our Prescription Drug List will not be replaced mid-contract year.

# Identification Card (ID Card) – Network Pharmacy

You must either show your ID card at the time you obtain your Prescription Drug Product at a Network Pharmacy or you must provide the Network Pharmacy with identifying information that can be verified by us during regular business hours.

If you don't show your ID card or provide verifiable information at a Network Pharmacy, you will be required to pay the Usual and Customary Charge for the Prescription Drug Product at the pharmacy.

You may seek reimbursement from us as described in the Certificate of Coverage (Section 5: How to File a Claim). When you submit a claim on this basis, you may pay more because you failed to verify your eligibility when the Prescription Drug Product was dispensed. The amount you are reimbursed will be based on the Prescription Drug Cost, less the required Copayment and any deductible that applies.

*To continue reading go to left column on next page*

(Introduction)

# Rebates and Other Payments to Us

We may receive rebates for certain drugs included on our Prescription Drug List. We do not consider these rebates in calculating any percentage Copayments. We are not required to pass on to you, and we do not pass on to you, amounts payable to us under rebate programs or other such discounts.

We, and a number of our affiliated entities, conduct business with various pharmaceutical manufacturers separate and apart from this Outpatient Prescription Drug Rider. Such business may include, but is not limited to, data collection, consulting, educational grants and research. Amounts received from pharmaceutical manufacturers pursuant to such arrangements are not related to this Outpatient Prescription Drug Rider. We are not required to pass on to you, and we do not pass on to you, such amounts.

# Coupons, Incentives and Other Communications

At various times, we may send mailings to you or to your Physician that communicate a variety of messages, including information about Prescription Drug Products. These mailings may contain coupons or offers from pharmaceutical manufacturers that enable you, at your discretion, to purchase the described drug product at a discount or to obtain it at no charge. Pharmaceutical manufacturers may pay for and/or provide the content for these mailings. Only your Physician can determine whether a change in your Prescription Order or Refill is appropriate for your medical condition.

To continue reading go to left column on next page

# Designated Pharmacies

If you require certain Prescription Drug Products, we may direct you to a Designated Pharmacy with whom we have an arrangement to provide those Prescription Drug Products.

In this case, Network Benefits will only be paid if your Prescription Order or Refill is obtained from the Designated Pharmacy. If your Prescription Order or Refill is not obtained through a Designated Pharmacy, only Non-Network Benefits will be available. Please refer to the *Prescription Drugs from a Retail Non-Network Pharmacy* section for information on what you must pay.

We strongly encourage you to utilize the Designated Pharmacies and the specialized services they can provide.

For examples of Prescription Drug Products that you would be directed to a Designated Pharmacy for, please refer to our website at www.myuhc.com or call Customer Service at the telephone number on your ID card.

# Limitation on Selection of Pharmacies

If we determine that you may be using Prescription Drug Products in a harmful or abusive manner, or with harmful frequency, your selection of Network Pharmacies may be limited. If this happens, we may require you to select a single Network Pharmacy that will provide and coordinate all future pharmacy services. Benefits will be paid only if you use the designated single Network Pharmacy. If you don't make a selection within 31 days of the date we notify you, we will select a single Network Pharmacy for you.

To continue reading go to right column on this page

3

(Introduction)

# Section 1: What's Covered-- Prescription Drug Benefits

We provide Benefits under the Policy for outpatient Prescription Drug Products:

- Designated as covered at the time the Prescription Order or Refill is dispensed when obtained from a Network or non-Network Pharmacy.

- Refer to exclusions in your Certificate of Coverage (Section 2: What's Not Covered--Exclusions) and as listed in Section 2 of this Rider.

## Benefits for Outpatient Prescription Drug Products

Benefits for outpatient Prescription Drug Products are available when the outpatient Prescription Drug Product meets the definition of a Covered Health Service or is prescribed to prevent conception.

*To continue reading go to right column on this page*

## When a Brand-name Drug Becomes Available as a Generic

When a Generic becomes available for a Brand-name Prescription Drug Product, the tier placement of the Brand-name Prescription Drug Product may change, and therefore your Copayment may change. You will pay the Copayment applicable for the tier to which the Prescription Drug Product is assigned.

## Supply Limits

Benefits for Prescription Drug Products are subject to the supply limits that are stated in the "Description of Pharmacy Type and Supply Limits" column of the Benefit Information table. For a single Copayment, you may receive a Prescription Drug Product up to the stated supply limit.

**Note:** Some products are subject to additional supply limits based on criteria that we have developed, subject to our periodic review and modification. The limit may restrict the amount dispensed per Prescription Order or Refill and/or the amount dispensed per month's supply.

You may determine whether a Prescription Drug Product has been assigned a maximum quantity level for dispensing through the Internet at www.myuhc.com or by calling Customer Service at the telephone number on your ID card.

## Notification Requirements

Before certain Prescription Drug Products are dispensed to you, either your Physician, your pharmacist or you are required to notify us or our designee. The reason for notifying us is to determine whether the Prescription Drug Product, in accordance with our approved guidelines, is each of the following:

- It meets the definition of a Covered Health Service.
- It is not Experimental, Investigational or Unproven.

*To continue reading go to left column on next page*

4

**Network Pharmacy Notification**

When Prescription Drug Products are dispensed at a Network Pharmacy, the prescribing provider, the pharmacist, or you are responsible for notifying us.

**Non-Network Pharmacy Notification**

When Prescription Drug Products are dispensed at a non-Network Pharmacy, you or your Physician are responsible for notifying us as required.

If we are not notified before the Prescription Drug Product is dispensed, you may pay more for that Prescription Order or Refill. The Prescription Drug Products requiring notification are subject to our periodic review and modification. You may determine whether a particular Prescription Drug Product requires notification through the Internet at www.myuhc.com or by calling the Customer Service number on your ID card.

If we are not notified before the Prescription Drug Product is dispensed, you can ask us to consider reimbursement after you receive the Prescription Drug Product. You will be required to pay for the Prescription Drug Product at the pharmacy. Our contracted pharmacy reimbursement rates (our Prescription Drug Cost) will not be available to you at a non-Network Pharmacy. You may seek reimbursement from us as described in the Certificate of Coverage (Section 5: How to File a Claim).

When you submit a claim on this basis, you may pay more because you did not notify us before the Prescription Drug Product was dispensed. The amount you are reimbursed will be based on the Prescription Drug Cost (for Prescription Drug Products from a Network Pharmacy) or the Predominant Reimbursement Rate (for Prescription Drug Products from a non-Network Pharmacy), less the required Copayment and any deductible that applies.

Benefits may not be available for the Prescription Drug Product after we review the documentation provided and we determine that the Prescription Drug Product is not a Covered Health Service or it is Experimental, Investigational or Unproven.

*To continue reading go to right column on this page*

RXNETNON4TIER.I.04.IL.DOM

For examples of Prescription Drug Products that would require notification, please refer to our website at www.myuhc.com or call Customer Service at the telephone number on your ID card.

# What You Must Pay

You are responsible for paying the applicable Copayment described in the Benefit Information table when Prescription Drug Products are obtained from a retail or home delivery pharmacy.

The amount you pay for any of the following under this Rider will not be included in calculating any **Out-of-Pocket Maximum stated in your Certificate of Coverage:**

* Copayments for Prescription Drug Products.
* Any non-covered drug product. You are responsible for paying 100% of the cost (the amount the pharmacy charges you) for any non-covered drug product and our contracted rates (our Prescription Drug Cost) will not be available to you.

*To continue reading go to left column on next page*

5

(Section 1: What's Covered--Prescription Drug Benefits)

# Payment Information

| Payment Term | Description | Amounts |
| --- | --- | --- |
| **Copayment** | Copayments for a Prescription Drug Product at a Network Pharmacy can be either a specific dollar amount or a percentage of the Prescription Drug Cost.<br><br>Copaymens for a Prescription Drug Product at a non-Network Pharmacy can be either a specific dollar amount or a percentage of the Predominant Reimbursement Rate.<br><br>Your Copayment is determined by the tier to which the Prescription Drug List Management Committee has assigned a Prescription Drug Product.<br><br>**NOTE:** The tier status of a Prescription Drug Product can change periodically, generally quarterly, based on the Prescription Drug List Management Committee's periodic tiering decisions. When that occurs, your Copayment may change. Please access www.myuhc.com | For Prescription Drug Products at a retail Network Pharmacy, you are responsible for paying the lower of:<br><br>• The applicable Copayment or<br><br>• The Network Pharmacy's Usual and Customary Charge (which includes a dispensing fee and sales tax) for the Prescription Drug Product.<br><br>For Prescription Drug Products from a home delivery Network Pharmacy, you are responsible for paying the lower of:<br><br>• The applicable Copayment or<br><br>• The Prescription Drug Cost for that Prescription Drug Product.<br><br>***See the Copayments stated in the Benefit Information table for amounts.*** |

**Payment Term**

**Description**

**Amounts**

through the Internet, or call the Customer Service number on your ID card for the most up-to-date tier status.

# Benefit Information

| Description of Pharmacy Type and Supply Limits | Your Copayment Amount |
|---|---|
| **Prescription Drugs from a Retail Network Pharmacy**<br><br>Benefits are provided for outpatient Prescription Drug Products dispensed by a retail Network Pharmacy. The following supply limits apply:<br><br>• As written by the provider, up to a consecutive 31-day supply of a Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits.<br><br>• A one-cycle supply of an oral contraceptive. You may obtain up to three cycles at one time if you pay a Copayment for each cycle supplied. | **Your Copayment is determined by the tier to which the Prescription Drug List Management Committee has assigned the Prescription Drug Product. All Prescription Drug Products on the Prescription Drug List are assigned to Tier-1, Tier-2 or Tier-3. Please access www.myuhc.com through the Internet, or call the Customer Service number on your ID card to determine tier status.**<br><br>**$10 per Prescription Order or Refill for a Tier-1 Prescription Drug Product.**<br><br>**$30 per Prescription Order or Refill for a Tier-2 Prescription Drug Product.**<br><br>**$50 per Prescription Order or Refill for a Tier-3 Prescription Drug Product.** |
| **Prescription Drugs from a Retail Non-Network Pharmacy**<br><br>Benefits are provided for outpatient Prescription Drug Products dispensed by a retail non-Network Pharmacy. | **Your Copayment is determined by the tier to which the Prescription Drug List Management Committee has assigned the Prescription Drug Product. All Prescription Drug Products on the Prescription Drug List are assigned to Tier-1, Tier-2 or Tier-3. Please access www.myuhc.com through the** |

8

(Section 1: What's Covered--Prescription Drug Benefits)

| Description of Pharmacy Type and Supply Limits | Your Copayment Amount |
|---|---|
| If the Prescription Drug Product is dispensed by a retail non-Network Pharmacy, you must pay for the Prescription Drug Product at the time it is dispensed and then file a claim for reimbursement with us, as described in your Certificate of Coverage. We will not reimburse you for the difference between the Predominant Reimbursement Rate and the non-Network Pharmacy's Usual and Customary Charge (which includes a dispensing fee and sales tax) for that Prescription Drug Product. We will not reimburse you for any non-covered drug product.<br><br>In most cases, you will pay more if you obtain Prescription Drug Products from a non-Network Pharmacy.<br><br>The following supply limits apply:<br><br>- As written by the provider, up to a consecutive 31-day supply of a Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits.<br><br>- A one-cycle supply of an oral contraceptive. You may obtain up to three cycles at one time if you pay a Copayment for each cycle supplied. | **Internet, or call the Customer Service number on your ID card to determine tier status.**<br><br>$10 per Prescription Order or Refill for a **Tier-1 Prescription Drug Product.**<br><br>$30 per Prescription Order or Refill for a **Tier-2 Prescription Drug Product.**<br><br>$50 per Prescription Order or Refill for a **Tier-3 Prescription Drug Product.** |
| # Prescription Drug Products from a Home Delivery Network Pharmacy<br><br>Benefits are provided for outpatient Prescription Drug Products dispensed by a home delivery Network Pharmacy. The following supply limits apply:<br><br>- As written by the provider, up to a consecutive 90-day supply of a Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits.<br><br>To maximize your Benefit, ask your Physician to write your Prescription Order or Refill for a 90-day supply, with refills when appropriate. You will be charged a home delivery Copayment for any Prescription Orders or Refills sent to the home | **Your Copayment is determined by the tier to which the Prescription Drug List Management Committee has assigned the Prescription Drug Product. All Prescription Drug Products on the Prescription Drug List are assigned to Tier-1, Tier-2 or Tier-3. Please access www.myuhc.com through the Internet, or call the Customer Service number on your ID card to determine tier status.**<br><br>$25 per Prescription Order or Refill for a **Tier-1 Prescription Drug Product.**<br><br>$75 per Prescription Order or Refill for a **Tier-2** |

| Description of Pharmacy Type and Supply Limits | Your Copayment Amount |
|---|---|
| | **Prescription Drug Product.** |
| delivery pharmacy regardless of the number-of-days' supply written on the Prescription Order or Refill. Be sure your Physician writes your Prescription Order or refill for a 90-day supply, not a 30-day supply with three refills. | $125 per Prescription Order or Refill for a **Tier-3 Prescription Drug Product.** |

# Section 2:
# What's Not Covered--
# Exclusions

Exclusions from coverage listed in the Certificate apply also to this Rider. In addition, the following exclusions apply:

1. Coverage for Prescription Drug Products for the amount dispensed (days' supply or quantity limit) which exceeds the supply limit.

2. Prescription Drug Products dispensed outside the United States, except as required for Emergency treatment.

3. Drugs which are prescribed, dispensed or intended for use while you are an inpatient in a Hospital, Skilled Nursing Facility, or Alternate Facility.

4. Experimental, Investigational or Unproven Services and medications; medications used for experimental indications and/or dosage regimens determined by us to be experimental, investigational or unproven.

5. Prescription Drug Products furnished by the local, state or federal government. Any Prescription Drug Product to the extent payment or benefits are provided or available from the local, state or federal government (for example, Medicare) whether or not payment or benefits are received, except as otherwise provided by law.

6. Prescription Drug Products for any condition, Injury, Sickness or mental illness arising out of, or in the course of, employment for which benefits are available under any workers' compensation law or other similar laws, whether or not a claim for such benefits is made or payment or benefits are received.

*To continue reading go to right column on this page*

RXNETNON4TIER.I.04.IL.DOM

7. Any product dispensed for the purpose of appetite suppression and other weight loss products.

8. A specialty medication Prescription Drug Product (including, but not limited to, immunizations and allergy serum) which, due to its characteristics as determined by us, must typically be administered or supervised by a qualified provider or licensed/certified health professional in an outpatient setting. This exclusion does not apply to Depo Provera and other injectable drugs used for contraception.

9. Durable Medical Equipment. Prescribed and non-prescribed outpatient supplies, other than the diabetic supplies and inhaler spacers specifically stated as covered.

10. General vitamins, except the following which require a Prescription Order or Refill: prenatal vitamins, vitamins with fluoride, and single entity vitamins.

11. Unit dose packaging of Prescription Drug Products.

12. Medications used for cosmetic purposes.

13. Prescription Drug Products, including New Prescription Drug Products or new dosage forms, that are determined to not be a Covered Health Service.

14. Prescription Drug Products when prescribed to treat infertility.

15. Prescription Drug Products for smoking cessation.

16. Compounded drugs that do not contain at least one ingredient that requires a Prescription Order or Refill. Compounded drugs that contain at least one ingredient that requires a Prescription Order or Refill are assigned to Tier-3.

17. Drugs available over-the-counter that do not require a Prescription Order or Refill by federal or state law before being dispensed. Any Prescription Drug Product that is therapeutically equivalent to an over-the-counter drug. Prescription Drug Products that are

*To continue reading go to left column on next page*

11

(Section 2: What's Not Covered--Exclusions)

comprised of components that are available in over-the-counter form or equivalent.

18. New Prescription Drug Products and/or new dosage forms until the date they are reviewed and assigned to a tier by our Prescription Drug List Management Committee.

19. Growth hormone therapy, except when determined necessary by your Physician.

To continue reading go to right column on this page

To continue reading go to left column on next page

(Section 2: What's Not Covered – Exclusions)

12

RXNETNON4TIER.I.04.IL.DOM

# Section 3:
# Glossary of Defined Terms

This section:

- Defines the terms used throughout this Rider. Other defined terms used throughout this Rider can be found in (Section 10: Glossary of Defined Terms) of your Certificate of Coverage.

- Is not intended to describe Benefits.

***Brand-name*** - a Prescription Drug Product: (1) which is manufactured and marketed under a trademark or name by a specific drug manufacturer; or (2) that we Identify as a Brand-name product, based on available data resources including, but not limited to, First DataBank, that classify drugs as either brand or generic based on a number of factors that all products identified as a "brand name" by the manufacturer, pharmacy, or your Physician may not be classified as Brand-name by us.

***Designated Pharmacy*** - a pharmacy that has entered into an agreement on behalf of the pharmacy with us or with an organization contracting on our behalf, to provide specific Prescription Drug Products. The fact that a pharmacy is a Network Pharmacy does not mean that it is a Designated Pharmacy.

***Generic*** - a Prescription Drug Product: (1) that is chemically equivalent to a Brand-name drug; or (2) that we Identify as a Generic product based on available data resources including, but not limited to, First DataBank, that classify drugs as either brand or generic based on a number of factors. You should know that all products identified as a "generic" by the manufacturer, pharmacy or your Physician may not be classified as a Generic by us.

***Network Pharmacy*** - a pharmacy that has:

- Entered into an agreement with us or our designee to provide Prescription Drug Products to Covered Persons.

- Agreed to accept specified reimbursement rates for dispensing Prescription Drug Products.

- Been designated by us as a Network Pharmacy.

A Network Pharmacy can be either a retail or a home delivery pharmacy.

***New Prescription Drug Product*** - a Prescription Drug Product or new dosage form of a previously approved Prescription Drug Product, for the period of time starting on the date the Prescription Drug Product or new dosage form is approved by the FDA, and ending on the earlier of the following dates:

- The date it is assigned to a tier by our Prescription Drug List Management Committee.

- December 31st of the following calendar year.

*To continue reading go to right column on this page*

*To continue reading go to left column on next page*

13

(Section 3: Glossary of Defined Terms)

**Predominant Reimbursement Rate** - the amount we will pay to reimburse you for a Prescription Drug Product that is dispensed at a non-Network Pharmacy. The Predominant Reimbursement Rate for a particular Prescription Drug Product dispensed at a non-Network Pharmacy includes a dispensing fee and sales tax. We calculate the Predominant Reimbursement Rate using our Prescription Drug Cost that applies for that particular Prescription Drug Product at most Network Pharmacies.

**Prescription Drug Cost** - the rate we have agreed to pay our Network Pharmacies, including a dispensing fee and any sales tax, for a Prescription Drug Product dispensed at a Network Pharmacy.

**Prescription Drug List** - a list that identifies those Prescription Drug Products for which Benefits are available under this Rider. This list is subject to our periodic review and modification (generally quarterly). You may determine to which tier a particular Prescription Drug Product has been assigned through the Internet at www.myuhc.com or by calling the Customer Service number on your ID card.

**Prescription Drug List Management Committee** - the committee that we designate for, among other responsibilities, classifying Prescription Drug Products into specific tiers.

**Prescription Drug Product** - a medication, product or device that has been approved by the Food and Drug Administration and that can, under federal or state law, be dispensed only pursuant to a Prescription Order or Refill. A Prescription Drug Product includes a medication that, due to its characteristics, is appropriate for self-administration or administration by a non-skilled caregiver. For the purpose of Benefits under the Policy, this definition includes:

- Inhalers (with spacers).

- Insulin.

- The following diabetic supplies:

    - standard insulin syringes with needles;

    - blood-testing strips - glucose;

    - urine-testing strips - glucose;

    - ketone-testing strips and tablets;

    - lancets and lancet devices;

    - glucose monitors;

    - glucagon emergency kits; and

    - FDA approved oral agents used to control blood sugar.

**Prescription Order or Refill** - the directive to dispense a Prescription Drug Product issued by a duly licensed health care provider whose scope of practice permits issuing such a directive.

**Usual and Customary Charge** - the usual fee that a pharmacy charges individuals for a Prescription Drug Product without reference to reimbursement to the pharmacy by third parties.

- **End of Outpatient Prescription Drug Rider** -

To continue reading go to right column on this page

To continue reading go to left column on next page

United HealthCare Insurance Company of Illinois

# Optional Benefit Rider

## Optional Temporomandibular Joint Disorder and Craniomandibular Disorder Rider

We provide Benefits for the treatment of Temporomandibular Joint Disorder and Craniomandibular Disorder

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| 1. Temporomandibular Joint Disorder (TMJ) and Craniomandibular Disorder Rider | _Network_ No | | | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, Durable Medical Equipment, and Outpatient Diagnostic and Therapeutic Services. |

Services for diagnostic procedures and the surgical or non-surgical treatment of temporomandibular joint disorder, if all of the following apply:

OFFER.01.IL

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| | | *Non-Network* | | |
| | No | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, Durable Medical Equipment, and Outpatient Diagnostic and Therapeutic Services. | | |

- The condition is caused by a Congenital Anomaly, Sickness or Injury;

- The procedure is reasonable and appropriate to treat the condition; and

- The treatment is ordered by a Physician or dentist.

Services for cosmetic or elective orthodontic care, periodontic care or general dental care are not Covered Health Services.

Benefits are subject to a Maximum Policy Benefit of $2,500.

United HealthCare Insurance Company of Illinois

*President and CEO*

OFFER.01.IL

2

United HealthCare Insurance Company of Illinois

# Dental Services - Anesthesia and Facility

We provide Benefits for Dental Services - Inpatient as described in this Rider to the Policy.

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| | | | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, Outpatient Diagnostic and Therapeutic Services. | |

## Dental Services - Anesthesia and Facility

_Network_

No

Services for general anesthesia and associated Hospital or Alternate Facility charges when the dentist and Physician determine that the services are necessary for the safe and effective treatment of a dental condition. Services are limited to Covered Persons who are one of the following:

- A Covered Person 6 years of age and under.

- A Covered Person who is severely or developmentally disabled.

- A Covered Person who has one or more medical conditions

DENTALANES.I.02.IL

1

| Description of Covered Health Service | Must You Notify Us? | Your Copayment Amount % Copayments are based on a percent of Eligible Expenses | Does Copayment Help Meet Out-of-Pocket Maximum? | Do You Need to Meet Annual Deductible? |
|---|---|---|---|---|
| | *Non-Network* | | | |
| | No | Same as Physician's Office Services, Professional Fees, Hospital-Inpatient Stay, Outpatient Diagnostic and Therapeutic Services | | |

that require hospitalization or general anesthesia for dental care.

United HealthCare Insurance Company of Illinois

*[signature]*

President and CEO

2

DENTALANES.I.02.IL

# Women's Health and Cancer Rights Act of 1998

As required by the Women's Health and Cancer Rights Act of 1998, we provide Benefits under the Policy for mastectomy, including reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy (including lymphedema.)

If you are receiving Benefits in connection with a mastectomy, Benefits are also provided for the following Covered Health Services, as you determine appropriate with your attending Physician:

- All stages of reconstruction of the breast on which the mastectomy was performed;

- Surgery and reconstruction of the other breast to produce a symmetrical appearance; and

- Prostheses and treatment of physical complications of the mastectomy, including lymphedema.

The amount you must pay for such Covered Health Services (including Copayments and any Annual Deductible) are the same as are required for any other Covered Health Service. Limitations on Benefits are the same as for any other Covered Health Service.

To continue reading go to right column on this page

To continue reading go to left column on next page

(Notices)

i

# Statement of Rights under the Newborns' and Mothers' Health Protection Act

Group health plans and health insurance issuers generally may not, under Federal law, restrict Benefits for any Hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case plans and issuers may not, under Federal law, require that a provider obtain authorization from the plan or the insurance issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

To continue reading go to right column on this page

To continue reading go to left column on next page

(Notices)

ii

# Claims and Appeal Notice

*This Notice is provided to you as a result of changes in federal law regarding our responsibilities for making benefit determinations and your right to appeal adverse benefit determinations. To the extent that state law provides you with more generous timelines or opportunities for appeal, those rights also apply to you. Please refer to your benefit documents for information about your rights under state law.*

## Benefit Determinations

### Post-service Claims

Post-service claims are those claims that are filed for payment of benefits after medical care has been received. If your post-service claim is denied, you will receive a written notice from us within 30 days of receipt of the claim, as long as all needed information was provided with the claim. We will notify you within this 30 day period if additional information is needed to process the claim, and may request a one time extension not longer than 15 days and pend your claim until all information is received.

*To continue reading go to right column on this page*

Once notified of the extension, you then have 45 days to provide this information. If all the needed information is received within the 45-day time frame, and the claim is denied, we will notify you of the denial within 15 days after the information is received. If you don't provide the needed information within the 45-day period, your claim will be denied.

A denial notice explains the reason for denial, refers to the part of the plan on which the denial is based, and provides the claim appeal procedures.

If you have prescription drug benefits and are asked to pay the full cost of a prescription when you fill it at a retail or mail-order pharmacy, and if you believe that it should have been paid under the policy, you may submit a claim for reimbursement in accordance with the applicable claim filing procedures. If you pay a copayment and believe that the amount of the copayment was incorrect, you also may submit a claim for reimbursement in accordance with the applicable claim filing procedures. When you have filed a claim, your claim will be treated under the same procedures for post-service group health claims as described in this section.

### Pre-service Claims

Pre-service claims are those claims that require notification or approval prior to receiving medical care. If your claim was a pre-service claim, and submitted properly with all needed information, you will receive written notice of the claim decision from us within 15 days of receipt of the claim. If you filed a pre-service claim improperly, we will notify you of the improper filing and how to correct it within 5 days after the pre-service claim was received. If additional information is needed to process the pre-service claim, we will notify you of the information needed within 15 days after the claim was received, and may request a one time extension not longer than 15 days and pend your claim until all information is received. Once notified of the extension, you then have 45 days to provide this information. If all of the needed information is received within the 45-day time frame, we will notify you of the determination within 15 days after the information is received. If you don't provide the needed information within the 45-day period,

*To continue reading go to left column on next page*

iii

your claim will be denied. A denial notice will explain the reason for the denial, refer to the part of the plan on which the denial is based, and provide the claim appeal procedures.

If you have prescription drug benefits and a retail or mail order pharmacy fails to fill a prescription that you have presented, you may file a pre-service health claim in accordance with the applicable claim filing procedure. When you have filed a claim, your claim will be treated under the same procedures for pre-service group health plan claims as described in this section.

# Urgent Claims that Require Immediate Attention

Urgent claims are those claims that require notification or a benefit determination prior to receiving medical care, where delay in treatment could seriously jeopardize your life or health, or the ability to regain maximum function or, in the opinion of a physician with knowledge of your medical condition, could cause severe pain. In these situations:

- You will receive notice of the benefit determination in writing or electronically within 72 hours after we receive all necessary information, taking into account the seriousness of your condition.

- Notice of denial may be oral with a written or electronic confirmation to follow within three days.

If you filed an urgent claim improperly, we will notify you of the improper filing and how to correct it within 24 hours after the urgent claim was received. If additional information is needed to process the claim, we will notify you of the information needed within 24 hours after the claim was received. You then have 48 hours to provide the requested information.

You will be notified of a benefit determination no later than 48 hours after:

- Our receipt of the requested information; or

*To continue reading go to right column on this page*

- The end of the 48-hour period within which you were to provide the additional information, if the information is not received within that time.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the claim appeal procedures.

## Concurrent Care Claims

If an ongoing course of treatment was previously approved for a specific period of time or number of treatments, and your request to extend the treatment is an urgent claim as defined above, your request will be decided upon within 24 hours, provided your request is made at least 24 hours prior to the end of the approved treatment. We will make a determination on your request for the extended treatment within 24 hours from receipt of your request. If your request for extended treatment is not made at least 24 hours prior to the end of the approved treatment, the request will be treated as an urgent claim and decided according to the timeframes described above.

If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and you request to extend treatment in a non-urgent circumstance, your request will be considered a new claim and decided according to post-service or pre-service timeframes, whichever applies.

# Questions or Concerns about Benefit Determinations

If you have a question or concern about a benefit determination, you may informally contact our customer service department before requesting a formal appeal. If the customer service representative cannot resolve the issue to your satisfaction over the phone, you may submit your question in writing. However, if you are not satisfied with a benefit determination as described above, you may appeal it as described below, without first informally contacting a customer service representative. If you first informally contact our customer service

*To continue reading go to left column on next page*

*(Notices)*

department and later wish to request a formal appeal in writing, you should again contact customer service and request an appeal. If you request a formal appeal, a customer service representative will provide you with the appropriate address.

If you are appealing an urgent claim denial, please refer to the Urgent Claim Appeals that Require Immediate Action section below and contact our customer service department immediately.

## How to Appeal a Claim Decision

If you disagree with a claim determination after following the above steps, you can contact us in writing to formally request an appeal. If the appeal relates to a claim for payment, your request should include:

- The patient's name and the identification number from the ID card.
- The date(s) of medical service(s).
- The provider's name.
- The reason you believe the claim should be paid.
- Any documentation or other written information to support your request for claim payment.

Your first appeal request must be submitted to us within 180 days after you receive the claim denial.

## Appeal Process

A qualified individual who was not involved in the decision being appealed will be appointed to decide the appeal. If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with appropriate expertise in the field, who was not involved in the prior determination. We may consult with, or seek the participation of, medical experts as part of the appeal resolution process. You consent to this referral and the sharing of pertinent medical claim information. Upon request and free of charge, you have the right to reasonable access, and to copies of all documents, records, and other information relevant to your claim for benefits.

*To continue reading go to right column on this page*

## Appeals Determinations

### *Pre-service and Post-service Claim Appeals*

You will be provided written or electronic notification of the decision on your appeal as follows:

- For appeals of **pre-service claims** as identified above, the first level appeal will be conducted and you will be notified of the decision within 15 days from the receipt of a request for appeal of a denied claim. The second level appeal will be conducted and you will be notified of the decision within 15 days from receipt of a request for review of the first level appeal decision.
- For appeals of **post-service claims** as identified above, the first level appeal will be conducted and you will be notified of the decision within 30 days from receipt of a request for appeal of a denied claim. The second level appeal will be conducted and you will be notified of the decision within 30 days from receipt of a request for review of the first level appeal decision.

For procedures associated with urgent claims, see *Urgent Claim Appeals That Require Immediate Action* below.

If you are not satisfied with the first level appeal decision, you have the right to request a second level appeal. Your second level appeal request must be submitted to us within 60 days from receipt of the first level appeal decision.

Please note that our decision is based only on whether or not benefits are available under the policy for the proposed treatment or procedure. We don't determine whether the pending health service is necessary or appropriate. That decision is between you and your physician.

*To continue reading go to left column on next page*

# Urgent Claim Appeals that Require Immediate Action

Your appeal may require immediate action if a delay in treatment could significantly increase the risk to your health, or the ability to regain maximum function, or cause severe pain. In these urgent situations:

- The appeal does not need to be submitted in writing. You or your physician should call us as soon as possible.

- We will provide you with a written or electronic determination within 72 hours following receipt of your request for review of the determination, taking into account the seriousness of your condition.

To continue reading go to right column on this page

vi

To continue reading go to left column on next page

(Notices)

# Notice of Privacy Policy and Practices

*This Notice tells how and why we collect personal information about our customers, how we handle it and with whom we share it. We respect the privacy of personal information and handle it securely. Our practices apply to current and former customers.*

## Why We Collect Personal Information

We collect personal information:

- to determine eligibility for health care coverage
- to provide benefits and pay claims
- to conduct our Care Coordination℠ program
- to provide other information and services valuable to our customers

We may also be required to collect and keep certain information so that we meet legal and regulatory requirements. We keep this information after a customer's health care coverage ends.

*To continue reading go to right column on this page*

## Personal Information We Collect from Customers

We ask people seeking benefits to provide certain information when they complete an enrollment form. This information may include, for example:

- Name, address and phone number
- Social Security Number
- Marital Status
- Birth Date
- Information about other coverage

Customers may also give personal information when they fill out surveys or contact us.

## Personal Information We Collect From Others

We may also receive personal information about our customers from others, such as:

- Employers, insurance agents and brokers
- Health care providers (doctors, clinics, hospitals)
- Other insurance companies that provide coverage to our customers
- Business partners (companies with whom we have arrangements to assist us in providing customer products and services)

The information we collect from others may include, for example, eligibility, claims and payment information.

*To continue reading go to left column on next page*

(Notices)

# How We Protect Personal Information

We use strict safeguards to protect the personal information of our customers. These safeguards include how we store personal information in work spaces and computers, and how we transfer that information within our company and to our business partners. We only allow people who work for us or our business partners to see personal information when it is part of their job to provide products or services to our customers. These people are informed about the safeguards we have in place, our privacy policies, and the law that protects privacy.

# When We Disclose Personal Information

We may share personal information we collect (as described above) within our family of companies ("affiliates") as permitted by law. We do not share personal customer information outside of our affiliates except when the law allows or requires us to do so. For any other types of disclosures to third parties, we require a customer request or authorization. Some examples of persons to whom we disclose personal information include the following:

- Business partners who help administer customer benefits and services

- Our attorneys, accountants and auditors who need the information to provide their services to us

- Authorized representative such as parents and guardians, or people given permission by the customer

- Health care providers, insurance agents and brokers, other insurers, consumer reporting agencies

- Law enforcement and regulatory authorities

- Companies that market our products and services, or companies with whom we have joint marketing or disease management agreements

*To continue reading go to right column on this page*

# Individual Rights

Our customers can access the personal information we collect upon request. We may not share information that we collected for a lawsuit or legal claim. We try to keep customer information correct and current. We have procedures for customers to make corrections to incorrect information. If you believe that any personal information we have is not correct, please call the Customer Service telephone number on your ID card or write to Robin Omata, Chief Privacy Officer, MN008-T202, 9900 Bren Road, Minnetonka, MN 55343.

# Other information

We may change our privacy policy and practices from time to time. We will send our current customers our privacy notice in writing at least once a year. You can also see the privacy notice online at www.myuhc.com.

This notice is provided on behalf of the following UnitedHealthcare affiliates:

United HealthCare Insurance Company

United HealthCare Insurance Company of Illinois

United HealthCare Insurance Company of New York

United HealthCare Insurance Company of Ohio

Unimerica Insurance Company

United Behavioral Health

United Behavioral Health of New York, IPA, Inc.

U.S. Behavioral Health Plan, California

National Benefit Resources, Inc.

Optum Group, LLC

United Resource Networks, Inc.

Spectera, Inc.

*To continue reading go to left column on next page*

(Notices)

Spectera Insurance Company

Spectera Insurance Company, Inc.

Spectera Vision Services of Florida, Inc.

Spectera Eyecare of North Carolina, Inc.

Spectera Vision, Inc.

Spectera Vision Services of California, Inc.

Dental Benefit Providers, Inc.

Dental Benefit Providers of California, Inc.

Dental Benefit Providers of Maryland, Inc.

Dental Benefit Providers of Illinois, Inc.

DBP-KAI, Inc.

Dental Insurance Company of America

American Chiropractic Network, Inc.

American Chiropractic Network IPA of New York, Inc.

Managed Physical Network, Inc.

Managed Physical Network IPA of New York, Inc.

Coordinated Vision Care, Inc.

Coordinated Vision Care of New York

IPA, Inc.

Evercare of Arizona, Inc.

Evercare of Texas, Inc.

Lifemark Corporation

*To continue reading go to right column on this page*

*To continue reading go to left column on next page*

ix

(Notices)

# ERISA

## Statement of Employee Retirement Income Security Act of 1974 (ERISA)

As a participant in the plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

### Receive Information About Your Plan and Benefits

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of the summary annual report.

### Continue Group Health Plan Coverage

*To continue reading go to right column on this page*

Continue health care coverage for yourself, spouse or dependents if there is a loss of coverage under the plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review this Summary Plan Description and the documents governing the plan on the rules governing your COBRA continuation coverage rights.

Reduction or elimination of exclusionary periods of coverages for preexisting conditions under your group health plan, if you have creditable coverage from another group health plan. You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to a preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

### Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

### Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court.

*To continue reading go to left column on next page*

x

(Notices)

In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## Assistance with Your Questions

If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, United States Department of Labor listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publication hotline of the Employee Benefits Security Administration.

To continue reading go to right column on this page

To continue reading go to left column on next page

(Notices)

G/GA0379023BW

UNITED HEALTHCARE NEW BUS ADMINISTR. UNIT
MAIL ROUTE MN012-NL14
5901 LINCOLN DRIVE
EDINA MN 55436

*"What works for you?"*

**OPEN IMMEDIATELY - IMPORTANT
CONSUMER MATERIALS ENCLOSED**

PAGE ONE INTERIORS INC
320 E MAIN

BARRINGTON, IL 60010 0000

*Gary & Adele Lampert*

22147 W. Cuba Rd. Kildeer Illinois 60047
Cell (847) 910-6863  Phone (847)438-1666   Fax (847) 438-0202  lampertdesigns@aol.com

December 18, 2007

Unitedhealthcare Appeals
P.O. Box 30573
Salt Lake City UT 84130-0573

Reference:
Adele Lampert
ID A 854052068
Contract 0379023
Page One Interiors Inc.

Claim Number 5727366601   and   4306445601

To Whom It May Concern

Adele was instructed my her physician to get an Octreotide 111 isotope in order to determine if there were any more tumors including some that may have been hidden by the iodine take up. We had the physician call for preapproval and were given a approval code. The approval # was CC13634625-78806. NIH in Bethesda Maryland told us this scan was urgent and notified our doctor in Chicago. We again called Northwest Community Hospital which is in system and one of the closest hospitals to us. They told us that the hospital that should do this scan was Lutheran General Hospital in Niles and that we should go there for the scan. They also had the ability to compare their previous MIBG 123 scan as a combined Dicom file and it would be better to have both scans done at the same hospital for this reason. We gave the insurance info to them and the set up an appointment. Now we are being informed that Unitedhealthcare is not covering most of the cost of any of the scans as they are not in system.  We had to get this scan done as quickly as possible in order to determine the full extent of the disease and what treatment would be available.  This is a total unfair and unjust response by the insurance company as the hospital and our family was expecting payment from the insurance company for this test. We are faced with the hardship of this serious illness as well as the  problems of dealing with the insurance company in this trying time. We have had health insurance are entire lives and believed that the purpose of having this coverage was to avoid problems like this and be able to insure for our medical care.  We feel that the insurance company should pay the full amount less the standard deductible.

We have also saved the insurance company hundreds of thousand of dollars by having additional tests done by the NIH ( National Institute of Health) in Bethesda Maryland that are covered under rare diseases by the government program which could have been done here under our Insurance.

We tried to get on your internet sight on a couple of occasions to address this matter on the weekend but we were unable to gain access as the following message was displayed.

EXHIBIT
"B"

🔲Our site is
undergoing
weekly
maintenance.

If you already have a username and password, you will have limited access
to information such as claims and provider search during this time. If you do not have a username and password yet,
please check back later to register to use myuhc. We apologize for the inconvenience.

Adele Lampert

**UnitedHealthcare**
A UnitedHealth Group Company

P.O. Box 30573, Salt Lake City, UT 84130-0573

January 7, 2008


ADELE LAMPERT
22147 W CUBA RD
KILDEER IL 60047-3057




| | |
|---|---|
| Transaction Nbr: | W3600638005 |
| Insurer: | UnitedHealthcare Insurance Company of Illinois |
| Employee: | Adele Lampert |
| ID #: | 854052068 |
| Patient: | Adele Lampert |
| Group: | PAGE ONE INTERIORS INC |
| Group #: | 379023 |
| Provider Name: | Lutheran General Hospital |
| Date of Service: | 10/17/2007 - 11/13/2007 |

Dear Adele Lampert:

I reviewed the request to reconsider our previous decision regarding the outpatient diagnostic service(s) that you received.

I carefully reviewed the documentation submitted, our payment policies and the limitations, exclusions and other terms of your Certificate of Coverage. I confirmed, however, that this service(s) is not eligible for payment as you requested. You are responsible for all costs related to this service(s).

According to Section 1 in your Certificate of Coverage it states the non-network deductible is $2,000.00 per covered person per calendar year, not to exceed $6,000.00 for all covered persons in a family. After satisfying the non-network deductible, the plan covers 70%of the eligible expense for outpatient diagnostic service(s) received from a non-network provider. The non-network out-of-pocket maximum is $5,000.00 per covered person per calendar year, not to exceed $10,000.00 for all covered persons in a family. The non-network out-of-pocket maximum does include the non-network deductible.

According to Section 3 in your Certificate of Coverage it states if a specific covered health services are not available from a network provider, you may be eligible for network benefits when covered health services are received from non-network providers. In this situation, your network physician will notify us, and we will work with you and your network physician to coordinate care through a non-network provider. Our records indicate prior notification was not obtained before the service(s) was rendered.

EXHIBIT

"C"

Our decision to deny coverage for this service(s) is therefore unchanged. Our decision does not reflect any view about the medical appropriateness of this service(s). Only you and your physician can make decisions about your medical care.

You have the right to receive, upon request and free of charge, reasonable access to and copies of all documents, records and other information relevant to your appeal, as well as copies of any internal rule, guideline or protocol that we relied on to make this payment decision.

Please understand that this is your final level of appeal with us.

You may have the right to file a civil action under ERISA (Employment Retirement Income Security Act of 1974).

Please remember that, before receiving services, our customers are responsible for verifying that the physician or other health care provider participates in our network. Your Certificate of Coverage explains this and other customer responsibilities. Typically, you will have lower out-of-pocket expenses by visiting physicians and other health care providers who participate in the UnitedHealthcare network. For a list of UnitedHealthcare network physicians and providers in your area, please visit our Web site at www.myuhc.com or call Customer Care at the telephone number on your UnitedHealthcare ID card.

If you are not satisfied, you have the right to submit a complaint to the Illinois Division of Insurance, by completing the attached form and submitting to:

> Illinois Division of Insurance
> 320 West Washington Street
> Springfield, IL 62767-0001
> Fax: 217/558-2083

You have the right to submit additional information in support of your position in any subsequent levels of appeal available to you.

Thank you for bringing this matter to our attention. We apologize for the inconvenience. At UnitedHealthcare Insurance Company of Illinois, we make every effort to respond clearly and completely to your concerns. If you have any questions, please call us at the telephone number listed on the back of your UnitedHealthcare Insurance Company of Illinois ID card.

We want to help you make the most of your health plan benefits. For personalized benefits information, claim status, the latest health information and more, visit www.myuhc.com.


Sincerely,


Shaunte W.
Resolving Analyst

*Gary & Adele Lampert*

*22147 W. Cuba Rd. Kildeer Illinois 60047*
*Cell (847) 910-6863    Phone (847)438-1666    Fax (847) 438-0202*
*lampertdesigns@aol.com*

## 2nd LEVEL APPEAL

*February 19, 2008*

Unitedhealthcare Appeals
P.O. Box 30573
Salt Lake City UT 84130-0573

Reference:
Adele Lampert
ID A 854052068
Contract 0379023
Page One Interiors Inc.

Claim Numbers    4019492201    3839971501

United Healthcare
P.O. Box 740800
Atlanta Georgia 303740800
BY FAX 801-938-2109

Dates of Tests MIBG (10-17-07)
Octreotide (11-13-07.)
ID#854052068 Group#379023
MIBG  Claim 4019492201 and  3839971501   Confirmation #CC12426818-78801
Octreotide    Claim 5727366601 and 4306445601    Confirmation #CC13634625-78806

To Whom It May Concern

We are writing this as instructed by the supervisor of the insurance company as a
2nnd level appeal. The supervisor could not explain the denial of coverage other
than being out of system and when I asked her about the deductible and why the
insurance still did not pay the difference above the deductible to the out of
system hospital the supervisor was unable to explain this. She told us to appeal
again. Also the hospital in question was suppose to be added as an in system
hospital in December of 07. These tests were pre approved so I don't understand
why we are being told that the tests were not pre approved. We also do not
understand the insurance company's position on the issues at hand especially
after talking to the people with the insurance company's cancer group and the
insurance company on how willing they are to help on these issues and add
hospitals as required to the system group. We have been told in prior



EXHIBIT

"D"

*Gary & Adele Lampert*

22147 W. Cuba Rd.  Kildeer Illinois  60047
Cell (847) 910-6863    Phone (847)438-1666    Fax (847) 438-0202
lampertdesigns@aol.com

conversations with the insurance company to do the original appeal as that this type of appeal is usually paid by the insurance company.

We tried to get the test at Northwest Community as an in system hospital and they sent us to Lutheran General as they did not offer the tests required and they said Lutheran General was the closest Hospital offering the tests and not many hospitals offer these tests. We did have a pre approval that Dr. Prinz's office got for the test #CC12426818-78801. The urgency of the test and there importance in diagnosis and treatment is part of the issue. The system hospital that we were sent to also did not offer the tests and they sent us to a non system hospital for the test and this is the other issue.  We were told by the insurance company that the total deductible would be $2000 and this is now being explained as something different.

The issue that really upsets us is that Adele has had hundreds of thousand of dollars in tests, examinations, housing and medication supplied by NIH at no cost to the insurance company and the small percentage the insurance company is responsible for they are denying. In addition these tests saved the insurance company a very costly surgery that would have had little or no effect on the outcome of the disease.  This insurance issue adds a real burden both mentally and financially during this high stress time while we are scrambling to resolve so many health, family, business and financial issues.  This inability to get the hospital bill paid is ruining our credit and adversely affecting both our personal life and business. The additional mental strain of dealing with the insurance issues in addition to the disease is becoming unbearable.

The MIBG 123 was needed at first to determine the location of the tumor for the possibility of immediate surgery to remove it and if it was metastatic to show if MIBG therapy would work based on the take up of the radioactive iodine. Radioactive MIBG 123 is better than the 131 but neither were available at Northwest Community. We were both very stressed at the time because we knew the tumor was back because due to her Chromagranin A being over 2000, but we did not know the extent of the disease at this point. We were unable to check on the system status of Lutheran General as we were sent there by a in system hospital and we were desperate to find out the extent of the disease and

*Gary & Adele Lampert*

22147 W. Cuba Rd. Kildeer Illinois 60047
Cell (847) 910-6863    Phone (847)438-1666    Fax (847) 438-0202
lampertdesigns@aol.com

for her to have immediate surgery as the increases in her blood chemistry were life threatening. We were told she could have a stroke, heart attack, instant death, or go into a coma from the high catecholamine in her blood from the tumor or tumors. 379023   MIBG  Claim 4019492201 and  3839971501  Confirmation #CC12426818-78801

The Octertide 111 was also required by NIH and Dr. Prinz  after our visit to NIH on Dr Prinz's referral as they needed to know if there were any tumors hidden from the MIBG. They can be hidden around the thyroid by the isotope do to the iodine in take up in the thyroid (which there was one hidden at the thyroid bed) and if there was a possibility octreotide therapy was an option at this point. The octreotide did show other tumors not shown in the MIBG. Northwest community also sent us to Lutheran General for this test. We were also told that this should be done at Lutheran General as they could put it in there system and do a comparative study between the MIBG and the Octreotide    Claim 5727366601 and 4306445601    Confirmation #CC13634625-78806

We feel we did everything possible in the situation to insure that this would be covered by the insurance company and expected it to be covered. We had to act quickly to insure the health and safety of Adele in this urgent matter of a life threatening condition. We acted in good faith knowing we had insurance coverage and are now suffering from the stress created by what we believed would be covered based on pre approval by the insurance company.  I believe that the administration should find in our behalf in the payment of the above claim.

I have attached the Doctor's letters that confirm this information as requested by the supervisor to validate this claim.

Sincerely

Gary B. Lampert Ph.D.



**ARTHUR N. SKLADMAN, M.D., S.C.**
*Board Certified*
*Internal Medicine*
415 West Golf Road, Suite 2
Arlington Heights, IL 60005

February 15, 2008

Telephone: (847) 228-0855
Fax: (847) 228-0858

United Healthcare
P.O. Box 740800
Atlanta, Georgia 30374-0800

To: United Health Care Ins. Co.

I, Arthur N. Skladman MDSC am writing this letter in support of Adele Lampert
(ID # 854052068) case.

Adele Lampert was diagnosed with extremely rare tumor, Pheochromocytoma and was fortunate
enough to undergo successful surgery to remove this cancer several yeas ago, but recently
because of her symptoms, she was followed by a leading authority, Richard A. Printz MD,
professor and chairman of Department of General Surgery at Rush University Medical Center,
she needed specific imaging to determine severity of metastatic spread and possibilities of early
surgical and radiation interaction.

Patient went to Northwest Community Hospital for testing: MIBG and Ostreotide.

Since Northwest Community Hospital was not able to provide those testing, patient was referred
and assisted to Lutheran General Hospital in a extremely urgent manner, with the help of
radiology department of Northwest Community Hospital. As a result of promptness of both
institutions (LGN and NWCH) patient is now offered some encouraging options at NIH for
controlling and possibly slowing down the spread of the malignancy.

Lampert family tried to use in system hospital, but couldn't use if since LGH is the only hospital
in the area that could provide those tests which were extremely helpful in saving the life of the
patient

I as a physician, good Samaritan and normal human being asking your administration to review
this case and approve those testing that probably saved this patient.

With Respect,

Arthur Skladman MD

Affiliate... Clinical Surgeons
1725 West Harrison Street
Suite 818
Chicago, Illinois 60612-3824

Tel 312.942.6511
Fax 312.942.6520
www.affiliatedclinicalsurgeons.com
www.rush.edu

RUSH UNIVERSITY
COLLEGE OF NURSING
RUSH MEDICAL COLLEGE
COLLEGE OF HEALTH SCIENCES
THE GRADUATE COLLEGE

# RUSH UNIVERSITY
## MEDICAL CENTER

February 1, 2008

Richard A. Prinz, MD
Helen Shedd Keith Professor and Chairman
Department of General Surgery
Rush University

Constantine V. Godellas, MD
Associate Professor
Department of General Surgery
Rush University

James A. Madura II, MD
Associate Professor
Department of General Surgery
Rush University

Andrea Madrigrano, MD
Assistant Professor
Department of General Surgery
Rush University

United Healthcare
P.O. Box 740800
Atlanta, GA 30374-0800

Re:  ID#854052068 Group#379023

To Whom It May Concern:

I am writing to explain some of the testing that was done on Ms. Adele Lampert. Ms. Lampert has a malignant paraganglioma that has metastasized. In order to determine the extent of disease she has had a number of tests. One of these was a meta-iodo benzyl guanidine nuclear medicine study [MIBG]. This determined that she had extensive metastatic disease when it was performed on October 17, 2007. This not only was important in the diagnosis but led us to determine that operative removal of her metastatic paraganglioma was not the appropriate therapy. On November 13, 2007 she had an octreotide scan. This was done to see if her tumor had receptors for octreotide. If they did she could be treated with radio labelled octreotide. Both of these tests were essential for not only determining the extent of her disease but also the type of therapy that should be employed. Together they allowed us to avoid an expensive operation and the type of hormonal therapy that in all likelihood would not have helped her and only put her at risk for complications. I think it is important that you realize these tests are needed when determining proper management for a very unusual tumor. If further information is required please do not hesitate to contact me.

Sincerely,

Richard A. Prinz, M.D.

RAP/ljw