UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

F I L E D
AUG 2 5 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Adale Lampert
v
United Healthcare

08CV4833
JUDGE ANDERSEN
MAG. JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Adale Lampert

| | |
|---|---|
| SIGNATURE | |
| FIRM | Roach Johnston & That |
| STREET ADDRESS | 56 N. Milwaukee Avenue |
| CITY/STATE/ZIP | Libertyville IL 60047 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06188219 | TELEPHONE NUMBER 847-549-0600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐